I2309121031553891
I2308240349153103
I2310070344255561
I2310222215104341
I2311081357422163
I2308041618091961
I2307261335311641
I2312111311523123
I2407022030526003
0x89e5...7c40
Kraken
40,174.148 USDT
Aug 7, 2023 6:38:47 PM
99,992 USDT
Aug 3, 2023 7:55:23 PM
0x8410...5841
40,000 USDT
Aug 7, 2023 6:52:23 PM
0x4634...9758
Crypto.com
35,149.44 USDT (3 transfers)
57,433.05 USDT
Aug 2, 2023 5:30:11 PM
1,051.189882 USDT
Aug 1, 2023 1:05:59 PM
0xa9d1...3e43
Coinbase
2,463.788877 USDT (2 transfers)
0x1b83...c5ff
99,887.401476 USDT
Aug 3, 2023 9:15:47 PM
85,330 USDT (2 transfers)
0xa7b6...e8a6
57,433.05 USDT
Aug 3, 2023 11:59:59 PM
0xece2...6507
2,463.788877 USDT
Aug 3, 2023 11:59:59 PM
16,334.24 USDT
Aug 1, 2023 3:27:47 PM
0x1ef9...337b
11,046.449882 USDT
Aug 1, 2023 3:25:11 PM
0x082d...4adb
firephoenixfx.com
85,000 USDT
Aug 3, 2023 9:51:23 PM
0x4d5a...5873
17,045.2 USDT
Aug 10, 2023 5:43:59 PM
0x54b2...12e3
112,873 USDT
Aug 4, 2023 4:44:47 PM
0xc30e...49a0
1,578 USDT
Aug 3, 2023 3:54:11 PM
0x8afc...1f21
490,000 USDT
Aug 4, 2023 5:09:23 AM
0x6f1b...129a
22,777 USDT
Aug 10, 2023 5:49:35 PM
0x9148...b320
112,873 USDT
Aug 4, 2023 4:53:35 PM
0xe0f8...bd67
Unspecified Pig Butchering 2
29,411 USDT
Aug 4, 2023 2:02:59 PM
0x1268...c6bc
1,000,000 USDT
Aug 4, 2023 5:10:11 AM
0xb953...d80d
91,420 USDT
Aug 4, 2023 5:02:47 PM
0x7f3c...12ce
iceleo.com Pig Butchering Grouping
98,260 USDT
Aug 4, 2023 11:27:59 AM
0xad55...62fe
83,370 USDT
Aug 5, 2023 12:01:47 PM
0x609a...1419
76,401.3 USDT (3 transfers)
0xb589...0d9c
295,360 USDT
Aug 5, 2023 1:22:47 PM
0x78b4...fa36
76,401.3 USDT
Aug 12, 2023 4:35:11 AM
0x529b...28d6
461,900 USDT
Aug 5, 2023 1:23:59 PM
0x9028...d746
213,000 USDT
Aug 9, 2023 7:27:11 AM
464,900 USDT
Aug 5, 2023 1:37:47 PM
0x82b6...21fe
0xd984...a872
Pig Butchering Grouping 20
400,000 USDT
Aug 5, 2023 2:49:47 PM
400,000 USDT
Aug 8, 2023 2:07:35 PM
0xb1a5...7357
377,068 USDT
Aug 11, 2023 7:36:59 AM
0x2c5f...5b3f
287,356 USDT
Aug 12, 2023 5:30:47 AM
0xbcbb...2229
13,093.76 USDT
Aug 12, 2023 6:01:47 AM
0xa70a...3cb0
530,000 USDT
Aug 12, 2023 8:05:35 AM
0x2328...d091
Pig Butchering Syndicate 1
2,000,000 USDT
Aug 12, 2023 8:12:23 AM
0xd232...80d9
7,000,000 USDT
Aug 14, 2023 12:15:35 AM
0x2c19...663e
400,000 USDT
Aug 14, 2023 12:25:35 AM
0x732c...c92a
600,000 USDT (3 transfers)
0xfb66...7965
99,954 USDT (8 transfers)
0x801b...1ef1
OKX