
OKX Hot Wallet
7 Intermediary Addresses
Pig Butchering Syndicate 1
5 Intermediary Addresses
13 Intermediary Addresses
Coinbase
Kraken
Crypto.com