

OKX

$1.07M    $1.06M    $2.52M    $1.07M    $1.07M

0x772a...9b96    0x490c...a3b2    0xd37e...d6b4    0x0997...31f5    0xe097...e9ca

565,000 USDT (2 transfers)

563,000 USDT (2 transfers)

2,509,145.4479275 USDT (2 transfers)

560,823.92 USDT (2 transfers)

563,000 USDT (2 transfers)

500,000 USDT
Nov 8, 2023 11:17:35 PM

0x3692...d849

102,316,041.62 USDT (13 transfers)

0xcab9...aad0
USDT Token Group C