UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Civil Action No. 1:25-CV-01907 |
| | : | |
| APRROXIMATELY 225,364,961 USDT, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the foregoing Declaration of Publication, be made part of the record in this case.

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Rick Blaylock Jr.*
RICK BLAYLOCK JR.
Assistant United States Attorney
Asset Forfeiture Coordinator
Texas Bar Number 24103294
United States Attorney's Office
601 D Street NW
Washington, D.C.  20530
Telephone: 202-252-6765
Email: rick.blaylock.jr@usdoj.gov