# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>     v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>              Defendant *in rem*, | Case No. 25-cv-1907 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties and counsel of record:  I am admitted to practice in this Court, and I appear in this case as counsel on behalf of certain forthcoming third-party claimants.

Please enter my appearance as counsel in this case on behalf of certain forthcoming third-party claimants.

Dated:  September 23, 2025                      Respectfully submitted,


                                                                By: /s/ *Michael A. Pusateri*

**GREENBERG TRAURIG, LLP**
Michael A. Pusateri (DC Bar No. 1005463)
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: 202.533.2354
pusaterim@gtlaw.com


*Attorneys for Forthcoming Third-Party Claimants*

- 1 -