# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>　　　　　Defendant *in rem*, | Case No. 25-cv-1907 |

## MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL BURSHTEYN

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, Michael A. Pusateri, on behalf of certain forthcoming third-party claimants, moves for admission and appearance of attorney Michael Burshteyn *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Michael Burshteyn filed herewith. As set forth in Mr. Burshteyn's Declaration, and as attested by the accompanying Certificate of Good Standing, he is admitted and in good standing in the State Bar of California.

This motion is supported and signed by Michael A. Pusateri, an active and sponsoring member of the Bar of this Court.

Dated:  September 23, 2025　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By: */s/ Michael A. Pusateri*

　　　　　　　　　　　　　　　　　　　　**GREENBERG TRAURIG, LLP**
　　　　　　　　　　　　　　　　　　　　Michael A. Pusateri (DC Bar No. 1005463)
　　　　　　　　　　　　　　　　　　　　2101 L Street, N.W., Suite 1000
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20037
　　　　　　　　　　　　　　　　　　　　Telephone: 202.533.2354
　　　　　　　　　　　　　　　　　　　　pusaterim@gtlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Forthcoming Third-Party Claimants*