**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>      Defendant *in rem*, | Case No. 25-cv-1907 |

## MOTION FOR ADMISSION PRO HAC VICE OF DANIEL G. BOYLE

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, Michael A. Pusateri, on behalf of certain forthcoming third-party claimants, moves for admission and appearance of attorney Daniel G. Boyle *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Daniel G. Boyle filed herewith. As set forth in Mr. Boyle's Declaration, and as attested by the accompanying Certificate of Good Standing, he is admitted and in good standing in the State Bar of California.

This motion is supported and signed by Michael A. Pusateri, an active and sponsoring member of the Bar of this Court.

Dated: September 23, 2025

Respectfully submitted,

By: */s/ Michael A. Pusateri*

**GREENBERG TRAURIG, LLP**
Michael A. Pusateri (DC Bar No. 1005463)
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: 202.533.2354
pusaterim@gtlaw.com

*Attorneys for Forthcoming Third-Party Claimants*