UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br>APPROXIMATELY 225,364,961 USDT,<br><br>      Defendant *in rem*, | Case No. 25-cv-1907<br><br>**VERIFIED CLAIMS OF VICTIM-CLAIMANTS IDENTIFIED IN SCHEDULE A** |

      Claimants identified in Schedule A ("Claimants"), hereby submit these Verified Claims pursuant to Federal Rules of Civil Procedure, Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and assert their interests in approximately 225,364,961 Tether ("USDT") seized from seven virtual currency addresses, ending -3246, -fe16, -aad0, -d5a8, -f26b, -f6ce, and d7fb (collectively, the "Defendant Property") as defined in the United States' Verified Complaint for Forfeiture filed with this Court on June 18, 2025 (the "Complaint"), and allege as follows:

      1.      Claimants, and the amount of the Defendant Property each asserts an interest in, are each identified pseudonymously in Schedule A.[1]

      2.      Claimants each have an interest in a portion of the Defendant Property.

      3.      Claimants' interests are as lawful owners and/or beneficiaries of a constructive trust.

      4.      Claimants each have such an interest in the Defendant Property. Each Claimant held a lawful ownership interest in the Defendant Property at the time it was stolen from them. No

---

[1] Concurrent with this claim, Claimants have submitted a motion to proceed under pseudonyms and to seal Claimants' verifications, which include Claimants' full names. Claimants reserve the right to file amended claims should the Court not grant this motion.

Claimant has ever voluntarily transferred, assigned, or abandoned their lawful ownership interest in the Defendant Property, and each Claimant continues to hold their lawful ownership interest in the Defendant Property.

5.  Each Claimant was a victim of the criminal offenses underlying the forfeiture of the Defendant Property. Specifically, each Claimant fell victim to the scheme the Complaint describes.[2] This sort of scheme is unfortunately common and, on information and belief, results in the theft of hundreds of millions of dollars in virtual currency annually. Perpetrators convinced Claimants to download and use what appeared to be legitimate mobile banking or investment applications meant for cryptocurrency trading. These apps, in reality, were not connected to any legitimate developer, financial institution, or other organization. Malicious perpetrators created and controlled the apps and presented a façade of fake balances and transactions that appeared real. Claimants each deposited their virtual currency at the perpetrators' direction under the belief that they were sending funds to a legitimate exchange platform. Claimants believed, based on the perpetrators' misrepresentations, that they would maintain custody and control of their virtual currency funds. (*See, e.g.*, ECF No. 1, at 40, ¶¶ 46.) Instead, however, the perpetrators stole Claimants' funds.

---

[2] While Claimants recognize the scheme described in the Complaint and have evidence to show that they are the proper owners of funds included in Defendant Property, Claimants reserve their right to contest certain of the Complaint's allegations and do not admit them.

Dated:  October 3, 2025                                  Respectfully submitted,

By:     */s/ Rafael Yakobi*

**THE CRYPTO LAWYERS PLLC**
Rafael Yakobi (CA Bar No. 312421)
(Admitted *pro hac vice*)
11035 Lavender Hill Dr, Ste. 160-220
Las Vegas, NV 89135
Telephone: 619.317.0722
rafael@thecryptolawyers.com

**THE CRYPTO LAWYERS PLLC**
Agustin M. Barbara (FL Bar No. 1002677)
(Admitted *pro hac vice*)
848 Brickell Avenue, Penthouse 5
Miami, Florida 33131
Telephone: 619.317.0722
agustin@thecryptolawyers.com

**GREENBERG TRAURIG, LLP**
Michael Burshteyn (CA Bar No. 295320)
(Admitted *pro hac vice*)
Marcelo Barros (CA Bar No. 339069)
(Admitted *pro hac vice*)
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Facsimile: 415.707.2010
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

**GREENBERG TRAURIG, LLP**
Nathan J. Muyskens (DC Bar No. 45821)
(Admitted *pro hac vice*)
Michael A. Pusateri (DC Bar No. 1005463)
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: 202.533.2354
Nathan.Muyskens@gtlaw.com
pusaterim@gtlaw.com

**BOIES SCHILLER FLEXNER LLP**
Dan G. Boyle (CA Bar No. 332518)
(Admitted *pro hac vice*)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: 213.629.9040
dboyle@bsfllp.com

*Attorneys for Claimants Identified in Schedule A*

## SCHEDULE A

| Claimant No. | Claimant | Amount Claimed |
|:---:|:---:|:---:|
| 1 | A.A. | $223,390 |
| 2 | A.G. | $647,545 |
| 3 | A.W. | $97,270 |
| 4 | A.T. | $302,780 |
| 5 | A.G. | $80,458 |
| 6 | A.W. | $652,960 |
| 7 | A.K. | $42,089 |
| 8 | A.K. | $366,926 |
| 9 | A.A. | $480,378 |
| 10 | A.T. | $582,194 |
| 11 | B.B. | $1,564,790 |
| 12 | B.E. | $893,758 |
| 13 | B.M. | $273,151 |
| 14 | B.B. | $321,610 |
| 15 | C.S. | $1,087,959 |
| 16 | C.H. | $234,624 |
| 17 | C.B. | $723,583 |
| 18 | C.A. | $282,684 |
| 19 | D.F. | $71,750 |
| 20 | D.L. | $227,618 |
| 21 | D.T. | $230,202 |
| 22 | D.S. | $5,685,886 |
| 23 | D.T. | $550,168 |
| 24 | D.C. | $401,676 |
| 25 | D.N. | $190,740 |
| 26 | E.H. | $302,300 |
| 27 | E.S. | $236,870 |
| 28 | E.L. | $79,593 |
| 29 | F.T. | $226,170 |
| 30 | F.S. | $1,500,663 |
| 31 | G.S. | $5,316,194 |
| 32 | G.V. | $271,937 |

- 5 -

| Claimant No. | Claimant | Amount Claimed |
|---|---|---|
| 33 | G.G. | $1,782,306 |
| 34 | G.K. | $90,934 |
| 35 | H.V. | $430,249 |
| 36 | J.S. | $522,162 |
| 37 | J.A. | $4,787,499 |
| 38 | J.M. | $96,159 |
| 39 | J.A. | $196,325 |
| 40 | J.M. | $216,586 |
| 41 | J.N. | $95,398 |
| 42 | J.L. | $240,600 |
| 43 | J.B. | $342,500 |
| 44 | J.E. | $1,135,176 |
| 45 | J.M. | $907,160 |
| 46 | J.B. | $915,753 |
| 47 | J.B. | $152,150 |
| 48 | J.L. | $172,254 |
| 49 | J.G. | $287,244 |
| 50 | J.B. | $250,300 |
| 51 | K.W. | $4,464,393 |
| 52 | K.S. | $1,024,098 |
| 53 | K.M. | $171,100 |
| 54 | K.F. | $628,287 |
| 55 | K.C. | $345,220 |
| 56 | K.O. | $174,200 |
| 57 | L.M. | $182,307 |
| 58 | L.S. | $185,128 |
| 59 | L.R. | $81,419 |
| 60 | M.A. | $33,253 |
| 61 | M.M. | $82,620 |
| 62 | M.L. | $55,040 |
| 63 | M.M. | $592,460 |
| 64 | M.N. | $846,775 |
| 65 | M.S. | $102,455 |

| Claimant No. | Claimant | Amount Claimed |
|:---:|:---:|:---:|
| 66 | M.B. | $246,522 |
| 67 | M.C. | $176,031 |
| 68 | M.M. | $45,735 |
| 69 | M.S. | $119,680 |
| 70 | M.S. | $148,088 |
| 71 | M.T. | $435,700 |
| 72 | N.K. | $761,043 |
| 73 | N.S. | $211,800 |
| 74 | N.L. | $269,900 |
| 75 | P.P. | $723,635 |
| 76 | P.S. | $48,250 |
| 77 | P.L. | $510,677 |
| 78 | P.A. | $687,618 |
| 79 | Q.H. | $407,869 |
| 80 | R.M. | $728,239 |
| 81 | R.K. | $881,275 |
| 82 | R.Y. | $461,943 |
| 83 | R.P. | $685,275 |
| 84 | R.S. | $208,800 |
| 85 | R.T. | $305,470 |
| 86 | R.B. | $628,300 |
| 87 | R.F. | $86,364 |
| 88 | R.F. | $212,404 |
| 89 | R.B. | $593,708 |
| 90 | R.S. | $658,203 |
| 91 | R.G. | $350,824 |
| 92 | S.T. | $113,700 |
| 93 | S.T. | $357,058 |
| 94 | S.S. | $514,072 |
| 95 | S.G. | $491,786 |
| 96 | S.V. | $448,579 |
| 97 | S.L. | $627,850 |
| 98 | S.T. | $297,903 |

| Claimant No. | Claimant | Amount Claimed |
|:---:|:---:|:---:|
| 99 | S.Y. | $100,982 |
| 100 | S.S. | $2,945,056 |
| 101 | S.L. | $832,193 |
| 102 | S.R. | $83,083 |
| 103 | S.K. | $1,457,281 |
| 104 | S.R. | $90,990 |
| 105 | T.S. | $213,438 |
| 106 | T.T. | $97,200 |
| 107 | T.G. | $268,372 |
| 108 | T.B. | $2,241,528 |
| 109 | T.R. | $493,992 |
| 110 | T.L. | $53,371 |
| 111 | W.C. | $222,812 |
| 112 | W.B. | $253,984 |
| 113 | W.R. | $267,709 |
| 114 | W.P. | $698,353 |
| 115 | X.Y. | $99,337 |
| 116 | X.C. | $211,801 |
| 117 | Y.S. | $233,562 |
| 118 | Y.C. | $122,230 |

## **SCHEDULE B**

      This Schedule contains verified claimant signatures.  A complete version is being submitted under seal contemporaneously with a motion to seal pursuant to LCvR 5.1(h).  The public version contains only this notation.