UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

APPROXIMATELY 225,364,961 USDT,

        Defendant *in rem*,

Case No. 25-cv-1907

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties and counsel of record: I am admitted to practice in this Court, and I appear in this case as counsel on behalf of Claimants listed in Schedule A of Docket No. 14.

Please enter my appearance as counsel in this case on behalf of the Claimants listed in Schedule A of Docket No. 14.

Dated: October 7, 2025

Respectfully submitted,

By: */s/ Agustin M. Barbara*
**The Crypto Lawyers PLLC**
Agustin M. Barbara (FL Bar No. 1002677)
848 Brickell Avenue, Penthouse 5
Miami, Florida 33131
Telephone: 619.317.0722

Admitted via *Pro Hac Vice* on 10/2/2025

*Attorney for Claimants Listed in Schedule A, Docket No. 14*