# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>       Defendant *in rem*, | Case No. 25-cv-1907 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties and counsel of record: I am admitted to practice in this Court, and I appear in this case as counsel on behalf of Claimants listed in Schedule A of Docket No. 14.

Please enter my appearance as counsel in this case on behalf of the Claimants listed in Schedule A of Docket No. 14.

Dated: October 7, 2025                 Respectfully submitted,

By: */s/ Michael Burshteyn*
**Greenberg Traurig, LLP**
Michael Burshteyn (CA Bar No. 295320)
101 Second St., Suite 2200
San Francisco, CA 94105
Telephone: 415.655.1300

Admitted via *Pro Hac Vice* on 10/2/2025

*Attorney for Claimants Listed in Schedule A, Docket No. 14*