UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>　　　　Defendant *in rem*,<br><br>CLAIMANTS IDENTIFIED IN SCHEDULE A,<br><br>　　　　Claimants. | Case No. 1:25-cv-01907-AHA |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties and counsel of record: I am admitted *Pro Hac Vice* to practice in this Court, and I appear in this case as counsel for Claimants Nos. 1-118, as identified in the Schedule A to the Verified Claims filed on October 3, 2025 (ECF No. 14) ("Claimants Identified in Schedule A").

Please enter my appearance as counsel in this case for Claimants Identified in Schedule A.

Dated: October 7, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**BOIES SCHILLER FLEXNER LLP**

　　　　　　　　　　　　　　　　By:　*/s/ Dan G. Boyle*
　　　　　　　　　　　　　　　　　　　Dan G. Boyle*
　　　　　　　　　　　　　　　　　　　2029 Century Park East, Suite 1520
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　　Phone: (213) 629-9040
　　　　　　　　　　　　　　　　　　　Email: dboyle@bsfllp.com

　　　　　　　　　　　　　　　　　　　* Admitted *Pro Hac Vice*

　　　　　　　　　　　　　　　　　　　*Counsel for Claimants*
　　　　　　　　　　　　　　　　　　　*CLAIMANTS IDENTIFIED IN SCHEDULE A*