UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>      Defendant *in rem*. | Civil Action No. 25-cv-01907 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties and counsel of record: I am admitted to practice in this Court, and I appear in this case as counsel on behalf of claimant Infiniweb Technology Inc.

Please enter my appearance as counsel in this case on behalf of claimant Infiniweb Technology Inc.

Dated: October 14, 2025

Respectfully submitted,

By: */s/ Steven H. Levin*

**Steptoe LLP**
Steven H. Levin (DC Bar No. 985290)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202.429.8169
slevin@steptoe.com

*Attorney for Claimant Infiniweb Technology Inc.*

1