UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>    Defendant *in rem*. | Civil Action No. 25-cv-01907 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties and counsel of record: I am admitted to practice in this Court, and I appear in this case as counsel on behalf of claimant Infiniweb Technology Inc.

Please enter my appearance as counsel in this case on behalf of claimant Infiniweb Technology Inc.

Dated: October 17, 2025

Respectfully submitted,

By: */s/ Drew C. Harris*

**Steptoe LLP**
Drew C. Harris (NY Bar No. 5501507)
1114 Avenue of the Americas
New York, NY 10036
Telephone: 212.378.7532
dcharris@steptoe.com

Admitted via *Pro Hac Vice* on 10/16/2025

*Attorney for Claimant Infiniweb Technology Inc.*

1