# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>    Defendant *in rem*, | Case No. 25-cv-1907<br><br>**JOINT STIPULATION TO EXTEND CLAIMANTS' DEADLINE TO FILE AN ANSWER** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Supplemental Rule G(5)(b), the undersigned respectfully request to extend the deadline for Claimants 1–118 (ECF No. 14) and Infiniweb Technology Inc. (ECF No. 23), to respond to the Verified Complaint for Forfeiture in rem by **14 days**, from October 24, 2025 to **November 7, 2025**.

This extension is requested due to the ongoing federal government shutdown, which has impacted agency operations and delayed the government's ability to respond. The additional time will also enable the parties to meet and confer regarding forthcoming responses.

Plaintiff United States of America, represented by the U.S. Department of Justice, does not oppose the 14-day extension.

The Claimants respectfully request that the Court enter this stipulation and issue an order extending the deadline to respond to the Complaint by answer or otherwise to **November 7, 2025**.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:   /s/ Michael Burshteyn
**THE CRYPTO LAWYERS PLLC**
Rafael Yakobi (CA Bar No. 312421)

(Admitted *pro hac vice*)
11035 Lavender Hill Dr, Ste. 160-220
Las Vegas, NV 89135
Telephone: 619.317.0722
rafael@thecryptolawyers.com

**THE CRYPTO LAWYERS PLLC**
Agustin M. Barbara (FL Bar No. 1002677)
(Admitted *pro hac vice*)
848 Brickell Avenue, Penthouse 5
Miami, Florida 33131
Telephone: 619.317.0722
agustin@thecryptolawyers.com

**GREENBERG TRAURIG, LLP**
Michael Burshteyn (CA Bar No. 295320)
(Admitted *pro hac vice*)
Marcelo Barros (CA Bar No. 339069)
(Admitted *pro hac vice*)
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Facsimile: 415.707.2010
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

**GREENBERG TRAURIG, LLP**
Nathan J. Muyskens (DC Bar No. 45821)
(Admitted *pro hac vice*)
Michael A. Pusateri (DC Bar No. 1005463)
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: 202.533.2354
Nathan.Muyskens@gtlaw.com
pusaterim@gtlaw.com

**BOIES SCHILLER FLEXNER LLP**
Dan G. Boyle (CA Bar No. 332518)
(Admitted *pro hac vice*)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: 213.629.9040
dboyle@bsfllp.com

*Attorneys for Claimants Identified in Schedule A*

By:  /s/ Drew C. Harris
**STEPTOE LLP**
Drew C. Harris (NY Bar No. 5501507)
(Admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
Telephone: 212.378.7532
dcharris@steptoe.com

**STEPTOE LLP**
Steven H. Levin (DC Bar No. 985290)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202.429.8169
slevin@steptoe.com

*Attorneys for Claimant Infiniweb Technology Inc.*

# EXHIBIT A

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>    Defendant *in rem*, | Case No. 25-cv-1907<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE ANSWER** |

## [PROPOSED] ORDER

Upon consideration of the parties' Stipulation to Extend Deadline to File Answer, and for good cause shown, it is hereby:

**ORDERED** that the deadline for all claimants who have filed Verified Claims—including Claimants 1–118 (ECF No. 14) and Infiniweb Technology Inc. (ECF No. 23)—to file an answer to the Verified Complaint for Forfeiture in rem is extended by **14 days**, from October 24, 2025 to **November 7, 2025**.

SO ORDERED.

    SO ORDERED on this day, _____.

_____

Hon. Amir H. Ali
United States District Court Judge

**Local Civ. R. 7(k) List of Counsel**

        **THE CRYPTO LAWYERS PLLC**
        Rafael Yakobi (CA Bar No. 312421)
        (Admitted *pro hac vice*)
        11035 Lavender Hill Dr, Ste. 160-220
        Las Vegas, NV 89135
        Telephone: 619.317.0722
        rafael@thecryptolawyers.com

        **THE CRYPTO LAWYERS PLLC**
        Agustin M. Barbara (FL Bar No. 1002677)
        (Admitted *pro hac vice*)
        848 Brickell Avenue, Penthouse 5
        Miami, Florida 33131
        Telephone: 619.317.0722
        agustin@thecryptolawyers.com

        **GREENBERG TRAURIG, LLP**
        Michael Burshteyn (CA Bar No. 295320)
        (Admitted *pro hac vice*)
        Marcelo Barros (CA Bar No. 339069)
        (Admitted *pro hac vice*)
        101 Second Street, Suite 2200
        San Francisco, California 94105
        Telephone: 415.655.1300
        Facsimile: 415.707.2010
        Michael.Burshteyn@gtlaw.com
        Marcelo.Barros@gtlaw.com

        **GREENBERG TRAURIG, LLP**
        Nathan J. Muyskens (DC Bar No. 45821)
        (Admitted *pro hac vice*)
        Michael A. Pusateri (DC Bar No. 1005463)
        2101 L Street, N.W., Suite 1000
        Washington, D.C. 20037
        Telephone: 202.533.2354
        Nathan.Muyskens@gtlaw.com
        pusaterim@gtlaw.com

**BOIES SCHILLER FLEXNER LLP**
Dan G. Boyle (CA Bar No. 332518)
(Admitted *pro hac vice*)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: 213.629.9040
dboyle@bsfllp.com

*Attorneys for Claimants Identified in Schedule A*

**STEPTOE LLP**
Drew C. Harris (NY Bar No. 5501507)
(Admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
Telephone: 212.378.7532
dcharris@steptoe.com

**STEPTOE LLP**
Steven H. Levin (DC Bar No. 985290)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202.429.8169
slevin@steptoe.com

*Attorneys for Claimant Infiniweb Technology Inc.*