UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>　　　　Defendant *in rem*. | Civil Action No. 25-cv-01907 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties and counsel of record: I am admitted to practice in this Court, and I appear in this case as counsel on behalf of claimant Infiniweb Technology Inc.

Please enter my appearance as counsel in this case on behalf of claimant Infiniweb Technology Inc.

Dated: November 5, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: */s/ Andrew C. Adams*

　　　　　　　　　　　　　　　　　　　　　**Steptoe LLP**
　　　　　　　　　　　　　　　　　　　　　Andrew C. Adams (NY Bar No. 4727293)
　　　　　　　　　　　　　　　　　　　　　1114 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　Telephone: 212.957.3081
　　　　　　　　　　　　　　　　　　　　　acadams@steptoe.com

　　　　　　　　　　　　　　　　　　　　　Admitted via *Pro Hac Vice* on 10/23/2025

　　　　　　　　　　　　　　　　　　　　　*Attorney for Claimant Infiniweb Technology Inc.*