**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>APPROXIMATELY 225,364,961 USDT,<br>Defendant *in rem*. | Civil Action No. 25-cv-01907-AHA |

**[PROPOSED] ORDER**

Claimant Infiniweb Technology Inc. ("Infiniweb"), has filed three motions: (1) a Motion to Dismiss the Complaint for Forfeiture In Rem for failure to state a claim pursuant to Federal Rule of Civil Procedure 12 and Rule G(8)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; (2) a Motion to Suppress evidence obtained through, or derived from, an illegal, warrantless seizure; and (3) a Motion to Strike from the Complaint certain information alleged to have been derived from confidential settlement communications in violation of Federal Rule of Evidence 408.

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Motion to Dismiss is GRANTED; it is further

ORDERED that the Complaint (ECF No. 1) is DISMISSED in its entirety WITH PREJUDICE; it is further

ORDERED that the Motion to Suppress is GRANTED; it is further

ORDERED that all evidence obtained through the "freeze" identified in Paragraph 172 of the Complaint, including the contents of the Subject Virtual Currency Addresses, all other property seized therewith, and all evidence derived therefrom, shall be SUPPRESSED; and it is further

ORDERED that the Motion to Strike is GRANTED; and it is further

ORDERED that paragraphs 239 and 240 of the Complaint (ECF No. 1) are hereby STRICKEN.

SO ORDERED.

____________________
Hon. AMIR H. ALI
United States District Judge

Date: ___________, 2025

# LOCAL CIVIL RULE 7(K) LIST OF COUNSEL

**United States Attorney's Office**
Rick Blaylock, Jr.
TX Bar No. 24103294
Assistant United States Attorney
Asset Forfeiture Coordinator
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765
rick.blaylock.jr@usdoj.gov

*Attorney for Plaintiff United States of America*

**The Crypto Lawyers PLLC**
Rafael Yakobi (CA Bar No. 312421)
(Admitted *pro hac vice)*
11035 Lavender Hill Dr, Ste. 160-220
Las Vegas, NV 89135
Telephone: 619.317.0722
rafael@thecryptolawyers.com

**The Crypto Lawyers PLLC**
Agustin M. Barbara (FL Bar No. 1002677)
(Admitted *pro hac vice)*
848 Brickell Avenue, Penthouse 5
Miami, Florida 33131
Telephone: 619.317.0722
agustin@thecryptolawyers.com

**Greenberg Traurig, LLP**
Michael Burshteyn (CA Bar No. 295320)
(Admitted *pro hac vice)*
Marcelo Barros (CA Bar No. 339069)
(Admitted *pro hac vice)*
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Facsimile: 415.707.2010
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

**Greenberg Traurig, LLP**
Nathan J. Muyskens (DC Bar No. 45821)
(Admitted *pro hac vice)*
Michael A. Pusateri (DC Bar No. 1005463)

2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: 202.533.2354
Nathan.Muyskens@gtlaw.com
pusaterim@gtlaw.com

**Boies Schiller Flexner LLP**
Daniel G. Boyle (CA Bar No. 332518)
(Admitted *pro hac vice)*
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: 213.629.9040
dboyle@bsfllp.com

*Attorneys for Claimants Identified in ECF No. 14, Schedule A*

**Steptoe LLP**
Andrew C. Adams (NY Bar No. 4727293)
(Admitted *pro hac vice*)
Drew C. Harris (NY Bar No. 5501507)
(Admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
(212) 957-3081
acadams@steptoe.com
dcharris@steptoe.com

**Steptoe LLP**
Steven H. Levin (DC Bar No. 985290)
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8169
slevin@steptoe.com

*Attorneys for Claimant Infiniweb Technology Inc.*