# EXHIBIT 1




RETOUR



15/10/2021

Actualités
Communiqué

# BAOBO SPORTS DEVIENT SPONSOR OFFICIEL DU RACING CLUB DE STRASBOURG ALSACE SUR LE TERRITOIRE ASIE-CHINE

**LE RACING CLUB DE STRASBOURG ALSACE EST HEUREUX D'ANNONCER LA FINALISATION D'UN ACCORD DE SPONSORING OFFICIEL SUR LE TERRITOIRE ASIE-CHINE. BAOBO SPORTS EST UNE MARQUE DE SPORT ET DE DIVERTISSEMENT NÉE EN ASIE. CETTE COOPÉRATION TRANSVERSALE**

## PERMETTRA AUX DEUX ENTITÉS DE TIRER PLEINEMENT PARTI DE LEURS FORCES RESPECTIVES AFIN D'ACCROÎTRE LEUR VISIBILITÉ ET LEUR INFLUENCE SUR LE PLAN INTERNATIONAL.

Baobo Sports est une plateforme de divertissement sportif bien connue en Asie qui réunit de nombreux utilisateurs fidèles. Ils distribuent des contenus fiables visant à accompagner au mieux l'utilisateur. Dans un environnement où le divertissement sportif est en plein essor, la compétitivité de Baobo Sports se reflète dans son concept de marque : « l'utilisateur d'abord et la recherche de l'excellence ». La marque a notamment massivement investi sur le digital pour assurer la stabilité et la fiabilité de sa plate-forme.




Cette collaboration avec le Racing Club de Strasbourg Alsace, constitue une nouvelle étape dans le développement du club. Ce sont les valeurs populaires, familiales, de respect, d'engagement, de solidarité et de ferveur qui sont ainsi louées et qui ont désormais vocation à être portées à l'international.

La marque Baobo Sports bénéficiera d'un ensemble de droits digitaux à déployer sur le territoire Asie-Chine. A l'occasion d'un nombre restreint de matches, la marque sera affichée sur une technologie de LED virtuels sur ces mêmes territoires.

Ces dernières années, Baobo Sports a diversifié la nature et l'origine de ses partenaires pour explorer activement de nouveaux modèles de coopération plus riches. L'objectif étant d'offrir à ses utilisateurs des expériences de divertissement plus novatrices et attrayantes. A l'avenir, Baobo Sports continuera à faire preuve d'un esprit d'innovation et de conquête, et présentera à ses fans des contenus sportifs et de divertissement d'une qualité toujours plus grande.

## CES ARTICLES POURRAIENT VOUS INTÉRESSER

## **À DÉCOUVRIR À** LA BOUTIQUE OFFICIELLE DU RACING



**CASQUETTE LOGO MARINE ADULTE**

20,00€



**MAILLOT HOMME DOMICILE 2**

95,00€