# EXHIBIT 2

YouTube Search Sign in

# HEAD Sports | VfL Bochum 1848

Unlisted

VfL BOCHUM 1848
31.5K subscribers

Subscribe

0 Share Save

32 views Oct 14, 2021 #meinVfL #HeadSports
Welcome HEAD Sports to the VfL Bochum big family.
HEAD Sports, our official partner in Asia! #meinVfL #HeadSports

Twitter: / vflbochum1848ev
Instagram: / vflbochum1848.official
Website: https://www.vfl-bochum.de
Facebook: / meinvfl

VfL BOCHUM 1848
31.5K subscribers

Videos About facebook instagram twitter TikTok

Show less

YouTube

Sign in

5:55
Simon Cowell Made Him Sing A Cappella! What Happened Next SHOCKED Everyone...
Talent Recap
941K views • 1 month ago

10:33
Cats Being Weird
CaD Animals
2.5M views • 2 months ago

35:14
I'm Building a Free Pallet House in 129 Days in the Forest
Lesnoy
13M views • 3 months ago

5:47
Chef Show - SNL
Saturday Night Live
12M views • 2 years ago

18:14
Ex-OpenAI Scientist WARNS: "You Have No Idea What's Coming"
AI Upload
4M views • 3 months ago

6:06
Most Humiliating Penalty Kicks
iLance7i
9.6M views • 1 year ago

4:34
Fed-up teacher quits with shocking warning: 'These kids can't even read!'
Fox News Clips
5.2M views • 5 months ago

19:15
Social Security at 62 vs 67 vs 70: When should you start claiming your benefits?
James Conole, CFP®
735K views • 5 months ago

15:38
Golden Retriever Meets Completely Shut Down Rescue for the First Time
The Golden Kobe Family
6.9M views • 4 months ago

3:32:44
4 Hours Chopin for Studying, Concentration & Relaxation
Classical Universe
1.3M views • 4 months ago

6:30
This Young Boy Sings One of The HARDEST Songs of All Time.. What A ...
Top Talent
5.2M views • 1 month ago

14:37
NFL Worst Game-Losing Mistakes (Part 1)
Football Films
5.9M views • 4 years ago