# EXHIBIT 3

**LEVANTE UD** Aug 24, 2021

# Levante UD and ROR Sports join forces




There are no reactions yet. Be the first!

ROR Sports is Asia's newest digital sports entertainment group. The company follows a "people-centric" parallel platform technology and market development path, constantly expanding the boundaries of the sports market, aiming to provide the most immersive sports entertainment experience for each user.

[redacted] the principles of "continuous innovation, sincere service, integrity and fairness", ROR [redacted]ts has won a large number of loyal sports enthusiasts around the world. Currently, ROR [redacted]ts has more than one million users, with more than 100,000 active users daily. On the path

of continuous development, ROR Sports has progressively demonstrated industry leader momentum.

Skip to next section

## Noticias relacionadas

**Levante UD and Amstel join forces in the Ruta Tornar FuerzaBar to support the hospitality sector affected by the DANA.**

LEVANTE UD — yesterday

**IMR becomes the official supplier of Levante UD for the season**

LEVANTE UD — yesterday

**The Levante UD Business Club visits Gastrónoma**

LEVANTE UD — 2 days ago

**Levante UD strengthens its presence in Asia with a training initiative in Bali**

LEVANTE UD — 7 days ago

## Siguientes noticias

## Levante UD Women start 2024 by hammering Villarreal CF (0-5)

**WOMEN** — Jan 6, 2024

## Levante UD deliver their Christmas gifts to children being treated in La Fe Hospital

**LEVANTE UD** — Dec 28, 2021

## ASISA medical report | Dani Cárdenas

**FIRST TEAM** — Sep 24, 2021

## Álex Muñoz Begins Training with the Team

**FIRST TEAM** — May 22, 2024

MARCOS automoción
macron
digital menta
BALEARIA
LOWI
LEVANTE BLAU HOME
INTERNXT
caixa popular
AMSTEL
HOSPITAL RIBERA IMSKE
Halcón viajes
Coca-Cola
asisa
LALIGA
sorare
FELIX MARKETS

Legal Notice And Conditions Of Use

Privacy Policy

Cookies Policy

PÁGINA OFICIAL © LEVANTE UD 2023