# EXHIBIT 4




# TVT Sports becomes Official Regional Partner of FC Augsburg in Asia

Business 23.08.2021, 11:33

**Recently, the well-known sports entertainment interactive platform T Sports has become Official Regional of FC Augsburg in Asia. Both sides wi two-season cross-border brand coop At present, the exact details of the collaboration have not yet been revea**

announcement.

FC Augsburg is a German professional football club located in Augsburg, Bavaria, Germany. After its promotion to the Bundesliga in 2011, FC Augsburg will now play its 11th consecutive season in the top German league – competing against worldwide famous teams like FC Bayern Munich and Borussia Dortmund.
FC Augsburg plays its home games in the 2009 impressive newly build stadium, the WWK ARENA. The club looks back on a long tradition: it was founded in 1907 and was originally called FC Alemannia. In July 1969, the team merged with TSV 1847 Schwaben Augsburg and changed its name to Football Club Augsburg.

Among football experts FC Augsburg is considered a very promising team. In 2015, the club qualified for the UEFA Europa League for the first time in its history, which after successfully playing in the group stage took FCA all the way to the renowned Anfield Road for a knockout match against Liverpool FC. The English side won the duel by an extremely narrow margin of just one goal. The club is constantly developing all areas of the stadium infrastructure, its own youth academy and general organisational development. The completion of the youth academy is a milestone in the club's philosophy of nurturing young talent that has the potential to progress to the FC Augsburg first team. The club enjoys a high degree of economic stability and healthy growth in the recent past. FC Augsburg has firmly established itself in the Bundesliga and is now setting new and ambitious goals in the sporting arena.




Seeking new collaborations outside the own home market and winning new partnerships has become an important tool for Augsburg to further develop. "As a traditional German club, we not only focus on local marketing, but also our growing international fan base. The decision to cooperate with TVT Sports confirms our interest in the Asian market," says Managing Director Michael Stroll. "Football is a dynamic sport. Striving for breakthroughs and progress has always been the basis of football. We have closely followed the changes in the market over the last few years and realised that today's Asian market offers us great potential. We are determined to tap into this market and hope to successfully take these steps, together with TVT Sports, a newcomer in the field of Asian sports and entertainment."

As one of the leading brands in the field of sports and entertainment in Asia, TVT Sports has risen rapidly. Riding on the development of the sports and entertainment industry, and adhering to the brand concept of "customer first, pursuit of perfection", it is advancing all the way. They

the competitive spirit of top-flight football. In addition, TVT Sports has achieved the ultimate in the research and development of platform technology, continuously improved the user's ultimate service concept with innovative technology, and provided players and supporters with perfect online and offline services.
As TVT spokesperson Mr. Laurent said: "Cross-industry cooperation has become the future development strategy of TVT Sports. This cooperation with the rich history German team FC Augsburg is a deep recognition of the team's potential. I believe that the partnership between the two parties will definitely achieve each other and deliver money can't buy surprises to fans on both sides."

TVT Sports continues to make investment in the football field. This cooperation between the two parties is a win-win choice for brand specialization, commercialization and internationalization. It is a strong alliance that conforms to the trend of the sports market. In the future, both parties will not only allow users to experience the value of amazing sports and entertainment innovation and developed technology, but also have a deeper experience of the immortal charm of competitive football itself. Both parties will endeavor its best for the development of sports entertainment and continue to pursue excellence, create a new trend of sports and entertainment.

WWK VERSICHERUNGEN

Jetzt herunterladen!

Laden im App Store

JETZT BEI Google Play




**Press Release**

19.01.2017



Business

### FCA extends partnership with Nike and 11teamsports

30.09.2020

Business

### WWK extend their sponsorship for the next ten years

16.01.2019

Business

## FCA keep NIKE as kit supplier

06.07.2018

SPONSORS AND PARTNERS

Contact Imprint Data protection Accessibility Statement Cookies