# EXHIBIT 5

# What are Tether tokens and how do they work?

**Tether tokens are assets that move across the blockchain just as easily as other digital currencies but that are pegged to real-world currencies on a 1-to-1 basis.**

Tether tokens are referred to as stablecoins because they offer price stability as they are pegged to a fiat currency. This offers traders, merchants and funds a low volatility solution when exiting positions in the market.

All Tether tokens are pegged at 1-to-1 with a matching fiat currency (e.g., 1 USD₮ = 1 USD) and are backed 100% by Tether's reserves.

As a fully transparent company, we publish a record of the current reserve assets.

# How are Tether tokens Issued





# More stability, more growth

Tether tokens have grown in popularity over the past few years, with a market cap of more than US$100 billion (as of March 2024). Tether tokens allow customers the ability to transact across different blockchains, without the inherent volatility and complexity typically associated with digital tokens.



# Blockchain ready

Tether tokens exist as digital tokens built on various blockchains including Algorand, Avalanche, Celo, Cosmos, Ethereum, EOS, Liquid Network, Near, Polkadot, Solana, Tezos, Ton, and Tron. Therefore, issuance of Tether tokens is viable on various blockchains with varying capabilities depending on the transport protocol used.

## New Tokens

Tether only issues new Tether tokens when they are requested and purchased by customers who have followed our strict KYC

procedure.

## The token that is disrupting the global financial industry

### Tether for Individuals

Tether tokens offer exceptional liquidity on tier one exchanges giving traders the ability to take advantage of arbitrage opportunities in the fastest time possible.

Learn more →

### Tether for Merchants

For merchants, integrating Tether tokens opens up an array of opportunities for consumers to purchase products and services.

Learn more →

### Te Ex

Teth
role
ecos
activ
24-h

Lea