# EXHIBIT 9

Earn up to $2,000 when you buy $50 in crypto¹

Sign up

# Tether Price USDT

USD | About | Info | FAQ | News | Social | Guides | Calc

**$1.00**  ↘ $0.00 (-0.00%)

1H | 1D | 1W | 1M | 1Y | ALL



12:25 PM     5:00 PM     9:35 PM     2:10 AM     6:45 AM     11:20 AM

## Trading Insights

**TRADERS**
42K

## Market Stats

**MARKET CAP**
$183.33B ↘ -0.02%

**FDV**
$185.83B

**CIRC. SUPPLY**
183B USDT

**MAX SUPPLY**
Not enough data

**TOTAL SUPPLY**
186B USDT

**DILUTED VALUATION**
$183.34B

## Performance

**POPULARITY**
#3

**DOMINANCE**
5.57%

**VOLUME (24H)**
$158.17B ↗ 19.39%

**VOLUME (7D)**
$1.12T

**VOLUME (30D)**
$4.04T

**ALL TIME HIGH**
$1.22

**PRICE CHANGE (1Y)**
↘ -0.12%

## About Tether

backed by Tether's reserves which match or exceed the value of USDT in circulation. Important note: at this time, Coinbase only supports USDT on the Ethereum blockchain (ERC-20). Do not send USDT on any other blockchain to Coinbase.

[Whitepaper]  [Official website]

Earn up to $2,000 when you buy $50 in crypto
[Sign me up →]

Restrictions apply. See full terms.

## Additional details



### Market details

| USDT VS MARKETS | USDT VS BTC | USDT VS ETH |
| --- | --- | --- |
| ↘ 27% | ↘ 24.5% | ↘ 10.73% |

**TAGS**

stablecoin   asset-backed-stablecoin   usd-stablecoin   fiat-stablecoin   +1

### Network & Addresses

| Network | Address | |
| --- | --- | --- |
| Avalanche C-Chain | 0xc7198437980c041c805A1EDcbA5... | |
| Ethereum | 0xdAC17F958D2ee523a2206206994... | |
| Arbitrum | 0xFd086bC7CD5C481DCC9C85ebE... | |
| Avalanche C-Chain | 0x9702230A8Ea53601f5cD2dc00fD... | |

See all

## Price history

Earn up to $2,000 when you buy $50 in crypto¹

| | | |
|---|---|---|
| Today | $1.00 | ↘ 0.04% |
| 1 Day | $1.00 | ↘ 0.01% |
| 1 Week | $1.00 | ↘ 0.02% |
| 1 Month | $1.00 | ↘ 0.10% |
| 1 Year | $1.00 | ↘ 0.12% |

## FAQ

**What is Tether USDt?**    —

Tether USDt, or USDT, is a digital token launched in 2014, designed to bridge traditional currencies with blockchain technology. Pegged to the value of one U.S. dollar, USDT is considered a stablecoin, aiming to offer consistency in value. Its issuer claims that each USDT token is backed by reserves consisting of assets like cash equivalents and loans. Operating on multiple blockchains, including Ethereum, Avalanche, and Algorand, Tether USDt facilitates transactions across diverse networks. Note: Coinbase currently supports USDT only on the Ethereum blockchain (ERC-20), so ensure compatibility when using the platform.

**How does Tether USDt work?**    —

Tether USDt functions as a digital token on various blockchain platforms, designed to maintain a stable value equivalent to one U.S. dollar. The issuing company aims to support this peg by allocating reserves to match the amount of USDT in circulation, including cash and other assets. Whenever new USDT tokens are issued, the corresponding amount is reportedly added to Tether's reserves. Through this process, Tether seeks to provide transparency and stability, with the value of USDT remaining aligned with the U.S. dollar for seamless digital transactions.

**What are the potential use cases for Tether USDt?**    +

**What is the history of Tether USDt?**    +

**How can I acquire Tether USDt?**    +

**Does Tether have a future?**    +

**How much is $100 USD in USDT?**    +

**What is Tether worth right now?**    +

How many Tether (USDT) coins are there in circulation? +

How is the Tether network secured? +

What makes Tether different from other stablecoins? +

What is the maximum token supply of USDT? +

What is the current price of Tether? +

See all

Earn up to $2,000 when you buy $50 in crypto

Earn free crypto after making your first purchase.

Sign me up →

Terms apply. Sum of median estimated savings and rewards earned, per user in 2021 across multiple Coinbase programs (excluding sweepstakes). This amount includes fee waivers from Coinbase One (excluding the subscription cost), rewards from Coinbase Card, and staking rewards.

# Tether news

## Trending articles

**The Block**                                                                                           Nov 7, 2025 07:28AM  >
Tether moves nearly $100 million in bitcoin to reserve wallet: Arkham - The transfer raises Tether's total bitcoin treasury to at least 87,296 BTC, currently worth around $8.9 billion, per Arkham labeling.

**Decrypt**                                                                                              Nov 7, 2025 07:18AM  >
Tether Buys the Dip With $97M Bitcoin Purchase - Tether's Bitcoin buy amid a market pullback signals confidence, some experts suggest, while others indicate it could be portfolio rebalancing.

**Tether Blog**                                                                                          Nov 5, 2025 08:00AM  >
Tether and Da Nang City Sign MoU to Advance Blockchain-Powered Digital Governance and Infrastructure - 5 November 2025 – Tether, the largest company in the digital asset industry, announced the signing of a Memorandum of Understanding (MoU) with the People's Committee of Da Nang City to promote the development of digital infrastructure and innovative governance models in one of Vietnam's most dyna…

**BeInCrypto**                                                                                           Nov 5, 2025 04:36AM  >
USDT Dominance Hits Key Resistance: Turning Point for Bitcoin and Altcoins - As USDT Dominance nears a crucial resistance level, traders debate whether it marks a risk-driven pullback or the start of a broader crypto rebound. This turning point could define the next phase for Bitcoin and altcoins.The post USDT Dominance Hits Key Resistance: Turning Point for Bitcoin and A…

Earn up to $2,000 when you buy $50 in crypto¹

## Social stats

| | |
|---|---|
| POPULARITY IN POSTS | #19 |
| CONTRIBUTORS | 1,720 |
| POSTS | 1,720 |
| % ABOUT TETHER | 0.685% |
| | 0 |
| HOLD TIMES | 0 days |
| X (TWITTER) | 39.77% bullish |
| SENTIMENT | 4.5 ★ |

## Highlights

1,720 unique individuals are talking about Tether and it is ranked #19 in most mentions and activity from collected posts. In the last 24 hours, across all social media platforms, Tether has an average sentiment score of 4.5 out of 5. Finally, Tether is becoming less newsworthy, with 0 news articles published about Tether.

On Twitter, people are mostly neutral about Tether. There were 42.4% of tweets with bullish sentiment compared to 6.61% of tweets with a bearish sentiment about Tether. 57.6% of tweets were neutral about Tether. These sentiments are based on 32241 tweets.

On Reddit, Tether was mentioned in 133 Reddit posts and there were 224 comments about Tether. On average, there were less upvotes compared to downvotes on Reddit posts and more upvotes compared to downvotes on Reddit comments.

Powered by LunarCrush

## Guides



Coinbase

### How to Buy Tether

Good news! You can buy Tether on Coinbase's centralized exchange. We've included detailed instructions to make it easier for you to buy Tether.

Read more

## Tether calculator

Earn up to $2,000 when you buy $50 in crypto¹

| | | | |
|---|---:|---|---:|
| 1 Tether (USDT) to United States Dollar (USD) | $1.00 | 1 Tether (USDT) to Canadian Dollar (CAD) | CA$1.41 |
| 1 Tether (USDT) to British Pound (GBP) | £0.76 | 1 Tether (USDT) to Japanese Yen (JPY) | ¥153.30 |
| 1 Tether (USDT) to Indian Rupee (INR) | ₹88.60 | 1 Tether (USDT) to Real (BRL) | R$5.36 |
| 1 Tether (USDT) to Euro (EUR) | €0.86 | 1 Tether (USDT) to Nigerian Naira (NGN) | NGN 1,436.31 |
| 1 Tether (USDT) to South Korean Won (KRW) | ₩1,457.45 | 1 Tether (USDT) to Singapore Dollar (SGD) | S$1.30 |

Try calculator

## Related assets

### Popular cryptocurrencies

Dogecoin · TRON · Aptos · Aster · Ethereum Classic · Tether · Monero · KuCoin Token

Polygon Ecosystem Token · BNB · Cardano · World Liberty Financial USD

### Learn how to buy other popular cryptocurrencies

How to buy BNB · How to buy Hedera · How to buy USDC · How to buy Cardano · How to buy Litecoin · How to buy Dai

How to buy Ondo Finance · How to buy Bitcoin Cash · How to buy World Liberty Financial USD · How to buy Tether

How to buy XRP · How to buy Zcash

Earn up to $2,000 when you buy $50 in crypto¹

### Discover popular crypto-to-currency conversions

- Ethereum - Angolan Kwanza
- XRP - Salvadoran Colón
- Chainlink - Turkmenistani Manat
- TRON - Namibian Dollar
- Cardano - Ugandan Shilling
- TRON - Qatari Riyal
- Tether - Albanian Lek
- Dogecoin - Peruvian Sol
- Tether - Ugandan Shilling
- Hyperliquid - Uzbekistan Som
- USDC - Namibian Dollar
- UNUS SED LEO - Bahraini Dinar

### Popular price predictions

- Bitcoin
- IOTA
- FLOKI
- ZKsync
- Dogecoin
- Aave
- PancakeSwap
- Virtuals Protocol
- Stacks
- Arbitrum
- Aerodrome Finance
- Hedera

### Comparable market cap

- Ethereum
- XRP
- Bitcoin
- BNB
- Solana
- USDC
- TRON
- Dogecoin
- Cardano
- Hyperliquid
- Chainlink
- Bitcoin Cash

### Discover more assets

- POWERBALL
- Blue Balls
- FireFun
- bull
- LC SHIB
- schnoz
- Housecoin
- luckynumber7
- schnoz
- Reverse Reality Rot
- Momcoin
- GIGANT

## Legal

Information is provided for informational purposes only and is not investment advice. This is not a recommendation to buy or sell a particular digital asset or to employ a particular investment strategy. Coinbase makes no representation on the accuracy, suitability, or validity of any information provided or for a particular asset.

Certain content has been prepared by third parties not affiliated with Coinbase Inc. or any of its affiliates and Coinbase is not responsible for such content. Coinbase is not liable for any errors or delays in content, or for any actions taken in reliance on any content. Information is provided for informational purposes only and is not investment advice. This is not a recommendation to buy or sell a particular digital asset or to employ a particular investment strategy. Coinbase makes no representation on the accuracy, suitability, or validity of any information provided or for a particular asset. Prices shown are for illustrative purposes only. Actual cryptocurrency prices and associated stats may vary. Data presented may reflect assets traded on Coinbase's exchange and select other cryptocurrency exchanges.

**Company**
- About
- Careers
- Affiliates
- Blog
- Press
- Security
- Investors
- Vendors

Earn up to $2,000 when you buy $50 in crypto¹

Cookie policy
Cookie preferences
Do Not Share My Personal Information
Digital Asset Disclosures

## Learn

Explore
Market statistics
Coinbase Bytes newsletter
Crypto basics
Tips & tutorials
Crypto glossary
Market updates
What is Bitcoin?
What is crypto?
What is a blockchain?
How to set up a crypto wallet?
How to send crypto?
Taxes

## Support

Help center
Contact us
Create account
ID verification
Account information
Payment methods
Account access
Supported crypto
Status

## Individuals

Buy & sell
Earn free crypto
Base App
Coinbase One
Credit Card
Debit Card

## Businesses

Asset Listings
Payments
Commerce

## Institutions

Prime
Staking
Exchange
International Exchange

Earn up to $2,000 when you buy $50 in crypto¹

Verified Pools

**Developers**

Developer Platform
Base
Server Wallets
Embedded Wallets
Base Accounts (Smart Wallets)
Onramp & Offramp
x402
Trade API
Paymaster
OnchainKit
Data API
Verifications
Node
AgentKit
Staking
Faucet
Exchange API
International Exchange API
Prime API
Derivatives API

**Asset prices**

Bitcoin price
Ethereum price
Solana price
XRP price

© 2025 Coinbase

Privacy
Terms & Conditions

United States • English