UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>          Defendant *in rem*, | Case No. 25-cv-1907<br><br>**SHORT FORM NOTICE** |

**SCHEDULE A CLAIMANTS' NOTICE OF MOTION TO TRANSFER VENUE**

Claimants identified in Schedule A (ECF No. 14) (the "Victim Claimants") move pursuant to 28 U.S.C. § 1404(a) and 1406(a) to transfer this action to the United States District Court for the Northern District of California.

Pursuant to L.R. 7(m), counsel for all parties met and conferred telephonically on October 21, 2025. The government stated its intent to oppose the Motion. Counsel for Infiniweb Technology Inc. ("Infiniweb"), a separate claimant based in Hong Kong, (ECF No. 23), suggested that it would consider whether not to oppose, but has not yet not seen the brief, and Victim Claimants expect Inifniweb will convey its position after reviewing this brief.

Dated: November 7, 2025                     Respectfully submitted,

                                                                    By:     */s/ Michael Burshteyn*

                                                                    **THE CRYPTO LAWYERS PLLC**
                                                                    Rafael Yakobi (CA Bar No. 312421)
                                                                    (Admitted *pro hac vice*)
                                                                    11035 Lavender Hill Dr, Ste. 160-220
                                                                    Las Vegas, NV 89135
                                                                    Telephone: 619.317.0722
                                                                    rafael@thecryptolawyers.com

**THE CRYPTO LAWYERS PLLC**
Agustin M. Barbara (FL Bar No. 1002677)
(Admitted *pro hac vice*)
848 Brickell Avenue, Penthouse 5
Miami, Florida 33131
Telephone: 619.317.0722
agustin@thecryptolawyers.com

**GREENBERG TRAURIG, LLP**
Michael Burshteyn (CA Bar No. 295320)
(Admitted *pro hac vice*)
Marcelo Barros (CA Bar No. 339069)
(Admitted *pro hac vice*)
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

**GREENBERG TRAURIG, LLP**
Nathan J. Muyskens (DC Bar No. 45821)
(Admitted *pro hac vice*)
Michael A. Pusateri (DC Bar No. 1005463)
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: 202.533.2354
pusaterim@gtlaw.com
Nathan.Muyskens@gtlaw.com

**BOIES SCHILLER FLEXNER LLP**
Dan G. Boyle (CA Bar No. 332518)
(Admitted *pro hac vice*)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: 213.629.9040
dboyle@bsfllp.com

*Attorneys for Claimants Identified in Schedule A*