**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| *v.* | Case No. 1:25-cv-1907 |
| APPROXIMATELY 225,364,961 USDT, | |
| Defendant in rem. | |

<u>**DECLARATION OF MARCELO LEAO DE BARROS**</u>

I, Marcelo Leao de Barros, declare under penalty of perjury:

1.      I am an attorney licensed to practice law in the State of California and admitted pro hac vice in this matter. I am an associate at Greenberg Traurig LLP and represent the Claimants Identified under Schedule A (ECF No. 14).  I submit this declaration in support of Claimants' Motion to Transfer Venue.

2.      Attached are true and correct copies of the following exhibits referenced in the Motion.

3.      **Exhibit A** is Press Release titled "Cyber Scam Organization Disrupted Through Seizure of Nearly $9M in Crypto" issued by the U.S. Department of Justice on November 21, 2023.

4.      **Exhibit B** is an Article titled "Crypto exchange OKX relaunches in U.S. two months after settling with DOJ for $500 million" published by Fortune Crypto on April 15, 2025.

5.      **Exhibit C** is a Blog post titled "Bringing OKX to America: A New Era for Crypto and Web3 Innovation," published by OKX, on April 15, 2025.

6.      **Exhibit D** is a copy of Schedule 13G/A, publicly filed with the U.S. Securities and

Exchange Commission on November 14, 2024, for Coinbase Global, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 7, 2025, in Albany, California.

Dated: November 7, 2025                    Respectfully submitted,


By: ___/s/ Marcelo Barros___

**GREENBERG TRAURIG, LLP**
Marcelo Barros (CA Bar No. 339069)
(Admitted *pro hac vice*)
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Marcelo.Barros@gtlaw.com

*Attorney for Claimants Identified in Schedule A*

# Exhibit A



**PRESS RELEASE**

# Cyber Scam Organization Disrupted Through Seizure Of Nearly $9M In Crypto

Tuesday, November 21, 2023

**For Immediate Release**

U.S. Attorney's Office, Northern District of California

SAN FRANCISCO – The Justice Department announced today the seizure of nearly $9 million worth of Tether, a cryptocurrency pegged to the U.S. dollar. These seized funds were traced to cryptocurrency addresses allegedly associated with an organization that exploited over 70 victims through romance scams and cryptocurrency confidence scams, which are widely known as "pig butchering."

"Through this significant seizure, we disrupted the financial infrastructure of an organized network of scammers who stole millions from victims across the United States. These scammers prey on ordinary investors by creating websites that tell victims their investments are working to make them money. The truth is that these international criminal actors are simply stealing cryptocurrency and leaving victims with nothing," said Acting Assistant Attorney General Nicole M. Argentieri of the Justice Department's Criminal Division. "The department hopes this recovery of assets will bring some closure and a sense of justice to the over 70 victims affected by this series of scams. This seizure should also serve as a reminder to cybercriminals that, although the current landscape of the cryptocurrency ecosystem may seem like an ideal way to launder ill-gotten gains, law enforcement will continue to develop the expertise needed to follow the money and seize it back for victims."

"This seizure is the culmination of the exceptional hard work and collaborative partnership between the Justice Department and the United States Secret Service," said U.S. Attorney Ismail J. Ramsey for the Northern District of California. "Silicon Valley remains one of the world's preeminent locations for cryptocurrency firms. As such, we remain dedicated to using all tools at our disposal to bring justice to the victims of frauds and scams. Even when money and criminals are abroad, we will work with our partners to seize cyber criminals' illegal proceeds."

"This seizure exemplifies the Secret Service's mission to protect the financial infrastructure of the United States. We remain determined and vigilant to combat cyber-enabled financial fraud," said Special Agent in Charge Shawn Bradstreet of the USSS San Francisco Field Office. "It is a priority for the Secret Service to protect the financial security that citizens work so hard to obtain. We want to thank the Justice Department for their partnership, dedication, and outstanding work on this case."

According to court documents, criminal actors worked together to target victims and convince them to make cryptocurrency deposits by fraudulently representing that the victims were making investments with trusted firms and cryptocurrency exchanges. In reality, the purported firms and cryptocurrency exchanges were non-existent trading platforms. Agents and analysts from the U.S. Secret Service (USSS) were able to trace those victim deposits and observed that the funds were quickly laundered through dozens of cryptocurrency addresses and exchanged for several different cryptocurrencies, a money laundering technique often referred to as "chain hopping." These techniques are used to "layer" the proceeds of criminal activity into new cryptocurrency ecosystems, all to obfuscate the nature, source, control, and ownership of those proceeds. The seized funds were linked to numerous victim reports made via the FBI's Internet Crime Complaint Center (IC3) and Federal Trade Commission's (FTC) Consumer Sentinel Network.

The USSS San Francisco Field Office investigated this case.

Trial Attorney Georgiana MacDonald of the Criminal Division's Computer Crime and Intellectual Property Section, National Cryptocurrency Enforcement Team, and Assistant U.S. Attorneys Chris Kaltsas and Galen Phillips for the Northern District of California are handling the case, as well as the seizure and forfeiture actions.

The department would like to acknowledge Tether for its assistance in effectuating the transfer of these assets.

If you are a victim of a cryptocurrency scam, or other scam involving the use of the Internet, please file a report with the IC3 at ic3.gov and with the FTC at www.reportfraud.ftc.gov.

*Updated November 21, 2023*

Component

[USAO - California, Northern](#)

# Related Content

**PRESS RELEASE**

### Individual Charged With Assault On Federal Officers By Accelerating U-Haul Truck Toward Coast Guard Personnel

November 4, 2025

**PRESS RELEASE**

### Nine Alleged Oakland Sureño Gang Members Charged With Racketeering Conspiracy In Connection With Murders And Related Crimes

OAKLAND – A federal grand jury has indicted nine men on charges of racketeering conspiracy in connection with two murders, three attempted murders, narcotics and firearms distribution, and other related...

October 29, 2025

**PRESS RELEASE**

## Former Executive Director Who Embezzled Over $500,000 From Non-Profit Serving Oakland Youth Sentenced To More Than Two Years In Prison

OAKLAND – Howard Solomon, also known as Solomon Howard, was sentenced today to 27 months in federal prison in connection with a years-long scheme in which he stole at least...

September 24, 2025

 **Northern District of California**

Main Office:
Federal Courthouse
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

San Francisco: (415) 436-7200
TTY: (415) 436-7221

Oakland: (510) 637-3680
San Jose: (408) 535-5061

# Exhibit B

Crypto exchange OKX relaunches in U.S. two months after settling with DOJ for $500 million | Fortune Crypto



COMPANIES · CRYPTOCURRENCY

# Crypto exchange OKX relaunches in U.S. two months after settling with DOJ for $500 million

BY **BEN WEISS**
CRYPTO REPORTER

April 15, 2025 at 9:13 PM EDT

11/7/25, 4:59 AM — Crypto exchange OKX relaunches in U.S. two months after settling with DOJ for $505 million | Fortune Crypto

Case 1:25-cv-01907-AHA    Document 20-3    Filed 11/07/25    Page 10 of 29



**Hong Fang, global president of OKX.**
LAM YIK—BLOOMBERG/GETTY IMAGES

Seychelles-based OKX announced on Tuesday that it is relaunching the U.S. version of its crypto exchange and unveiled a new wallet for American users to store as well as trade cryptocurrencies. The company also named Roshan Robert, a longtime employee of Barclays, as its U.S. CEO and revealed it would locate its U.S. regional headquarters in San Jose, California.

"It is not just the rebrand. The entire technology interface, everything has changed," said Robert, who was recently an executive at the crypto prime broker Hidden Road, which was acquired by Ripple for $1.25 billion in April.

OKX's renewed focus on the U.S. follows a settlement the exchange's international entity reached with the Department of Justice in February. Prosecutors alleged that OKX failed to implement adequate anti-money laundering processes and solicited U.S. customers even though its international entity wasn't registered in the States. As part of the agreement, OKX paid a $500 million fine, pled guilty to one count of operating an unlicensed money transmitting business, and agreed to pay for an external compliance consultant through February 2027.

"For over seven years, OKX knowingly violated anti-money laundering laws and avoided implementing required policies to prevent criminals from abusing our financial system," Matthew Podolsky, Acting U.S. Attorney for the Southern District, said in a statement announcing the settlement.

"There were no allegations of customer harm, no charges against any company employee and no government appointed monitor as part of the settlement," OKX said in a blog post.

The exchange's U.S. relaunch also comes amid a more favorable regulatory environment for crypto under President Donald Trump. Robert, the U.S. CEO, said OKX's plans to increase its U.S. presence predates Trump's second term. He started talking with the crypto exchange in the summer of 2024 and was officially brought on in September. "We were preparing our compliance infrastructure, our risk management infrastructure for the last year and a half or so," he added.

That said, Robert welcomes the Trump administration's less aggressive approach to crypto. "The rulemaking will take some time, but there is a path that we can see," he said.

11/7/25, 4:59 AM    Crypto exchange OKX relaunches in U.S. two months after settling with DOJ for $505 million | Fortune Crypto

Case 1:25-cv-01907-AHA    Document 20-3    Filed 11/07/25    Page 12 of 29

As Robert steers the new, relaunched OKX U.S., he's facing stiff competition from incumbents Coinbase and Kraken. However, he believes that the market in the U.S. isn't zero sum and thinks that younger generations' appetite for risky crypto bets will grow the pie. "The whole digital asset market is an expanding universe," he said.

Hong Fang, OKX's global president, previously oversaw OKX's U.S. entity, which was formerly named OKcoin.

**Fortune Brainstorm AI** returns to San Francisco Dec. 8–9 to convene the smartest people we know—technologists, entrepreneurs, Fortune Global 500 executives, investors, policymakers, and the brilliant minds in between—to explore and interrogate the most pressing questions about AI at another pivotal moment. Register here.

## About the Author

**BEN WEISS**
Crypto Reporter

 

Ben Weiss is a crypto reporter at *Fortune*.

SEE FULL BIO ›

## Related Articles



**REGULATORS**

### 'Bitcoin Jesus' reaches $50 million deal with DOJ to dismiss tax evasion charges

BY **BEN WEISS**



**COMPANIES**

### Fast-growing crypto and stablecoin startup Zerohash raises $104 million

BY **BEN WEISS**



**CYBERSECURITY**

### London teenager orchestrated 'help desk' extortion scheme against 47 U.S.

11/7/25, 4:59 AM    Crypto exchange OKX relaunches in U.S. two months after settling with DOJ for $505 million | Fortune Crypto

Case 1:25-cv-01907-AHA   Document 20-3   Filed 11/07/25   Page 13 of 29

October 14, 2025      September 23, 2025

## companies that netted $115 million, says DOJ

BY **AMANDA GERUT**

September 20, 2025



**THE COINS**

## Ripple says Fortress, Citadel Securities invest $500 million

BY **EMILY MASON** AND **BLOOMBERG**

November 5, 2025



**THE COINS**

## Trump team plans launch of digital wallet as crypto empire keeps expanding

BY **BEN WEISS**

June 3, 2025



**INVESTING**

## HKEX CEO Bonnie Chan says global stock exchanges have to work together to stay relevant in a crypto age

BY **ANGELICA ANG**

October 29, 2025

# Latest in Companies

1 day ago      3 days ago      7 days ago

**COMPANIES - VENTURE CAPITAL**

## Exclusive: Crypto venture firm CMT Digital raises $136 million for fourth fund

BY **BEN WEISS**

November 5, 2025

**COMPANIES - CRYPTOCURRENCY**

## Ferrari to release crypto token to let wealthy fans take part in 499P auction

BY **CARLOS GARCIA**

November 3, 2025

**COMPANIES - BITCOIN**

## Michael Saylor boosts yield, says Strategy is at an 'inflection point'

BY **DAVID PAN**, **JUDY LAGROU**, AND OTHERS

October 30, 2025

7 days ago      8 days ago      9 days ago

11/7/25, 4:59 AM
Crypto exchange OKX relaunches in U.S. two months after settling with DOJ for $505 million | Fortune Crypto

Case 1:25-cv-01907-AHA    Document 29-3    Filed 11/07/25    Page 14 of 29

**COMPANIES · CRYPTOCURRENCY**

## Crypto founders are getting very rich, very fast—again

BY **JEFF JOHN ROBERTS**

October 30, 2025

**COMPANIES · MASTERCARD**

## Exclusive: Mastercard poised to acquire crypto startup Zerohash for nearly $2 billion, sources say

BY **BEN WEISS** AND **LEO SCHWARTZ**

October 29, 2025

**COMPANIES · CRYPTOCURRENCY**

## Startup Hercle raises $10 million to build out stablecoin-based global money transfers

BY **CARLOS GARCIA**

October 29, 2025

# Most Popular

20 hours ago

7 days ago

1 day ago

**THE COINS**

## The crypto market may be out of gas as Bitcoin dips under $100k and altcoins plummet

BY **CARLOS GARCIA**

November 6, 2025

**COMPANIES**

## Crypto founders are getting very rich, very fast—again

BY **JEFF JOHN ROBERTS**

October 30, 2025

**COMPANIES**

## Exclusive: Crypto venture firm CMT Digital raises $136 million for fourth fund

BY **BEN WEISS**

November 5, 2025

8 days ago

7 days ago

3 days ago

11/7/25, 4:59 AM
Crypto exchange OKX relaunches in US two months after settling with DOJ for $505 million | Fortune Crypto

Case 1:25-cv-01907-AHA    Document 20-3    Filed 11/07/25    Page 15 of 29

**COMPANIES**

# Exclusive: Mastercard poised to acquire crypto startup Zerohash for nearly $2 billion, sources say

BY **BEN WEISS** AND **LEO SCHWARTZ**

October 29, 2025

**COMPANIES**

# Michael Saylor boosts yield, says Strategy is at an 'inflection point'

BY **DAVID PAN**, **JUDY LAGROW**, AND OTHERS

October 30, 2025

**COMPANIES**

# Ferrari to release crypto token to let wealthy fans take part in 499P auction

BY **CARLOS GARCIA**

November 3, 2025

---

## Rankings

| | |
|---|---|
| 100 Best Companies | Most Powerful Women |
| Fortune 500 | Future 50 |
| Global 500 | World's Most Admired Companies |
| Fortune 500 Europe | See All Rankings |

## Sections

| | | | | |
|---|---|---|---|---|
| Finance | Asia | Health | Newsletters | MPW |
| Leadership | Europe | Retail | Magazine | CEO Initiative |
| Success | Environment | Lifestyle | Features | Conferences |
| Tech | Fortune Crypto | Politics | Commentary | Personal Finance |
| | | | | Education |

## Customer Support

Frequently Asked Questions

Customer Service Portal

Privacy Policy

Terms of Use

Single Issues for Purchase

International Print

## Commercial Services

Advertising

Fortune Brand Studio

Fortune Analytics

Fortune Conferences

Business Development

## About Us

About Us

Editorial Calendar

Press Center

Work at Fortune

Diversity and Inclusion

Terms and Conditions

Site Map



© 2025 Fortune Media IP Limited. All Rights Reserved. Use of this site constitutes acceptance of our Terms of Use and Privacy Policy | CA Notice at Collection and Privacy Notice | Do Not Sell/Share My Personal Information

FORTUNE is a trademark of Fortune Media IP Limited, registered in the U.S. and other countries. FORTUNE may receive compensation for some links to products and services on this website. Offers may be subject to change without notice.

# Exhibit C



ⓘ This page is for information purposes only. Certain services and features may not be available in your jurisdiction.    ✕

🔍 Search articles

Learn  ›  Blog  ›  Article

OKX

# Bringing OKX to America: A New Era for Crypto and Web3 Innovation

**Roshan Robert**

Published on Apr 15, 2025    Updated on Jun 04, 2025    4 min read    △ 131

🅱 BTC -3.17%    ◆ ETH -4.50%    ⬢ SOL -4.26%

*A message from OKX US CEO Roshan Robert*

Over the past decade, I've had the opportunity to lead and contribute to initiatives that deepened my appreciation for the transformative potential of blockchain technology. I've watched the industry evolve from its earliest days to where it stands now—at a critical inflection point, interacting more directly with traditional finance and capital markets. At this exciting juncture, I'm honored to join OKX as the US CEO. I look forward to leading our expansion into the United States and broadening access to digital assets in a secure, transparent, and compliant way.



**Sign up** to OKX    ✕



👍 Was this helpful?    Yes    No    ✕

11/7/25, 4:57 AM
Bringing OKX to the United States: A New Era for Crypto and Web3 Innovation | OKX
Case 1:25-cv-01907-ABA Document 29-3 Filed 11/07/25 Page 18 of 29

throughout the year as part of our vision to build a crypto super App.

As part of this expansion, existing OKCoin customers will be seamlessly migrated to the OKX platform. This migration brings customers a significantly enhanced experience — with access to deeper liquidity, lower fees, and advanced trading tools.

We're beginning with a phased rollout for new customers to ensure a smooth and secure onboarding process, with a broader nationwide launch planned later this year.

OKX has long been a global leader in on-chain technology—and now, we're bringing that expertise to the world's largest financial market. American customers can buy, sell, and convert top cryptocurrencies like Bitcoin, Ethereum, USDT, and USDC, while also connecting traditional finance with crypto through seamless local bank account integrations.

Our goal? To offer a secure, transparent, and accessible alternative—built for everyone, from first-time customers to advanced traders.

**Security and Transparency First**

Trust and security are the foundation of OKX. We maintain a global proof of reserves for all assets on our platform and publish monthly, independently verified reports through blockchain security firm Hacken. This ensures our customers can always verify their funds and trust in our systems. We're also focused on verifying on-chain activities, supporting third-party compliance, and raising the bar for transparency across the industry.

**Introducing the OKX Wallet**

In addition to our centralized exchange, the OKX Wallet is available for American customers—a powerful Web3 gateway that supports over 130 blockchains. It offers five trading modes to fit customers experience levels and includes a DEX aggregator for access to 10M+ tokens across Ethereum, Solana, Base, and beyond. Our AI-powered Web3 navigation helps customers identify trending tokens, simplify research, and make smarter trading decisions. With built-in support for advanced swapping, bridging, and dApp access

**Sign up** to OKX                                                          ✕

👍 Was this helpful?                                                       ✕

includes enhanced due diligence, a robust KYC process, customer risk rating systems, advanced fraud detection, AML tools, geo-blocking, and market surveillance technologies. These are all part of our commitment to a secure, compliant trading environment.

**Join the Future of Digital Finance**

For those seeking a crypto platform that's secure, flexible, and built for the future—OKX is here. We're committed to protecting your assets while empowering your financial freedom. Explore our exchange. Experience the power of Web3 through OKX Wallet. And be a part of shaping the next era of digital finance. For more details, visit **OKX.com** or **download the OKX app**.

*Disclaimer*
*This content is provided for informational purposes only and may cover products that are not available in your region. It is not intended to provide (i) investment advice or an investment recommendation; (ii) an offer or solicitation to buy, sell, or hold crypto/digital assets, or (iii) financial, accounting, legal, or tax advice....*

Expand ⌄

# Related articles

View more ›



Stablecoins

**Bringing Stablecoins to Everyday Life in Brazil: Introducing OKX Pay and OKX Card**

Nov 6, 2025    👍 3

**Sign up** to OKX    ✕

👍 Was this helpful?    ✕



Log in    Sign up

Nov 6, 2025 ⟷ 1



OKX | Ethereum

**Ethereum Virtual Machine (EVM): Complete Beginner-to-Pro Guide**

Nov 5, 2025    👍 1



Industry news

**OKX Wins Rankia 2025 Award for Most Trusted Crypto Exchange**

Nov 3, 2025    👍 3



OKX | Ethereum

**Ethereum Wallet Recovery: Step-by-Step Guide**

Nov 3, 2025    👍 3



OKX | Ethereum

**Popular Ethereum Dapps: Top Apps, Categories & Safety Tips**

Nov 3, 2025    👍 1

**Sign up** to OKX                                                    ✕

👆 Was this helpful?                                                  ✕

## More about OKX

About us

Candidate Privacy Notice

Careers

Contact us

Terms of Service

Privacy Notice

Disclosures

Whistleblower notice

Law enforcement

OKX app

OKX TR

Cookie preferences

## Products

Buy crypto

Convert

Trade

Trading bots

All cryptocurrencies

Learn

TradingView

## Services

API

Historical market data

CEX fee schedule

Listing application

## Support

Support center

Channel verification

Announcements

Connect with OKX

## Buy crypto

Buy USDT

Buy USDC

Buy Bitcoin

Buy Ethereum

Buy ADA

Buy Solana

Buy Litecoin

Buy XRP

## Crypto calculator

BTC to USD

ETH to USD

USDT to USD

SOL to USD

XRP to USD

PI to USD

## Trade

BTC USDC

ETH USDC

BTC USDT

ETH USDT

PI USDT

SOL USDT

XRP USDT

Bitcoin price

Ethereum price

Pi Network price

Solana price

XRP price

Bitcoin price prediction

Ethereum price prediction

XRP price prediction

Pi Network price prediction

How to buy crypto

How to buy Bitcoin

How to buy Ethereum

How to buy Solana

How to buy Pi Network

## Community

𝕏  🎵  📷  💬  ✈  f  📊  in  ⋯

**Sign up** to OKX                                                            ✕

👍 Was this helpful?                                                          ✕

# Exhibit D



| Filer | COINBASE GLOBAL, INC. |
|---|---|
| Form Type | SC 13G/A |
| Date Filing | 11/14/2024 |

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# SCHEDULE 13G

### Under the Securities Exchange Act of 1934
### (Amendment No. 3)*

# Coinbase Global, Inc.
### (Name of Issuer)

### Class A Common Stock, par value $0.00001 per share
### (Title of Class of Securities)

### 19260Q107
### (CUSIP Number)

### September 30, 2024
### (Date of Event which Requires Filing of this Statement)

Check the appropriate box to designate the rule pursuant to which this Schedule is filed:

☐ Rule 13d-1(b)

☐ Rule 13d-1(c)

☒ Rule 13d-1(d)

\* The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter the disclosures provided in a prior cover page.

The information required in the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

| | | |
|---|---|---|
| 1. | NAME OF REPORTING PERSON<br><br>Brian Armstrong | |
| 2. | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (see Instructions)<br>(a) ☐ (b) ☐ | |
| 3. | SEC USE ONLY | |
| 4. | CITIZENSHIP OR PLACE OF ORGANIZATION<br><br>United States | |

NUMBER OF SHARES
BENEFICIALLY
OWNED BY EACH
REPORTING PERSON
WITH

| | | |
|---|---|---|
| 5. | SOLE VOTING POWER<br><br>34,578,998 | |
| 6. | SHARED VOTING POWER<br><br>0 | |
| 7. | SOLE DISPOSITIVE POWER<br><br>34,578,998 | |
| 8. | SHARED DISPOSITIVE POWER<br><br>0 | |

| | |
|---|---|
| 9. | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br><br>34,578,998 |
| 10. | CHECK IF THE AGGREGATE AMOUNT IN ROW (9) EXCLUDES CERTAIN SHARES (See Instructions) ☐ |
| 11. | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (9)<br><br>14.56% |
| 12. | TYPE OF REPORTING PERSON (See Instructions)<br><br>IN |

| 1. | NAME OF REPORTING PERSON<br><br>The Brian Armstrong Living Trust |
|---|---|
| 2. | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)<br>(a) ☐ (b) ☐ |
| 3. | SEC USE ONLY |
| 4. | CITIZENSHIP OR PLACE OF ORGANIZATION<br><br>California |

NUMBER OF SHARES
BENEFICIALLY
OWNED BY EACH
REPORTING PERSON
WITH

| 5. | SOLE VOTING POWER<br><br>25,656,751 |
|---|---|
| 6. | SHARED VOTING POWER<br><br>0 |
| 7. | SOLE DISPOSITIVE POWER<br><br>25,656,751 |
| 8. | SHARED DISPOSITIVE POWER<br><br>0 |

| 9. | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br><br>25,656,751 |
|---|---|
| 10. | CHECK IF THE AGGREGATE AMOUNT IN ROW (9) EXCLUDES CERTAIN SHARES (See Instructions) ☐ |
| 11. | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (9)<br><br>11.22% |
| 12. | TYPE OF REPORTING PERSON (See Instructions)<br><br>OO |

**Item 1.**

    **(a)**    **Name of Issuer:**

        Coinbase Global, Inc. (the "Issuer")

    **(b)**    **Address of Issuer's Principal Executive Offices:**

        The Issuer's principal executive offices are located at One Madison Avenue, Suite 2400, New York, NY 10010.

**Item 2.**

    **(a)**    **Name of Person Filing:**

        This statement is being filed jointly pursuant to §240.13d-1(k)(1) on behalf of Brian Armstrong and The Brian Armstrong Living Trust (together, the "Reporting Persons").

    **(b)**    **Address of Principal Business Office, or if none, Residence:**

        The principal business address for each of the Reporting Persons is 100 Pine Street, Suite 1250, San Francisco, California 94111.

    **(c)**    **Citizenship:**

        See responses to Item 4 on each cover page.

    **(d)**    **Title of Class of Securities:**

        Class A Common Stock, $0.00001 par value per share ("Class A Common Stock")

    **(e)**    **CUSIP Number:**

        19260Q107

**Item 3.**  **If this statement is filed pursuant to §§240.13d-1(b) or 240.13d-2(b) or (c), check whether the person filing is a:**

        Not applicable

**Item 4.**  **Ownership.**

    **(a)**    **Amount beneficially owned:**

        Each Reporting Person may be deemed to be the beneficial owner of the shares of Class A Common Stock listed on such Reporting Person's cover page.

        As of September 30, 2024, Mr. Armstrong's beneficial ownership consists of: (i) 5,913,854 stock options held directly by Mr. Armstrong that are vested or will vest within 60 days of September 30, 2024, (ii) 526 shares of Class A Common Stock and 25,656,225 shares of Class B common stock, par value $0.00001 per share ("Class B Common Stock") held directly by The Brian Armstrong Living Trust, of which Mr. Armstrong is the trustee and (iii) 3,008,393 shares of Class B Common Stock held directly by The Ehrsam 2014 Irrevocable Trust, of which Mr. Armstrong is the trustee. Each share of Class B Common Stock is convertible at the option of the holder into one share of Class A Common Stock.

(b)     **Percent of class:**

Each Reporting Person may be deemed to be the beneficial owner of the percentage of the shares of Class A Common Stock listed on the Reporting Person's cover page. Calculations of the percentage of shares beneficially owned assume 202,952,721 shares of Class A Common Stock outstanding as of July 25, 2024, as reported in the Issuer's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on August 1, 2024, and takes into account the shares of Class A Common Stock issuable upon the conversion of the Class B Common Stock and/or exercise of options beneficially owned by the Reporting Persons, as applicable.

(c)     **Number of shares as to which the person has:**

(i)     Sole power to vote or to direct the vote:

See response to Item 5 on the cover page

(ii)     Shared power to vote or to direct the vote:

See response to Item 6 on the cover page.

(iii)     Sole power to dispose or to direct the disposition of:

See response to Item 7 on the cover page.

(iv)     Shared power to dispose or to direct the disposition of:

See response to Item 8 on each cover page.

**Item 5.   Ownership of Five Percent or Less of a Class.**

If this statement is being filed to report the fact that as of the date hereof the reporting person has ceased to be the beneficial owner of more than five percent of the class of securities, check the following ☐.

**Item 6.   Ownership of More than Five Percent on Behalf of Another Person.**

Not applicable.

**Item 7.   Identification and Classification of the Subsidiary Which Acquired the Security Being Reported on by the Parent Holding Company.**

Not applicable.

**Item 8.   Identification and Classification of Members of the Group.**

Not applicable.

**Item 9.   Notice of Dissolution of Group.**

Not applicable.

**Item 10. Certification.**

Not applicable.

## SIGNATURE

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Dated: November 14, 2024

**BRIAN ARMSTRONG**

/s/ Brian Armstrong

**THE BRIAN ARMSTRONG LIVING TRUST**

By:      /s/ Brian Armstrong
Name:  Brian Armstrong
Title:   Trustee