# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY 225,364,961 USDT, <br><br> Defendant in rem. | Case No. 1:25-cv-1907 |

## [PROPOSED] ORDER GRANTING MOTION TO TRANSFER VENUE

Having considered the Motion to Transfer Venue filed by Claimants Identified under Schedule A, opposition papers and oral argument, if any, and for good cause shown, the Court finds that transfer is appropriate pursuant to 28 U.S.C. §§ 1404(a) and 1406(a) and **GRANTS** the motion. This action is hereby **TRANSFERRED** to the United States District Court for the Northern District of California. The Clerk of Court is directed to effectuate the transfer.

Dated: _____                    _____
                                                  Judge Amir H. Ali