UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  v.<br><br>APPROXIMATELY 225,364,961 USDT<br><br>       Defendant *in rem.* | Civil Action No. 25-cv-1907-AHA |

## NOTICE OF APPEARANCE

**TO THE CLERK AND ALL PARTIES AND COUNSEL OF RECORD.**

I am admitted to practice in this Court, and I hereby appear in this action as counsel on behalf of Claimants 1-147 listed in Schedule A to Docket No. 34.

I respectfully request that my appearance be entered on the docket and that all notices, pleadings, and other papers filed in this matter be served upon me in accordance with the applicable rules of this Court.

Dated: January 7, 2026.

                                                  Respectfully submitted,

                                                  */s/ Christopher Klotz*
                                                  Christopher Klotz
                                                  DC Bar No. 439409
                                                  **AYLSTOCK, WITKIN,**
                                                  **KREIS & OVERHOLTZ, PLLC**
                                                   Email: cklotz@awkolaw.com
                                                  17 East Main Street, Suite 200
                                                  Pensacola, FL 32502
                                                  Phone: (850) 202-1010
                                                  Facsimile: (850) 916-7449

                                                  *Attorneys for Claimants on Schedule A*
                                                  *of Docket No. 34.*