**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>      Defendant *in rem*, | Case No. 25-cv-1907-AHA<br><br>**STATUS REPORT** |

      Claimants 1-118, as identified in Schedule A (ECF No. 14) (the "Victim Claimants"), hereby provide this Status Report to the Court regarding Victim Claimants' pending Motion to Transfer this action, as well as possible resolution of this action.

      Following the Victim Claimants' recent filings, *see* ECF No. 42, counsel for Plaintiff and Victim Claimants conferred on February 6-7, 2025, regarding the Motion to Transfer, additional potential motion practice, and potential settlement in this action.

      Victim Claimants and Plaintiff discussed the possibility of settlement and agreed that additional time for more detailed settlement discussions would be fruitful, and proposed seeking the position of all remaining parties to the case on a potential brief stay of this action to allow for discussions involving all parties and, in light of the significance of this action and the amount in controversy, the potential need to confer with senior levels of the Department of Justice.

1

Accordingly, Victim Claimants intend to either seek a limited stay of this action within seven days, pending positions from all parties, or will alert the court if no such agreement can be reached.

Dated: February 9, 2026

Respectfully submitted,

By: */s/ Dan G. Boyle*

**THE CRYPTO LAWYERS PLLC**
Rafael Yakobi (CA Bar No. 312421)
(Admitted *pro hac vice*)
11035 Lavender Hill Dr, Ste. 160-220
Las Vegas, NV 89135
Telephone: 619.317.0722
rafael@thecryptolawyers.com

**THE CRYPTO LAWYERS PLLC**
Agustin M. Barbara (FL Bar No. 1002677)
(Admitted *pro hac vice*)
848 Brickell Avenue, Penthouse 5
Miami, Florida 33131
Telephone: 619.317.0722
agustin@thecryptolawyers.com

**GREENBERG TRAURIG, LLP**
Michael Burshteyn (CA Bar No. 295320)
(Admitted *pro hac vice*)
Marcelo Barros (CA Bar No. 339069)
(Admitted *pro hac vice*)
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Facsimile: 415.707.2010
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

**GREENBERG TRAURIG, LLP**
Nathan J. Muyskens (DC Bar No. 45821)
(Admitted *pro hac vice*)
Michael A. Pusateri (DC Bar No. 1005463)
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037

Telephone: 202.533.2354
pusaterim@gtlaw.com
Nathan.Muyskens@gtlaw.com

**BOIES SCHILLER FLEXNER LLP**
Dan G. Boyle (CA Bar No. 332518)
(Admitted *pro hac vice*)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: 213.629.9040
dboyle@bsfllp.com

*Attorneys for Claimants Identified in Schedule A*