UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Approximately $225,364,961 USDT.<br><br><br><br>Defendant <u>In</u> <u>Rem</u>. | Civ. No. 25-1907 (AHA) |

DECLARATION OF RICK BLAYLOCK, JR.

I, Rick Blaylock, Jr., am an Assistant United States Attorney and Asset Forfeiture Coordinator for the U.S. Attorney's Office for the District of Columbia, and am counsel for the United States on this matter, and declare the following:

1. The United States sent special interrogatories to potential claimant Infiniweb, pursuant to the Federal Rules of Civil Procedure, Supplemental Rule G(6), and the United States received substantive responses thereto from potential claimant Infiniweb on Friday, January 16, 2026.

Pursuant to Title 28 United States Code Section 1746, I declare under penalty of perjury that the forgeoing is true and correct.

Executed:  20 February 2026
               Washington, DC

*/s/ Rick Blaylock, Jr.*
RICK BLAYLOCK, JR.
TX Bar No. 24103294
Assistant United States Attorney
Asset Forfeiture Coordinator
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765
