UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Approximately $225,364,961 USDT.<br><br><br><br>    Defendant <u>In</u> <u>Rem</u>. | Civ. No. 25-1907 (AHA) |

**ORDER TO DISMISS POTENTIAL CLAIMANT INFINIWEB'S MOTION TO DISMISS WITHOUT PREJUDICE**

  Potential claimant Infiniweb has filed a Motion to Dismiss before establishing standing under Fed. R. Civ. P., Supp. R. G.

  For the reasons stated in the accompanying Memorandum Opinion, it is hereby

  ORDERED that potential claimant Infiniweb's motion to dismiss is dismissed without prejudice.

                          _____
                          HON. AMIR H. ALI, U.S.D.J.
                          UNITED STATES DISTRICT COURT

Date: _____, 2026