UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Approximately $225,364,961 USDT.<br><br><br>Defendant <u>In</u> <u>Rem</u>. | Civ. No. 25-1907 (AHA) |

---

**AGREED MOTION TO ADJORN RESPONSE DEADLINES**

---

All parties are in agreement to adjourn response deadlines for a period of three weeks, as the parties are actively engaged in settlement negotiations with the goal of a common resolution. The parties respectfully request that response deadlines toll from Friday, February 20, 2026 to Friday, March 13, 2026.

<u>**CERTIFICATE OF CONFERENCE**</u>

The United States, Claimant Infiniweb, Claimants 1-118, and Claimants 119-147 consulted and are in agreement with this motion.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Rick Blaylock, Jr.*

Rick Blaylock, Jr.
TX Bar No. 24103294
Assistant United States Attorney
Asset Forfeiture Coordinator
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765
rick.blaylock.jr@usdoj.gov
*COUNSEL FOR UNITED STATES*

*S/ Jafer Aftab*
Jafer Aftab
N.J. Bar No. 050341997
Assistant United States
Attorney United States Attorney's Office
District of Columbia
601 D Street, NW
Washington, DC 2530
(202) 252-6714
Jafer.Aftab@usdoj.gov
*COUNSEL FOR UNITED STATES*

*/s/ Andrew Adams*
**Andrew Adams**
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
212-506-3900
Email: acadams@steptoe.com
*COUNSEL FOR INFINIWEB*

*/s/ Rafael Yakobi*
**Rafael Yakobi**
THE CRYPTO LAWYERS, PLLC
11035 Lavender Hill Dr.
Ste 160-220
Las Vegas, NV 89135
516-640-0028
Email: rafael@thecryptolawyers.com
*COUNSEL FOR CLAIMANTS 1-118*

*/s/ Christopher Klotz*
**Christopher Klotz**
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC

17 E. Main Street, Suite 200
Pensacola, FL 32502
850-202-1010
Fax: 850-916-7449
Email: cklotz@awkolaw.com
COUNSEL FOR CLAIMANTS 119-147