UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

APPROXIMATELY 225,364,961 USDT,

    Defendant *in rem*.

Civil Action No. 25-cv-01907-AHA

**JOINT STATUS REPORT AND AGREED MOTION TO ADJOURN**

Pursuant to the Court's February 21, 2026 order, the parties respectfully submit this Joint Status Report and Agreed Motion to Adjourn.

On February 20, 2026, the parties filed an Agreed Motion to Adjourn Response Deadlines, explaining that "the parties are actively engaged in settlement negotiations with the goal of a common resolution" and seeking adjournment of all response deadlines for a period of three weeks, from Friday, February 20, 2026 to Friday, March 13, 2026, to facilitate those settlement negotiations. ECF No. 48 at 1.

In a February 21, 2026 minute order, the Court granted the motion, staying all deadlines until March 13, 2026, and ordering the parties to file, on that same day, a joint status report updating the court on the status of settlement negotiations.

Since entry of the Court's February 21, 2026 order, the parties have conferred regularly, productively, and in good faith concerning potential settlement of this matter. The parties' settlement discussions are ongoing. The parties therefore respectfully request an additional 31-day stay of all deadlines in the case, through Monday, April 13, 2026.

## CERTIFICATE OF CONFERENCE

The United States, Claimant Infiniweb, Claimants 1-118, and Claimants 119-266 have consulted and are in agreement with this Joint Status Report and Agreed Motion to Adjourn.

Dated: March 13, 2026

                                              Respectfully submitted,

                                              /s/ Andrew C. Adams
                                              Andrew C. Adams (*pro hac vice*)
                                              Drew C. Harris (*pro hac vice*)
                                              Steptoe LLP
                                              1114 Avenue of the Americas
                                              New York, NY 10036
                                              (212) 957-3081
                                              acadams@steptoe.com
                                              dcharris@steptoe.com

                                              Steven H. Levin (DC Bar No. 985290)
                                              Steptoe LLP
                                              1330 Connecticut Avenue, NW
                                              Washington, DC 20036
                                              (202) 429-8169
                                              slevin@steptoe.com

                                              *Attorneys for Claimant Infiniweb Technology Inc.*

                                              /s/ Rick Blaylock, Jr.
                                              Rick Blaylock, Jr.
                                              TX Bar No. 24103294
                                              Assistant United States Attorney
                                              Asset Forfeiture Coordinator
                                              United States Attorney's Office
                                              601 D Street, N.W.
                                              Washington, D.C. 20001
                                              (202) 252-6765
                                              rick.blaylock.jr@usdoj.gov

                                              *Counsel for United States*

                                              /s/ Jafer Aftab
                                              Jafer Aftab
                                              N.J. Bar No. 050341997

Assistant United States
Attorney United States Attorney's Office
District of Columbia
601 D Street, NW
Washington, DC 2530
(202) 252-6714
Jafer.Aftab@usdoj.gov

*Counsel for United States*

/s/ Rafael Yakobi
Rafael Yakobi
THE CRYPTO LAWYERS, PLLC
11035 Lavender Hill Dr.
Ste 160-220
Las Vegas, NV 89135
516-640-0028
Email: rafael@thecryptolawyers.com

*Counsel for Claimants 1-118*

/s/ Daniel Thornburgh
Daniel Thornburgh
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
850-202-1010
Fax: 850-916-7449
Email: dthornburgh@awkolaw.com

*Counsel for Claimants 119-266*