**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>　　　　Defendant *in rem*. | Civil Action No. 25-cv-01907-AHA |

**SECOND JOINT STATUS REPORT REGARDING SETTLMENT DISCUSSIONS AND
SECOND AGREED MOTION TO ADJOURN BRIEFING DEADLINES**

Pursuant to the Court's March 16, 2026 order, Plaintiff United States of America, Claimant Infiniweb, Claimants 1-118, and Claimants 119-266 (collectively, the "Parties") respectfully submit this Second Joint Status Report Regarding Settlement Discussions and Second Agreed Motion to Adjourn.

On February 20, 2026, the Parties filed an Agreed Motion to Adjourn Response Deadlines, explaining that "the parties are actively engaged in settlement negotiations with the goal of a common resolution" and seeking adjournment of all response deadlines for a period of three weeks, from Friday, February 20, 2026 to Friday, March 13, 2026, to facilitate those settlement negotiations. ECF No. 48 at 1.

In a February 21, 2026 minute order, the Court granted the motion, staying all deadlines until March 13, 2026, and ordering the parties to file, on that same day, a joint status report updating the court on the status of settlement negotiations.

-1-

-2-

On March 16, 2026, the Parties filed their first Joint Status Report, stating that settlement discussions were ongoing, and requesting an extension of the stay of deadlines to April 13, 2026, which the Court granted the same day. ECF No. 51.

Since entry of the Court's March 16, 2026 order, the parties have continued to confer regularly, productively, and in good faith concerning potential settlement of this matter.  The parties' settlement discussions are ongoing, and the Parties therefore respectfully request an additional 10-day stay of pending motion briefing deadlines in the case, through and including Friday, April 24, 2026.

The Parties propose to submit a further joint status report no later than April 24, 2026.[1]

//

//

---

[1] The Parties apologize for the 1-day delay in filing this Status Report, as the Parties were continuing to negotiate in good faith over the length of any further extension.

**CERTIFICATE OF CONFERENCE**

Plaintiff United States of America, Claimant Infiniweb, Claimants 1-118, and Claimants 119-266 have consulted and are in agreement with this Second Joint Status Report Regarding Settlement Discussions and Second Agreed Motion to Adjourn Briefing Deadlines.

Dated: April 14, 2026

Respectfully submitted,

/s/ (*e-mail authorization 4-14-26*)
Andrew C. Adams (*pro hac vice*)
Drew C. Harris (*pro hac vice*)
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 957-3081
acadams@steptoe.com
dcharris@steptoe.com

Steven H. Levin (DC Bar No. 985290)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8169
slevin@steptoe.com

*Attorneys for Claimant Infiniweb Technology Inc.*

/s/ (*e-mail authorization 4-14-26*)
Rick Blaylock, Jr.
TX Bar No. 24103294
Assistant United States Attorney
Asset Forfeiture Coordinator
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765
rick.blaylock.jr@usdoj.gov

*Counsel for United States*

-3-

/s/ _____

Rafael Yakobi
THE CRYPTO LAWYERS, PLLC
11035 Lavender Hill Dr.
Ste 160-220
Las Vegas, NV 89135
516-640-0028
rafael@thecryptolawyers.com

Dan G. Boyle (CA Bar No. 332518)
BOIES SCHILLER FLEXNER LLP
(Admitted pro hac vice)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: 213.629.9040
dboyle@bsfllp.com

*Counsel for Claimants 1-118*

/s/ (*e-mail authorization 4-14-26*) _____

Daniel Thornburgh
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
850-202-1010
Fax: 850-916-7449
Email: dthornburgh@awkolaw.com

*Counsel for Claimants 119-147*

-4-