**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

APPROXIMATELY 225,364,961 USDT,

     Defendant *in rem*.

Civil Action No. 25-cv-01907-AHA

**THIRD JOINT STATUS REPORT**

Pursuant to the Court's April 14, 2026 order, Plaintiff United States of America, Claimant Infiniweb, Claimants 1-118, and Claimants 119-266 (collectively, the "2025 Parties") respectfully submit this Third Joint Status Report.

On February 20, 2026, the 2025 Parties filed an Agreed Motion to Adjourn Response Deadlines, explaining that "the parties are actively engaged in settlement negotiations with the goal of a common resolution" and seeking adjournment of all response deadlines for a period of three weeks, from Friday, February 20, 2026 to Friday, March 13, 2026, to facilitate those settlement negotiations.  ECF No. 48 at 1.

In a February 21, 2026 minute order, the Court granted the motion, staying all deadlines until March 13, 2026, and ordering the 2025 Parties to file, on that same day, a joint status report updating the court on the status of settlement negotiations.

On March 13, 2026, the 2025 Parties filed their first Joint Status Report, stating that settlement discussions were ongoing, and requesting an extension of the stay of deadlines to April 13, 2026, which the Court granted on March 16, 2026. ECF No. 51.

-1-

-2-

On April 14, 2026, the 2025 Parties filed their second Joint Status Report, stating that settlement discussions were ongoing, and requesting an extension of the stay of deadlines to April 24, 2026, which the Court granted the same day. ECF No. 55.

Since entry of the Court's April 14, 2026 order, the 2025 Parties have continued to confer in good faith concerning resolution of this matter.  The 2025 Parties' discussions are ongoing, and the 2025 Parties therefore respectfully request that the Court approve the following schedule:

1.  That the Court enter an additional 14-day stay of deadlines relating to Infiniweb's Motion to Dismiss, Motion to Strike, and Motion to Suppress (ECF No. 28), as well as the pending motion to transfer filed by the Claimants 1-118 and the Motion to Strike filed by the United States, through and including Friday, May 8, 2026.

## CERTIFICATE OF CONFERENCE

Plaintiff United States of America, Claimant Infiniweb, Claimants 1-118, Claimants 119-266 have consulted and are in agreement with this Third Joint Status Report.

Dated: April 24, 2026

<div style="margin-left:40%">

Respectfully submitted,

/s/ (e-mail authorization 4-24-26)
Andrew C. Adams (*pro hac vice*)
Drew C. Harris (*pro hac vice*)
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 957-3081
acadams@steptoe.com
dcharris@steptoe.com

Steven H. Levin (DC Bar No. 985290)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8169
slevin@steptoe.com

*Attorneys for Claimant Infiniweb Technology Inc.*

/s/ (e-mail authorization 4-25-26)
Rick Blaylock, Jr.
TX Bar No. 24103294
Assistant United States Attorney
Asset Forfeiture Coordinator
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765
rick.blaylock.jr@usdoj.gov

*Counsel for United States*

/s/ (e-mail authorization 4-25-26)
Jafer Aftab
N.J. Bar No. 050341997
Assistant United States

</div>

-3-

Attorney United States Attorney's Office
District of Columbia
601 D Street, NW
Washington, DC 2530
(202) 252-6714
Jafer.Aftab@usdoj.gov

*Counsel for United States*

/s/ Michael Burshteyn
Michael Burshteyn
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, CA 94105
415-655-1300
Email: Michael.Burshteyn@gtlaw.com

Rafael Yakobi
THE CRYPTO LAWYERS, PLLC
11035 Lavender Hill Dr.
Ste 160-220
Las Vegas, NV 89135
516-640-0028
Email: rafael@thecryptolawyers.com

*Counsel for Claimants 1-118*

/s/ (e-mail authorization 4-24-26)
Daniel Thornburgh
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
850-202-1010
Fax: 850-916-7449
Email: dthornburgh@awkolaw.com

*Counsel for Claimants 119-266*

-4-