# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

APPROXIMATELY 225,364,961 USDT

        Defendant, *in rem*.

Case No. 25-cv-1907-AHA

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW undersigned counsel, pursuant to Local Civil Rule 83.6 of the Local Rules of the United States District Court for the District of Columbia and respectfully moves this Court for leave to withdraw as counsel for Claimant Nivedita Kaul.

In support thereof, undersigned counsel states as follows:

1. Undersigned counsel currently represents Claimant Nivedita Kaul in the above-captioned matter.

2. Undersigned counsel and Ms. Kaul have conferred regarding the termination of the representation and Ms. Kaul consents to this withdrawal.

3. Ms. Kaul has been advised of all currently scheduled deadlines and hearings in this matter.

4. Ms. Kaul intends to proceed pro se.

5. Ms. Kaul's current contact information is as follows:

Nivedita Kaul
5001 Ramon Road, Building 3 #1005
Palm Springs, CA 92264
Telephone: 1 (724) 413-8167
Email: nivie@digitaldefendersgroup.org

6.  Withdrawal of counsel will not unduly delay these proceedings or prejudice any party.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order permitting withdrawal as counsel for Claimant Nivedita Kaul and directing that all future filings and correspondence be served directly upon Ms. Kaul at the address listed above.

Dated: May 15, 2026

Respectfully submitted,

/s/ Tara J. Plochocki
Tara J. Plochocki (D.C. Bar No. 989404)
SEQUOR LAW, P.A.
1200 G Street, N.W.
Suite 340
Washington, D.C. 20001
tplochocki@sequorlaw.com
Tel. (202) 900-8740

Counsel for Claimant Nivedita Kaul

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2026, a copy of the foregoing Motion to Withdraw

as Counsel was filed via the Court's CM/ECF system and served upon all counsel of record and

upon:

> Nivedita Kaul
> 5001 Ramon Road, Building 3 #1005
> Palm Springs, CA 92264
> Telephone: 1 (724) 413-8167
> Email: nivie@digitaldefendersgroup.org

Ms. Kaul has been served with a copy of the motion and a notice advising the party to obtain

other counsel, or, if she intends to conduct the case pro se or to object to the withdrawal, to so

notify the Clerk in writing within seven days of service of the motion.

/s/ Tara J. Plochocki

Tara J. Plochocki