# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 225,364,961 USDT

Defendant, *in rem*.

Civil Action No. 25-cv-1907-AHA

## MOTION FOR CM/ECF USER NAME AND PASSWORD

Claimant Nivedita Kaul, proceeding pro se, respectfully moves this Court pursuant to LCvR 5.4(b)(2) for leave to obtain a CM/ECF user name and password and to file documents electronically in this action. In support, the undersigned states:

1. The undersigned is a Claimant of record in this action and is proceeding pro se following the withdrawal of counsel.

2. This is an in rem forfeiture proceeding. The undersigned anticipates the need to file and respond to motions on an active and time-sensitive basis.

3. The undersigned has reliable and continuous access to the internet and the technological capacity to file documents and receive filings electronically on a regular basis.

4. The undersigned confirms the ability to prepare, format, and submit text-searchable PDF documents in compliance with the Court's CM/ECF filing requirements and the privacy requirements of LCvR 5.4(f).

5. The undersigned has successfully completed the entire Clerk's Office online CM/ECF tutorial as required by LCvR 5.4(b)(2).



RECEIVED

MAY 27 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

6. Granting this motion will facilitate the orderly management of this case, ensure timely filing, and reduce the burden on the Clerk's Office associated with paper and email submissions.

7. Pursuant to Local Civil Rule 7(m), the undersigned conferred with Rick E. Blaylock, Jr., counsel for the United States, on May 23, 2026 regarding the relief sought in this motion. The United States does not oppose the motion.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion and direct the Clerk to issue a CM/ECF user name and password to the undersigned for use in this action.

Dated: May 27, 2026

Respectfully submitted,

*Nivedita Kaul*

Nivedita Kaul
Claimant, pro se
5001 Ramon Road, Building 3 #1005
Palm Springs, CA 92264
Telephone: (724) 413-8167
Email: nivie@digitaldefendersgroup.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2026, I transmitted the foregoing motion by email

to counsel of record, addressed as follows:

Rick Blaylock, Jr.
Assistant United States Attorney
Asset Forfeiture Coordinator
United States Attorney's Office District of Columbia
601 D Street, N.W.
Washington, D.C. 20004
(202) 252-6765
rick.blaylock.jr@usdoj.gov

*Counsel for United States*

Jafer Aftab
Assistant United States Attorney
United States Attorney's Office
601 D Street, NW
Washington, DC 20530
(202) 252-6714
Jafer.Aftab@usdoj.gov

*Counsel for United States*

Andrew C. Adams (*pro hac vice*)
Drew C. Harris (*pro hac vice*)
Steptoe LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 957-3081
acadams@steptoe.com
dcharris@steptoe.com

Steven H. Levin
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8169
slevin@steptoe.com

*Attorneys for Claimant Infiniweb Technology Inc.*

Rafael Yakobi

THE CRYPTO LAWYERS, PLLC
11035 Lavender Hill Dr.
Ste 160-220
Las Vegas, NV 89135
516-640-0028
Email: rafael@thecryptolawyers.com

Michael A. Pusateri
Greenberg Traurig, LLP
2101 L Street NW, Suite 1000,
Washington, DC 20037;
202-533-2354;
pusaterim@gtlaw.com

Dan G. Boyle
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
213.629.9040
dboyle@bsfllp.com

*Counsel for Claimants 1-118*

Daniel Thornburgh
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
850-202-1010
Fax: 850-916-7449
Email: dthornburgh@awkolaw.com

*Counsel for Claimants 119-266*

David C. Silver, Esq.
SILVER MILLER
5411 North University Drive - Suite 203
Coral Springs, FL 33067
Phone: (954) 516-6000
Email: DSilver@SilverMillerLaw.com

Marc Fitapelli, Esq.
MDF LAW PLLC
28 Liberty Street, 30th
New York, NY 10005
Phone: (212) 203-9300

Email: Marc@mdf-law.com

*Counsel for Lisa Kang, Movant*

Nivedita Kaul
Claimant, pro se
5001 Ramon Road, Building 3 #1005
Palm Springs, CA 92264
Telephone: (724) 413-8167
Email: nivie@digitaldefendersgroup.org