**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 225,364,961 USDT,

Defendant *in rem*.

Civil Action No. 25-cv-01907-AHA

**[PROPOSED] ORDER DENYING MOVANT LISA KANG'S MOTION FOR HEARING PURSUANT TO THE CRIME VICTIMS' RIGHTS ACT**

It is hereby ORDERED that Movant Lisa Kang's Motion for Hearing Pursuant to the Crime Victims' Rights Act, 18 U.S.C. § 3771 (ECF No. 61), is DENIED without prejudice.

Dated: ________________

______________________________
Hon. Amir H. Ali
United States District Judge
U.S. District Court for the District of Columbia