# EXHIBIT 1

 Outlook

## Re: USA v. Approximately 225,364,961 USDT (25-CV-1907)

**From** Marc Fitapelli <marc@mdf-law.com>

**Date** Wed 3/11/2026 6:23 PM

**To** rick.blaylock.jr@usdoj.gov <rick.blaylock.jr@usdoj.gov>

**Cc** David Silver <dsilver@silvermillerlaw.com>

Mr. Blaylock,

I am an attorney writing on behalf of numerous victims potentially connected to the above-referenced matter. Our law firm, MDF Law, together with Silver Miller represent potential victims.

As you know, attorneys representing a group of victims filed a status report on February 9, 2026 (Doc. 43). The report suggests that the government has developed a process for evaluating and resolving victim's claims, but the details of that process have not been made public. Our respective law firms have questions regarding the government's criteria for validating victim claims, including what documentation or tracing methods the government will accept.

We previously raised these issues with an attorney at MLARS and were advised that their office becomes involved following the conclusion of the underlying case. Based on that guidance, it seems appropriate to direct our questions to you.

Can we schedule a call to discuss this matter?

Thank you for your time.

Marc


Marc Fitapelli, Esq.
**MDF Law PLLC**
28 Liberty Street, 30th Floor
New York, New York 10005
Receptionist:   (212) 203-9300
Direct Phone:   (212) 658-1501
Fax:            (212) 208-3066