# EXHIBIT 2

 Outlook

---

**Petitions for Remission: 25-cv-1907**

---

**From** Blaylock Jr, Rick (USADC) <Rick.Blaylock.Jr@usdoj.gov>

**Date** Mon 3/30/2026 7:13 PM

**To** Marc Fitapelli <marc@mdf-law.com>; dsilver@silvermillerlaw.com <dsilver@silvermillerlaw.com>

**Cc** In, Jessica (USADC) [Contractor] <Jessica.In@usdoj.gov>

📎 1 attachment (1 MB)

Petition for Remission.pdf;

Good evening, y'all.

Can you begin to submit petitions for remission here and send them to me, please? https://ocp.forfeiture.gov/OnlineClaimsPetitions/petition. Make sure to include your client's total loss amount and not just the amount traceable to the Defendant Property. Let me know if you need any specific information to complete. Depending on the information, I may be able to get it to you before litigation ends. Lastly, please consider the following, especially if you have a client whose loss is not directly connected to the Defendant Property:

Pursuant to 28 C.F.R. Part 9 and the *Asset Forfeiture Policy Manual*, "Victims may also recover losses caused by a related offense. *See* 28 C.F.R. § 9.8. Related offense means:  . . . or (2) An offense committed as part of the same scheme or design, or pursuant to the same conspiracy, as was involved in the offense for which forfeiture was ordered.' *See* 28 C.F.R. § 9.2." Additionally, victims need not show that their specific funds are among the funds that have been forfeited to establish eligibility for remission. Furthermore, "For purposes of calculating pecuniary losses, victims need not show that their specific funds are among the funds that have been forfeited to establish eligibility for remission . . . [and] the tracing of a particular victim's funds into a forfeited account does not give that victim priority over the victims whose funds cannot be traced."

Rick Blaylock
Assistant United States Attorney
Asset Forfeiture Coordinator
United States Attorney's Office
District of Columbia
Desk: (202) 252-6765
Cell: (202) 803-1627