**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Civil Action No. 25-cv-1907**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

APPROXIMATELY 225,364,961 USDT

      Defendant *in rem*.

_____/

**[PROPOSED] ORDER**

Upon consideration of Dr. Lisa Kang's Motion for an Extension of Time to File a Verified Claim, any opposition and reply thereto, the record in this action, and for good cause shown pursuant to Supplemental Rule G(5)(a)(ii) of the Federal Rules of Civil Procedure, it is hereby:

**ORDERED** that Dr. Lisa Kang's Motion is **GRANTED**; and it is further

**ORDERED** that Dr. Kang shall file her verified claim asserting an interest in the Defendant Property within ten (10) days after entry of this Order; and it is further

**ORDERED** that any verified claim filed by Dr. Kang within that period shall be deemed timely under Supplemental Rule G; and it is further

**ORDERED** that this Order does not determine the validity, amount, ownership, tracing, priority, or ultimate merits of Dr. Kang's asserted interest in the Defendant Property, all of which are reserved for further proceedings.

      SO ORDERED.

Dated: _____, 2026
      Washington,  D.C.

                                 _____
                                 AMIR H. ALI
                                 United States District Judge