# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Civil Action No. 25-cv-1907**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

APPROXIMATELY 225,364,961 USDT

     Defendant *in rem*.

_____/

## NOTICE OF COMPLIANCE WITH LOCAL CIVIL RULE 7(m) IN CONNECTION WITH VICTIM DR. LISA KANG'S MOTION FOR EXTENSION OF TIME TO FILE VERIFIED CLAIM

Dr. Lisa Kang ("Dr. Kang"), by and through her undersigned counsel and pursuant to Local Civil Rule 7(m), hereby respectfully notifies the Court that she has complied with Local Civil Rule 7(m) in connection with her recently-filed Motion for Extension of Time to File Verified Claim [ECF No. 74].  In support thereof, Dr. Kang respectfully shows the Court the following:

1.     On June 10, 2026, undersigned counsel for Dr. Kang conferred in good faith with counsel for the United States of America ("the Government") regarding whether the Government would consent to allow Dr. Kang to file a motion to extend the time to file a verified claim in this matter.  The Government stated, via electronic mail, that it would oppose the motion. Claimants 1-118 also indicated opposition.  All parties were copied on the e-mail communication.

2.     The Government's position, as reflected in a June 10, 2026 e-mail, was as follows:

> *The government's position is that the claim filing would be untimely and would oppose backdating claims. The claimants who had deadlines extended did so before the deadlines expired. If it was a close call, that's one thing. But it's about a year later. That said, the government still intends to compensate victims and would certainly welcome petitions for remission/mitigation.*

3.      Following the Court's Order dated July 20, 2026, Dr. Kang attempted in good faith to re-confer with the Government to determine whether its position on Dr. Kang's non-dispositive Motion for Extension of Time to File Verified Claim [ECF No. 74] had changed since the June 10, 2026 e-mail exchange.  The Government did not respond to that inquiry by the close of business on July 21, 2026.

4.      Based on the Government's previously stated position on June 10, 2026 and other communications with the Government, counsel does not anticipate any change in the government's stated position.

5.      The parties have met and conferred in good faith.

Respectfully submitted,

**MDF LAW PLLC**
  _/s/ Marc Fitapelli_____ .
Marc Fitapelli, Esq.*
28 Liberty Street, 30th
New York, NY 10005
Phone: (212) 203-9300
Email: Marc@mdf-law.com
  *_pro hac vice_ granted

**SILVER MILLER**
  _/s/ David C. Silver_____ .
David C. Silver, Esq.
5411 North University Drive - Suite 203
Coral Springs, FL 33067
Phone: (954) 516-6000
Email: DSilver@SilverMillerLaw.com

_Counsel for Victim Dr. Lisa Kang_

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this   21st   day of July 2026 by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant(s): **All Counsel and Parties of Record**.

  _/s/ David C. Silver_____
            DAVID C. SILVER

- 2 -