**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>  Defendant *in rem*. | Civil Action No. 25-cv-01907-AHA |

**DECLARATION OF ANDREW ADAMS**

I, Andrew Adams, declare under penalty of perjury:

1.    On December 5, 2025, the government served special interrogatories on Infiniweb.

2.    On December 22, 2025, Infiniweb moved for an extension of time to respond to the government's special interrogatories, ECF No. 36, which the Court granted via minute order, extending Infiniweb's response deadline from December 26, 2025 to January 16, 2026.

3.    Infiniweb served its responses to the special interrogatories on January 16, 2026.

4.    On February 5, 2026, Infiniweb agreed via email to a three-week extension of the government's February 6, 2026 deadline to oppose Infiniweb's motion to dismiss.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 22, 2026 in New York, New York.

/s/ Andrew C. Adams
Andrew C. Adams