# EXHIBIT A

[handwritten] Investigation 2023/6371    [intake stamp] Muhammet Unaz Yildiz / Public Prosecutor No 549 / 11.02.2023

# TO THE ANKARA WEST CHIEF PUBLIC PROSECUTOR'S OFFICE
## IN FLAGRANTE DELICTO AND APPLICATIONS BUREAU

**VERY URGENT**

**AN INTERIM MEASURE IS REQUESTED**

**10 Temmuz 2026**

**Subject** : CRIMINAL COMPLAINT

**Parties:**

**Complainant** : ▮▮▮▮▮▮▮▮ (2) Nivedita Kaul

**Address** : Bağlıca Mh. İşturkuaz Cd. No. 15B, Etimesgut, ANKARA

**No 1979 9**

**Counsel** : Av. Bilgehan Burak Türkmen, Av. Esat Erbil Tavus

Çukurambar Mah. 1424. Cad. No: 2/4 Çankaya/ANKARA

**Suspects** : 1- Kai Li Kelly    2- Ling Sun Dylon

**Offence** : Fraud by using information systems as an instrument

**Statement:**

Our clients invested in the crypto exchange belonging to the suspects and, as a result, their withdrawal transactions have been suspended. Owing to the fraudulent transactions in question, our clients ▮▮▮▮▮▮ and Nivedita Kaul (8.7 million) have suffered a loss of USD 2 million and 8.7 million.

Two expert reports have been obtained by us, and the loss arising by its nature from the fraud offence committed worldwide by this criminal organisation is in the region of USD 1 billion. The organisation's crypto wallets have already been identified by us through an expert, and the fraud in question is also being committed in Türkiye through other crypto exchanges and individuals used as intermediaries. At present, we have identified assets amounting to close to USD 500 million in crypto assets.

**Request:**

At this stage, having regard to the expert report submitted in the annex on behalf of our clients, and in order that the victims' assets cannot be moved by the fraudsters through the counterpart firms, we hereby file a criminal complaint against the managers and members of the said criminal organisation **WITH THE REQUEST THAT THEY BE BLOCKED AND THE PERPETRATORS IDENTIFIED**. 11.02.2023

**Attorney for the Victims**

**Av. Esat Erbil Tavus**

*[signature]*

**Annex** : Expert Determination Report

Analysis Report

Tercüme edilmek üzere bana verilen İngilizce dilindeki Asıl/Fotokopi/Faks belgeyi Türkçe diline tam ve doğru olarak çevirdiğimi beyan ederim.
Noter Yeminli Mütercim
NAZİK ECEM COŞKUN 24976547352
Aziz Mahmut Hüdayi Mah. Davutoğlu Sk. No: 7 / 5 Üsküdar / İSTANBUL

**TERCÜME EDİLMİŞTİR TRANSLATED**

r. 23/6371

S.D.K
11.02.20..
Muhammet Uraz YILDIZ
C.Savcısı 171519

# ANKARA BATI CUMHURİYET BAŞSAVCILIĞI
## SUÇÜSTÜ VE MÜRACAAT BÜROSU'NA

**ÇOK İVEDİ**
**TEDBİR TALEPLİDİR.**

No 1979 9

**Konu** : SUÇ DUYURUSU
**Taraflar:**
**Şikâyetçi:** ▨▨▨▨▨▨ 2-Nivedita Kaul
**Adres** : Bağlıca Mh. İşturkuaz Cd. No15B, Etimesgut, ANKARA
**Vekili:** Av. Bilgehan Burak Türkmen, Av. Esat Erbil Tavus
Çukurambar Mah. 1424. Cad. No:2/4 Çankaya/ANKARA

**Şüpheliler:** 1- Kai Li Kelly 2-Ling Sun Dylon,
**Suç:** Bilişim sistemlerini aracı kılarak dolandırıcılık

**Açıklamalar:**

Müvekkillerimiz şüphelilere ait kripto borsasına yatırım yapmış ve neticesinde para çekim işlemleri durdurulmuş vaziyettedir. Söz konusu dolandırıcılık işlemleri sebebiyle, Müvekkillerimiz ▨▨▨▨▨▨ Nivedita Kaul 8.7m$ lık zarara maruz kalmışlardır.

Tarafımızca 2 adet bilirkişi raporu alınmış olup dünya genelinde bu suç örgütü tarafından işlenen dolandırıcılık suçundan doğan zarar mahiyeti itibarıyla 1milyar dolar civarındadır. Hali hazırda organizasyonun kripto cüzdanları bilirkişi marifetiyle tarafımızca tespit ettirilmiş olup söz konusu dolandırıcılık hem Türkiye'de sair kripto borsaları ve kişiler de aracı kılınarak işlenmektedir. Şu an kripto varlık olarak ise 500m$ yakın bir malvarlığı tarafımızca tespit edilmiştir.

**Talep:**

Bu aşamada müvekkillerimize ait ekte sunulan bilirkişi raporu gözetilerek muhatap firmalar üzerinden mağdurlara ait malvarlıklarının dolandırıcılar tarafından hareket ettirilememesi için **BLOKE EDİLMESİ VE FAİLLERİN TESPİTİ TALEBİYLE** söz konusu suç örgütü yöneticileri ve üyeleri hakkında suç duyurusunda bulunuyoruz. 11.02.2023

Mağdurlar vekili
Av. Esat Erbil Tavus

**EK:** Bilirkişi tespit raporu
Analiz raporu