# EXHIBIT B

# REPUBLIC OF TURKEY
## ANKARA WEST
## CHIEF PUBLIC PROSECUTOR'S OFFICE
## PREPARATORY BUREAU

**- URGENT MATTER -**
**07/03/2023**

**Number** : 2023/6371 CBS Investigation File

**Subject** : Ticket Number: #365109

### TO TETHER OPERATIONS LIMITED

**Ref:** a) Our Chief Public Prosecutor's Office's letter dated 20/02/2023, investigation no. 2023/6371, no. 2023/289 Muh.

b) Your company's letter dated 22/02/2023, Ticket Number: #365109

For the purposes of the investigation being conducted by our Chief Public Prosecutor's Office into the offences of *"fraud committed by using information systems or banks or credit institutions as instruments"* and *"qualified theft committed by using information systems"*;

Whereas it has been established that the suspects whose full identity details and charged offences are written below, and the other perpetrators acting together with them in the commission of the same offence, also hold the virtual-currency assets subject to the offence — obtained from the incidents that are the subject of the victims' representatives' complaints — in wallets held with Tether Operations Limited;

Within the scope of the investigation conducted by our Chief Public Prosecutor's Office, the identity details of the suspects whose names are written below having been obtained; and new wallets — in which the assets subject to the offence, whose full addresses are written below, are located, and a block/freeze of some of which has already been requested from your company by our letter under reference (a) — having been identified; and, having regard to the possibility that the assets subject to the charged offences may be rapidly transferred by the perpetrators and moved to other addresses, it is requested that the wallets whose addresses are specified in the annex be **BLOCKED** as a matter of great urgency within the scope of the investigation;

In this context,

1) To whom the blocked wallet belongs, and the identity and address details of its user;

2) The current balances of the blocked wallet, its account movements and, if the assets in the wallet have been transferred to other accounts, to which accounts they were transferred;

The necessary investigation of the above matters, and the sending of all documents to be prepared to our Chief Public Prosecutor's Office, are respectfully requested.

*Muhammet Uraz Yıldız*
*Public Prosecutor 171519*
*[e-signature]*

Tercüme edilmek üzere bana verilen İngilizce dilindeki
Asıl/Fotokopi/Faks belgeyi Türkçe diline tam ve doğru olarak
çevirdiğimi beyan ederim.
Noter Yeminli Mütercim
NAZİK ECEM COŞKUN 24976547352
Aziz Mahmut Hüdayi Mah. Davutoğlu Sk. No: 7 / 5 Üsküdar / İSTANBUL

№ 1979 7

Suspect
Offence
**Legal Article**
Offence

anks or credit institutions

10 Temmuz 2026

**Legal Article**

**Suspect**
**Offence**
**Legal Article**
**Offence**

**Legal Article**

**Suspect**
**Offence**
**Legal Article**
**Offence**

**Legal Article**

**Suspect**
**Offence**
**Legal Article**
**Offence**

| **Suspect** | : Kai Li Kelly |
| **Offence** | : Theft committed by using information systems |
| **Legal Article** | : Turkish Penal Code 142/2-e |
| **Offence** | : Fraud committed by using information systems, banks or credit institutions as instruments |
| **Legal Article** | : Turkish Penal Code 158/1-f |

| **Suspect** | : Ling Sun Dylon |
| **Offence** | : Theft committed by using information systems |
| **Legal Article** | : Turkish Penal Code 142/2-e |
| **Offence** | : Fraud committed by using information systems, banks or credit institutions as instruments |
| **Legal Article** | : Turkish Penal Code 158/1-f |

Tercüme edilmek üzere bana verilen İngilizce dilindeki
Asıl/Fotokopi/Faks belgeyi Türkçe diline tam ve doğru olarak
çevirdiğimi beyan ederim.
Noter Yeminli Mütercim
NAZİK ECEM COŞKUN 24976547352
Aziz Mahmut Hüdayi Mah. Davutoğlu Sk. No: 7 / 5 Üsküdar / İSTANBUL



№ 1979 7

10 Temmuz 2026

**T.C.**
**ANKARA BATI**
**CUMHURİYET BAŞSAVCILIĞI**
**HAZIRLIK BÜROSU**

-İVEDİ İŞ-
07/03/2023

**Sayı**      : 2023/6371 CBS Soruşturma Dosyası
**Konu**     : Ticket Number: #365109

### TETHER OPRATIONS LIMITED ŞİRKETİ'NE

**İlgi: a)** Cumhuriyet Başsavcılığımızın 20/02/2023 tarih ve 2023/6371 soruşturma sayılı ve 2023/289 Muh. nolu yazısı

   **b)** Şirketinizin 22/02/2023 tarih ve Ticket Number: #365109 sayılı yazısı

   Cumhuriyet Başsavcılığımız tarafından yürütülmekte olan *"bilişim sistemlerinin, banka veya kredi kurumlarının araç olarak kullanılması suretiyle dolandırıcılık"* ve *"bilişim sistemlerinin kullanılması suretiyle nitelikli hırsızlık"* suçlarına konu soruşturmaya esas olmak üzere;

   Aşağıda açık kimlik bilgileri ve atılı suçları yazılı şüpheliler ve aynı suçun işlenmesi icrası kapsamında kendileri ile birlikte hareket eden diğer faillerin, mağdur vekillerinin şikayetlerine konu olaylardan elde ettikleri suça konu sanal para varlıklarını Tether Operations Limited Şirketi nezdinde de bulunan cüzdanlarda bulundurdukları yönünde tespit yapılmış olmakla,

   Cumhuriyet Başsavcılığımız tarafından yürütülen soruşturma kapsamında aşağıda isimleri yazılı bulunan şüphelilerin açık kimlik bilgilerine ulaşılmış olup, bazıları hakkında halihazırda ilgi (a) sayılı yazımız ile şirketinizden bloke/dondurma talep edilmiş olan ve aşağıda tam adresleri yazılı bulunan suça konu varlıkların bulunduğu yeni cüzdanlar tespit edilmekle, failler tarafından atılı suçlara konu varlıkların hızla transfer edilebilme, ve başka adreslere aktarılabilme ihtimali göz önüne alındığında, ekte adresleri belirtilen cüzdanlara soruşturma kapsamında çok ivedi olarak **BLOKE KONULMASI,**

   Bu kapsamda,

   1)Bloke uygulanan cüzdanın kime ait olduğu, kullanıcısının kimlik ve adres bilgileri,

   2)Bloke uygulanan cüzdanın mevcut bakiyeleri, hesap hareketleri, cüzdandaki varlıklar başka hesaplara aktarılmış ise hangi hesaplara aktarıldıkları,

   Hususlarının araştırılması ve hazırlanacak olan tüm evrakın Cumhuriyet Başsavcılığımıza gönderilmesi hususunda gereği rica olunur.

*MUHAMMET URAZ YILDIZ*
*Cumhuriyet Savcısı 171519*



№ 1979 7
1 0 Temmuz 2026

**Şüpheli**
**Suç**
**Kanun Maddesi**
**Suç**

**Kanun Maddesi**

**Şüpheli**
**Suç**
**Kanun Maddesi**
**Suç**

**Kanun Maddesi**

**Şüpheli**
**Suç**
**Kanun Maddesi**
**Suç**

**Kanun Maddesi**

**Şüpheli**
**Suç**
**Kanun Maddesi**
**Suç**

**Kanun Maddesi**

| **Şüpheli** | :Kai Li Kelly |
| **Suç** | : Bilişim Sistemlerinin Kullanılması Suretiyle Hırsızlık |
| **Kanun Maddesi** | : Türk Ceza Kanunu 142/2.e |
| **Suç** | : Bilişim Sistemleri Banka veya Kredi Kurumlarının Araç Olarak Kullanılması Suretiyle Dolandırıcılık |
| **Kanun Maddesi** | : Türk Ceza Kanunu 158/1.f |

| **Şüpheli** | :Ling Sun Dylon |
| **Suç** | : Bilişim Sistemlerinin Kullanılması Suretiyle Hırsızlık |
| **Kanun Maddesi** | : Türk Ceza Kanunu 142/2.e |
| **Suç** | : Bilişim Sistemleri Banka veya Kredi Kurumlarının Araç Olarak Kullanılması Suretiyle Dolandırıcılık |
| **Kanun Maddesi** | : Türk Ceza Kanunu 158/1.f |

2/3

