# EXHIBIT C

# REPUBLIC OF TURKEY
## ANKARA WEST
## 1st CRIMINAL JUDGESHIP OF PEACE

10 Temmuz 2026

№ 1979

**DECISION**

№ 19794

**Miscellaneous File No.** : 2023/5986 Sndry

**Judge** : Muhammed Kerem ÇÖMEZ — 189761

**Clerk** : Neriman TATAŞ — 238380

The letter of the Ankara West Chief Public Prosecutor's Office dated 11.08.2023 and numbered investigation 2023/6371 having been referred to our Judgeship on duty, the request and the investigation file forwarded therewith were examined.

## THE MATTER WAS CONSIDERED AS FOLLOWS:

For the purposes of the investigation being conducted by the Ankara West Chief Public Prosecutor's Office into the offences of *forming an organisation for the purpose of committing crime; fraud committed by using information systems or banks or credit institutions as instruments; qualified theft committed by using information systems; laundering of assets derived from crime; creating the impression that asset values were obtained through legitimate means; taking asset values abroad; and concealing the illegitimate source of asset values*;

Whereas it has been established from the account movements that the suspects acting within the organisation, and the other perpetrators who acted together with them in the commission of the offences, hold the virtual-currency assets subject to the offence — obtained from the incidents that are the subject of the victims' representatives' complaints — in wallets held with the company Tether as well, and that they used these virtual wallets in their acts;

Evaluating all the evidence in the file as a whole, the Chief Public Prosecutor's Office has requested that, within the scope of the investigation, a decision be given for the SEIZURE, pursuant to Articles 127, 128 et seq. of the Code of Criminal Procedure No. 5271, of the virtual-currency wallets operating on the Blockchain Networks in which the assets subject to the offence are located, the full addresses of which are set out below.

Upon examination of the request and its annexed documents: having regard to the possibility that the items subject to the request may themselves constitute the offence and an element of the offence and may be of evidential value, it has been decided that the request, being in accordance with procedure and law, should be granted pursuant to the Code of Criminal Procedure No. 5271.

## DECISION:

1- **THE REQUEST IS GRANTED**; for the purpose of identifying and seizing evidence of the offence; and, the wallets set out below being themselves in the nature of items of the offence, **THEIR SEIZURE IS ORDERED**:



- 0x82E1d4DDd636857Ebcf6a0e74B9b0929C158D7EB
- itself criminal evidence

№ 19794

**ANKARA WEST 1st CRIMINAL JUDGESHIP OF PEACE**                     Misc. File No.: 2023/5986 Sndry

2- The investigation file, together with this decision, shall be returned to the Ankara West Chief Public Prosecutor's Office for the necessary action;

A decision was rendered on the basis of an examination of the documents, with recourse by way of objection open to the Ankara West 2nd Criminal Judgeship of Peace within seven days. 11.08.2023

Clerk 238380                                          Judge 189761
*[e-signed]*                                             *[e-signed]*

10 Temmuz 2026

Tercüme edilmek üzere bana verilen ...*Türkçe*... dilindeki Asıl/Fotokopi/Faks belgeyi ...*İngilizce*...... diline tam ve doğru olarak çevirdiğimizi beyan ederim.

Noter Yeminli Mütercimi
*Nebile Ecen Coşkun*

No 19794

10 Temmuz 2026

T.C.
ANKARA BATI
1. SULH CEZA HÂKİMLİĞİ                                    KARAR
DEĞİŞİK İŞ NO              : 2023/5986 D.İş

HAKİM               : Muhammed Kerem ÇÖMEZ 189761
KATİP               : Neriman TATAŞ 238380

Ankara Batı Cumhuriyet Başsavcılığı'nın 11.08.2023 tarih ve 2023/6371 soruşturma sayılı yazısı nöbetçi olan Hakimliğimize gönderilmekle, talep ve beraberinde gönderilen soruşturma dosyası incelendi.

GEREĞİ DÜŞÜNÜLDÜ:

Ankara Batı Cumhuriyet Başsavcılığı tarafından yürütülmekte olan *Suç İşlemek Amacıyla Örgüt Kurma, Bilişim sistemlerinin, banka veya kredi kurumlarının araç olarak kullanılması suretiyle dolandırıcılık, Bilişim sistemlerinin kullanılması suretiyle nitelikli hırsızlık, Suçtan Kaynaklanan Malvarlığı Değerlerini Aklama, Malvarlığı değerlerinin meşru bir yolla elde edildiği konusunda kanaat uyandırmak, Malvarlığı değerlerini yurtdışına çıkarmak, Malvarlığı değerlerinin gayrimeşru kaynağını gizlemek suçlarına* konu soruşturmaya esas olmak üzere;

Örgüt halindeki şüpheli şahısların ve suçun işlenmesi icrası kapsamında kendileri ile birlikte hareket eden diğer faillerin, mağdur vekillerinin şikayetlerine konu olaylardan elde ettikleri suça konu sanal para varlıklarını Tether şirketi nezdinde de bulunan cüzdanlarda bulundurdukları, bu sanal cüzdanları eylemlerinde kullandıkları yönünde hesap hareketlerinden tespit yapılmış olmakla,

Dosyadaki tüm deliller bir arada değerlendirilerek Cumhuriyet Başsavcılığımız tarafından yürütülen soruşturma kapsamında aşağıda açık adresleri yazılı bulunan suça konu varlıkların bulunduğu Blockchain Networklerinde çalışan sanal para cüzdanlarına 5271 Sayılı Ceza Muhakemesi Kanununun 127, 128 ve devamı maddeleri uyarınca **EL KONULMASINA** karar verilmesi talep edilmiştir.

**Talebin ve ekindeki evrakın incelenmesinden;** Talebe konu eşyaların bizatihi suç ve suç unsuru olma ihtimalinin bulunduğu, delil niteliğinde olma ihtimali dikkate alındığında usul ve yasaya uygun olan talebin 5271 sayılı CMK uyarınca kabulüne karar verilmiştir.

KARAR:

1- Talebin **KABULÜ** ile; suç delillerinin tespiti ve el konulması amacıyla;

- 
- 
- 
- 
- 
- 
- 
- 
- 0x82E1d4DDd636857Ebcf6a0e74B9b0929C158D7FB
- 
- 

bizatihi suç eşyası niteliğinde

Tercüme edilmek üzere bana verilen ..Türkçe.. dilindeki Asıl/Fotokopi/Faks belgeyi ..İngilizce.. diline tam ve doğru olarak çevirdiğimizi beyan ederim.

Noter Yeminli Mütercimi

1/2

T.C. ANKARA BATI 1. SULH CEZA HÂKİMLİĞİ          D. İş. No : 2023/5986 D.İş

**Nō 19794**

**10 Temmuz 2026**

olması sebebiyle **EL KONULMASINA,**

 2-Soruşturma dosyasının karar ile birlikte gereği için Ankara Batı Cumhuriyet Başsavcılığı'na iadesine;

 Dair evrak üzerinde yapılan inceleme sonucunda 7 gün içerisinde Ankara Batı 2. Sulh Ceza Hakimliği'ne itiraz yolu açık olmak üzere karar verildi. 11.08.2023

   Katip 238380          Hakim 189761
    e-imzalıdır           e-imzalıdır



2/2

