# EXHIBIT D

**REPUBLIC OF TURKEY**

**ANKARA WEST**

**CHIEF PUBLIC PROSECUTOR'S OFFICE**

**- URGENTLY REQUESTED -**

**11/10/2023**

| | |
|---|---|
| **Investigation No.** | : 2023/6371 |
| **Subject** | : Block |

### TO TETHER OPERATIONS LIMITED

For the purposes of the investigation being conducted by our Chief Public Prosecutor's Office into the offences of *forming an organisation for the purpose of committing crime; fraud committed by using information systems or banks or credit institutions as instruments; qualified theft committed by using information systems; laundering of assets derived from crime; creating the impression that asset values were obtained through legitimate means; taking asset values abroad; and concealing the illegitimate source of asset values*;

Whereas it has been established that members of the criminal organisation used the cold wallet numbered **0x82E1d4DDd636857Ebcf6a0e74B9b0929C158D7FB** within the scope of their acts, and whereas, by the decision of the Ankara West 1st Criminal Judgeship of Peace dated 11/08/2023 and numbered Miscellaneous File 2023/5986, the seizure of the said wallet subject to the aforementioned offences having been ordered;

In this context, we respectfully request that a block/freeze be applied by your company as a matter of urgency to the wallet whose number is set out below, and that our Chief Public Prosecutor's Office be notified accordingly.

*Muhammet Uraz Yıldız*
*Public Prosecutor 171519*

*[e-signature]*

**Wallet address to be blocked:**

**0x82E1d4DDd636857Ebcf6a0e74B9b0929C158D7FB**

Tercüme edilmek üzere bana verilen İngilizce dilindeki
Asıl/Fotokopi/Faks belgeyi Türkçe diline tam ve doğru olarak
çevirdiğimi beyan ederim.
Noter Yeminli Mütercim
NAZİK ECEM COŞKUN 24976547352
Aziz Mahmut Hüdayi Mah. Davutoğlu Sk. No: 7 / 5 Üsküdar / İSTANBUL





This document can be verified in the UYAP IT System at http://vatandas.uyap.gov.tr using the barcode. [barcode / QR code]

**No 19796**

**T.C.**
**ANKARA BATI**
**CUMHURİYET BAŞSAVCILIĞI**

**-İVEDİ TALEPLI-**
**11/10/2023**

**Soruşturma No:** 2023/6371
**Konu**        **:Bloke**

### TETHER OPERATIONS LIMITED ŞİRKETİ'NE

Cumhuriyet Başsavcılığımızca yürütülmekte olan *Suç İşlemek Amacıyla Örgüt Kurma, Bilişim sistemlerinin, banka veya kredi kurumlarının araç olarak kullanılması suretiyle dolandırıcılık, Bilişim sistemlerinin kullanılması suretiyle nitelikli hırsızlık, Suçtan Kaynaklanan Malvarlığı Değerlerini Aklama, Malvarlığı değerlerinin meşru bir yolla elde edildiği konusunda kanaat uyandırmak, Malvarlığı değerlerini yurtdışına çıkarmak, Malvarlığı değerlerinin gayrimeşru kaynağını gizlemek* suçlarına konu soruşturmaya esas olmak üzere;

Suç örgütü üyelerinin eylemleri kapsamında **0x82E1d4DDd636857Ebcf6a0e74B9b0929C158D7FB** numaralı soğuk cüzdanı kullandıkları tespit edilmekle, anılan suçlara konu bu cüzdan hakkında Ankara Batı 1.Sulh Ceza Hakimliğinin 11/08/2023 gün ve 2023/5986 değişik iş sayılı kararı ile el konulmasına karar verilmiştir.

Bu kapsamda, numarası yazılı cüzdana şirketiniz tarafından ivedi bir şekilde bloke uygulanması ve Cumhuriyet Başsavcılığımıza bildirilmesi,

Hususunda gereği rica olunur.

*MUHAMMET URAZ YILDIZ*
*Cumhuriyet Savcısı 171519*



Blokelenmesi istenen cüzdan adresi:
**0x82E1d4DDd636857Ebcf6a0e74B9b0929C158D7FB**



