# EXHIBIT E

**Hello Muhammet YILDIZ**

Dear Officer,

We can now confirm that 0x82E1d4DDd636857Ebcf6a0e74B9b0929C158D7FB is now frozen.

Thank you for your patience.

Kind Regards,
The Compliance Department

 tether

---

*We hope this response has sufficiently answered your questions. If not, please do not send another email. Instead, reply to this email.*

Submitted: 2023-10-11 15:15
**Subject:** Urgent Action needed!
**Ticket number:** #263780