# EXHIBIT G



**Nivie Kaul <nivie@digitaldefendersgroup.org>**

## [Auto-Reply]
1 message

**Corporate Whistleblower (CRM)** <CorporateWhistleblower@usdoj.gov>      Mon, May 11, 2026 at 5:23 AM
To: Nivie Kaul <nivie@digitaldefendersgroup.org>

Thank you for reaching out to the team at the Department of Justice Corporate Whistleblower Awards Pilot Program. If your email contains a completed intake form and relates to corporate misconduct in one of the program areas discussed on the program website and program guidance, we will review the submission to assess whether the information and alleged misconduct are covered under the Department's pilot program.

If you are reaching out about a general inquiry about the Corporate Whistleblower Awards Pilot Program, please visit the program homepage for frequently asked questions, program guidance, and other information about the program. If your inquiry is not addressed on the website, a member of the team will respond to you shortly.