# EXHIBIT H



**Nivie Kaul <nivie@digitaldefendersgroup.org>**

## Conflict of Interest Disclosure – Civil Action No. 1:25-cv-01907-AHA
1 message

**Nivie Kaul** <nivie@digitaldefendersgroup.org>                Wed, Jun 17, 2026 at 5:29 AM
To: Rick.Blaylock.Jr@usdoj.gov
Cc: Jafer.Aftab@usdoj.gov

Dear Mr. Blaylock,

Further to our recent exchange, I am writing to bring a serious conflict of interest to your attention before taking any further steps to protect the integrity of these proceedings.

The same attorney personally appearing for victim claimants in this matter is simultaneously appearing for both a named criminal and the criminal organization itself in related federal proceedings. This is not an imputed or firm-level conflict. It is a direct, personal, concurrent representation of directly adverse current clients in related matters. This is a non-waivable conflict on its face. It is apparent from the parties' own public filings across this proceeding and the parallel action.

I wanted to bring this to you directly, given your role across the strike force matters, before it becomes a matter of public record.

I am prepared to walk you through it by phone, or by email if you prefer - whatever is easiest.

I will be candid about why I am handling this privately rather than filing it immediately. The counsel in question personally represents a transnational criminal organization and its principal. Being publicly identified as the person who surfaced this conflict could expose me to genuine personal risk. I have already had to step into these proceedings as an individual to assert my claim, and I would prefer not to compound that exposure unnecessarily.

I would ask that this be kept in confidence to the extent you are able, and that you let me know before sharing my name - if you find you need to.

Kind regards,

Nivie Kaul
nivie@digitaldefendersgroup.org | Ph. 724-413-8167
Founder | Digital Defenders Group (DDG), a U.S. 501(c)(3) Nonprofit, EIN 99-1820914
*LL.M. Human Rights Law | LL.M. Business Law, IP & Compliance*
Forensic Investigations | Investigative Intelligence | Tax Forensics & Relief | Litigation Support | Fraud Victim Advocacy
LinkedIn | DDG Site | DDG LinkedIn | DDG X

🛡 **Fund the Fight for Victims of Cyber Fraud. Donate to DDG.**

The information contained in this email is intended solely for informational purposes and does not constitute legal advice. No attorney-client relationship is formed by the sending, receipt, or review of this email. Recipients should consult with their own legal counsel for advice regarding any specific legal matter. The transmission of this email does not imply or create an attorney-client relationship between the sender and the recipient.

This email contains proprietary information, which is confidential and legally privileged. It is for the intended recipient only. Investigative findings, intelligence, and case-related information shared by DDG remain proprietary work product and may not be disclosed to third parties without prior written authorization from DDG. If you are not the intended recipient, you must not peruse, use, or disseminate this email or its attachments. If you have received this in error, please notify us immediately and delete this email.