# EXHIBIT J

**PUBLIC-SOURCE RESEARCH MEMORANDUM**

*United States v. Approximately 225,364,961 USDT, No. 1:25-cv-01907-AHA (D.D.C.)*

Prepared by Nivedita Kaul, Verified Claimant (ECF No. 53) | July 2026

*All statements are process-reported to their identified sources. No statement is an allegation of unlawful conduct.*

## I.  PURPOSE AND SCOPE

1. This memorandum sets out, in source-attributed form, public-record material concerning (a) the individual who executed the verification of the Verified Claim of Infiniweb Technology Inc. (ECF No. 23), and (b) Singapore, Cambodian and Philippine public records, and associated public recruitment material, that appear on their face to connect to that individual through documented shareholdings, officerships and common branding.

2. The memorandum is confined to what the cited documents state. Where an inference would be required to connect two facts, that is identified expressly in Section VI (Limitations). The memorandum takes no position on the merits of any pending motion and makes no allegation of criminality against any person or entity.

## II.  SOURCES AND METHODOLOGY

3. Sources comprise: (i) documents filed on the PACER/ECF docket of this action; (ii) People Profile and Business Profile extracts issued by the Accounting and Corporate Regulatory Authority of Singapore ("ACRA"), each bearing an ACRA authentication or receipt number verifiable at bizfile.gov.sg; (iii) the public online Business Registration database of the Ministry of Commerce of the Kingdom of Cambodia; (iv) records of the Securities and Exchange Commission of the Republic of the Philippines ("SEC"), retrievable through the SEC eSEARCH facility; (v) a record of the House of Representatives of the Republic of the Philippines, retrievable from its official document repository; and (vi) publicly accessible postings on named Facebook pages and public Telegram channels, preserved by full-page capture with visible URLs and capture timestamps, and by independent web archive.

4. All sources are public. No material was obtained from any restricted, subscription-confidential, or non-public source. Registry citations include the official authentication, receipt or registration numbers so that the government may retrieve its own certified copies without reliance on the copies held by the author.

## III.  SUMMARY

5. The verification of the Infiniweb claim was executed under penalty of perjury by an individual signing as Zeng Youzong, Chief Executive Officer of Infiniweb Technology Inc. (ECF No. 23 at 4). ACRA records indicate that an individual named Zeng Youzong (Chinese national, FIN M4285779X) is the sole shareholder and a director of a Singapore company now named Dali Global Consulting Pte. Ltd. (UEN 202229814M), incorporated in August 2022 and formerly named Dali Technology Pte. Ltd.

6. ACRA records further indicate that Chen Yu Yen (Taiwanese national, NRIC S8683249F) was a founding co-shareholder of that same company (August 2022 to February 2023) and later its company secretary (September 2023 to September 2024). ACRA records indicate the same Chen Yu Yen has been, since 2018 and 2019, the sole shareholder and a director of Yobbi Consultancy Pte. Ltd. (UEN 201814593R), which was named Devino International Consultancy Pte. Ltd. until January 2025 and whose registered secondary activity is employment agency services.

7. Cambodian Business Registration records indicate that Devino International Consultancy Pte. Ltd. (parent company number 201814593R, Singapore) registered a branch office in Phnom Penh in August 2021 (registration no. 00059337), and record the branch's director and Chairman of the Board as Chen Yu Yen. Publicly captured postings carrying Devino International Consultancy branding advertised, between November 2021 and January 2023, casino-facing and "sport trader" positions in Sihanoukville, with Mandarin required and dormitory accommodation and meals provided.

8. ACRA and Philippine SEC records further indicate that the same individuals are connected to two recruitment and manpower entities carrying the name "TalentJolt": TalentJolt Pte. Ltd. (Singapore, UEN 202318255R), a manpower-contracting company of which Chen Yu Yen was the recorded company secretary in 2023 and 2024; and Talentjolt Inc. (Philippines, SEC reg. CS201916792), a recruitment company. In addition, a record of the Philippine House of Representatives (House Bill No. 10822, 18th Congress) bears the name Youzong Zeng in connection with a proposed grant of Philippine citizenship to a Chinese citizen said to be living in the Philippines.

9. The claim and supporting memorandum of Infiniweb describe it as an online gaming and wagering company registered in the British Virgin Islands, servicing Chinese-language speakers in Asia (ECF No. 23 paras. 2 and 3; ECF No. 28-1 at 8). The government's opposition and cross-motion record that the claimant's responses to the government's special interrogatories were received by the government on January 16, 2026 (ECF No. 47). The material summarized above may assist the government in assessing those responses against the public record. Whether it does so is a matter solely within the government's knowledge.

## IV. FINDINGS

### A. The verification of the Infiniweb claim

10. The Verified Claim of Infiniweb Technology Inc. was filed on October 17, 2025 (ECF No. 23). Its verification page states: "I, Zeng Youzong, declare under penalty of perjury under the laws of the United States of America that I am the duly appointed Chief Executive Officer of Claimant Infiniweb Technology Inc.; that I am authorized to sign this Verification on behalf of said Claimant; and that the facts stated in this Claim are true," executed on October 15, 2025 and signed "Zeng Youzong, Chief Executive Officer, Infiniweb Technology Inc." (ECF No. 23 at 4).

**VERIFICATION**

I, Zeng Youzong, declare under penalty of perjury under the laws of the United States of America that I am the duly appointed Chief Executive Officer of Claimant Infiniweb Technology Inc.; that I am authorized to sign this Verification on behalf of said Claimant; and that the facts stated in this Claim are true.

Executed on October 15, 2025

*Zeng You zong*

Zeng Youzong

Chief Executive Officer, Infiniweb Technology Inc.

*Figure 1. Verification page of the Verified Claim of Infiniweb Technology Inc. (Exhibit EX-1; ECF No. 23 at 4).*

11. The claim states that Infiniweb is an online gaming and wagering company registered in the British Virgin Islands, operating platforms "primarily servicing Chinese-language speakers in Asia," and that the claimed assets are revenues generated in the ordinary course of its gaming and wagering business; it asserts innocent-owner and bona fide purchaser status under 18 U.S.C. section 983(d) (ECF No. 23 paras. 2 to 5).

**B. Singapore records: Zeng Youzong and Dali Global Consulting Pte. Ltd.**

12. An ACRA People Profile dated March 19, 2026 (authentication no. G26274200D) records an individual named ZENG YOUZONG, Chinese national, FIN M4285779X, as DIRECTOR (appointed August 24, 2022) and sole SHAREHOLDER (200,000 ordinary shares) of DALI GLOBAL CONSULTING PTE. LTD., UEN 202229814M, a live Singapore exempt private company. That profile records no other company involvement for the FIN.



Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

## People Profile

Date: 19 Mar 2026

### Current & Past Position(s) Held

| | | |
|---|---|---|
| NRIC/FIN/Passport No. | : | M4285779X |
| Name | : | ZENG YOUZONG |
| Nationality/Citizenship | : | CHINESE |
| Address | : | 8 WOODLEIGH LANE, #10-36, PARK COLONIAL, SINGAPORE 357688 |

### Officer / Shareholder / Member of the following Companies

| | | |
|---|---|---|
| UEN | : | 202229814M |
| Name of Company | : | DALI GLOBAL CONSULTING PTE. LTD. |
| Registration Date | : | 24 AUG 2022 |
| Company Type | : | EXEMPT PRIVATE COMPANY LIMITED BY SHARES |
| Status of Company | : | LIVE COMPANY |
| Status Date | : | 24 AUG 2022 |
| Address of Company | : | 111 SOMERSET ROAD, #10-16, 111 SOMERSET, SINGAPORE 238164 |

*Figure 2. ACRA People Profile for ZENG YOUZONG, FIN M4285779X (Exhibit EX-2; ACRA authentication no. G26274200D).*

13. The ACRA Business Profile for UEN 202229814M (ACRA-issued, receipt ACRA260708006132) records that the company was registered on August 24, 2022; that its former name was DALI TECHNOLOGY PTE. LTD.; and that it was renamed DALI GLOBAL CONSULTING PTE. LTD. with effect from April 4, 2025. Its registered principal activities are recorded as restaurants (SSIC 56111) and management consultancy services (SSIC 70201).

## C. Singapore records: Chen Yu Yen, common to both companies

14. An ACRA People Profile dated March 19, 2026 (authentication no. C26048985F) records CHEN YU YEN, Taiwanese national, NRIC S8683249F, as a SHAREHOLDER of DALI GLOBAL CONSULTING PTE. LTD., UEN 202229814M from August 24, 2022 (the date of incorporation) to February 7, 2023, and as its SECRETARY from September 18, 2023 to September 10, 2024. The records accordingly indicate that Zeng Youzong and Chen Yu Yen were the founding co-shareholders of that company, and that Chen thereafter served as an officer of it during 2023 and 2024.

15. The same People Profile records Chen Yu Yen as DIRECTOR (appointed April 30, 2018) and sole SHAREHOLDER (from April 4, 2019; 200,000 ordinary shares) of YOBBI CONSULTANCY PTE. LTD., UEN 201814593R. The ACRA Business Profile for that entity records the former name DEVINO INTERNATIONAL CONSULTANCY PTE. LTD., with the change to the present name effective January 28, 2025. Registered activities are management consultancy services (SSIC 70201) and employment agencies (SSIC 78104).

16. The March 2026 People Profile for Chen Yu Yen records, in total (including the companies described above), appointments as founding or short-duration shareholder, secretary or director of twenty-eight Singapore companies between 2018 and 2025, a number of which are recorded as struck off or gazetted to be struck off, with a group of secretarial appointments taking effect on a common date (September 18, 2023) and several companies carrying the registered activity "development of computer games" (SSIC 62012). This is recorded here for completeness; its significance, if any, is not asserted, and an alternative explanation is noted at Section VI.

## D. Cambodian records: the Devino branch

17. The online Business Registration database of the Kingdom of Cambodia records BRANCH OF DEVINO INTERNATIONAL CONSULTANCY PTE. LTD., registration number 00059337, a foreign company branch registered in August 2021, with registered office at Vimean Canadia (Canadia Tower), 18th floor, Monivong Boulevard, Phnom Penh. The record states the parent company's number in its original jurisdiction as 201814593R, Singapore, being the UEN that ACRA records associate with the company then named Devino International Consultancy Pte. Ltd. and now named Yobbi Consultancy Pte. Ltd. The record states the branch's business objective as management consultancy activities, records a declared staff of three, and names the branch's Director 1 and Chairman of the Board of Directors as "Chen Yu Yen."

## E. Public recruitment material carrying Devino branding

18. A Facebook page titled "Devino 企業徵才" ("Devino corporate recruitment"), at facebook.com/devino.inc, lists its location as Singapore and links the domain devino.com.sg. Recruitment posters on the page carry the logo and name "Devino International Consultancy." A public Telegram channel titled "Devino Consultancy" (created January 21, 2022) carries the same postings and application contacts (@BMH_Recruit; earlier @RecruitmentBMH). Full-page captures with visible URLs and timestamps have been preserved, together with independent web-archive copies.

19. Postings dated between November 2021 and July 2022, in Khmer, repeatedly advertise "sport data entry … from Devino Company" and "SPORT TRADER" positions described as football data entry, at stated salaries of approximately $350 to $750 per month, with stated requirements including age 18 to 35, English and computer literacy, and an accounting preference, and with the working premises described in the postings' own English text as opposite "G-Youth

Casino" (near Wat Krom), Sihanoukville, being the same venue rendered in machine translation of the Khmer as "Juve Nizin." One poster records a working day of ten hours.



*Figure 3. "Devino Consultancy" Telegram channel advertising "SPORT TRADER" / football data-entry roles in Sihanoukville (Exhibit EX-7).*

20. Postings dated November and December 2021, in Chinese, advertise positions for a VIP hall (貴賓廳) in "Sihanoukville, Cambodia," being cashier, public relations, and membership-department officers, one accompanied by imagery of the Jin Bei Group hotel-casino complex and the caption "柬埔寨免隔離" ("Cambodia, no quarantine"). A further December 2021 post links the domain yobbi.com.sg under the caption "白馬會貴賓廳" ("White Horse Club VIP Hall").

21. Postings dated May 2022, July 2022 and January 2023 advertise "Front Desk Superiors," "Service Center" and "Front Desk Coordinator" positions ($600 to $1,300) with the working venue stated as "Jin Bei Palace Hotel, Sihanouk Vill, Cambodia," requirements including "Fluent in Mandarin is a must" and "membership and concierge service in casino" or "casino working experience," and benefits including "Provided Dormitory and 3 Meals" and public holidays "base[d] on Cambodia labor law." Further postings dated February 2022, November 2022 and January 2023 advertise "service in casino" roles ($250 to $400 plus tip, "speak a little Chinese") and Chinese-speaking drivers, with the working location stated as "Jin Bei 2" in Sihanoukville. A March 2022 posting advertises a Senior Accountant position requiring Chinese, with the workplace stated as Village 4, Sangkat 4, Sihanoukville.



*Figure 4. Devino International Consultancy recruitment poster, working venue "Jin Bei Palace Hotel, Sihanouk Vill, Cambodia" (Exhibit EX-8).*

## F.  Singapore and Philippine records: the TalentJolt recruitment entities

22. An ACRA Business Profile records TALENTJOLT PTE. LTD., UEN 202318255R, a live Singapore exempt private company incorporated on May 11, 2023, with registered activities recorded as wholesale trade of a variety of goods (SSIC 46900) and manpower contracting services except IT manpower (SSIC 78102). Its recorded director and sole shareholder is Chen Ziping (Chinese national, FIN M4352526X). ACRA records indicate that Chen Yu Yen (NRIC S8683249F) was the company's recorded company secretary from September 18, 2023 to October 10, 2024, and lodged a change-of-officers filing for the company on September 19, 2023. ACRA records list a residential address for Chen Ziping and one for Chen Yu Yen at the same Singapore address block (81 Yishun Avenue 11).

23. Records of the Securities and Exchange Commission of the Republic of the Philippines record TALENTJOLT INC., registration number CS201916792, a stock corporation registered on October 3, 2019, with SEC industry classification "human resources and training activities" and a stated purpose of contracting, enlisting and recruiting Filipino personnel; its registered office is in Pasay City. On the face of the SEC records, being the General Information Sheets and audited financial statements, the company's recorded directors, officers and stockholders are Philippine nationals; the SEC records do not record any Singapore corporate or Chinese-national stockholder.

24. A Facebook page titled "Talentjolt Inc. Careers Ph," describing itself as a manpower agency and listing the electronic mail address that also appears on the SEC filings for Talentjolt Inc. (talentjolt333@gmail.com), and a public Telegram channel titled "TALENTJOLT HIRING" (@talentjolthiring2024), carry a common "TJ" word-mark and advertise staffing positions including casino, driver, housekeeping (Mandarin-speaking) and hospitality roles. The same "TJ" mark appears in connection with TalentJolt Pte. Ltd. (Singapore). The connection between the Philippine company and the Singapore entities is addressed at Section VI.



*Figure 5. "TALENTJOLT HIRING" Telegram channel advertising staffing roles, including a casino position (Exhibit EX-11).*

### G.  A Philippine legislative record bearing the name Youzong Zeng

25. A record of the House of Representatives of the Republic of the Philippines, House Bill No. 10822 of the Eighteenth Congress (Third Regular Session), stamped received on March 16, 2022, is entitled "An Act Granting Philippine Citizenship to Youzong Zeng" and is introduced in the name of a member of the House. Its explanatory note states that "Youzong Zeng is a Chinese Citizen from Weiyuan, China" who "is currently living in the Philippines," and the bill seeks a legislative grant of Philippine citizenship to him. The document is retrievable from the official document repository of the House of Representatives. Whether the individual named in that bill is the same person as the Zeng Youzong recorded in the Singapore company records, or as the signatory of ECF No. 23, is a matter of name correspondence only, and is addressed at Section VI; the recorded place of origin (Weiyuan) is a particular against which the government may test that correspondence using identity materials in its possession.





REPUBLIC OF THE PHILIPPINES
HOUSE OF REPRESENTATIVES
QUEZON CITY

EIGHTEENTH CONGRESS
Third Regular Session

HOUSE BILL NO. __10822__

Introduced by REPRESENTATIVE ENRICO A. PINEDA

**EXPLANATORY NOTE**

Youzong Zeng is a Chinese Citizen from Weiyuan, China. He is currently living in the Philippines and has Recognized it as his home since he first arrived here. He has never felt like a foreigner here and has already considered himself as a Filipino citizen.

Mr. Zeng has no intention of residing anywhere else and wishes to be a part of the group of Citizens of the Philippines.

In view of Mr. Zeng's wish to become a Filipino Citizen, approval of this bill is earnestly sought.



ENRICO A. PINEDA

*Figure 6. House Bill No. 10822, Philippine House of Representatives, 18th Congress, received 16 March 2022 (Exhibit EX-12).*

## H. Common administration recorded across the companies

26. The ACRA-issued Business Profiles record the same individual, Koh Chiang Teck (also recorded as Xu Jiande; NRIC S7917758Z), as the company secretary of both Dali Global Consulting Pte. Ltd. (from August 24, 2022) and Yobbi Consultancy Pte. Ltd. (from April 30, 2018). This is recorded for completeness; an alternative explanation (a shared corporate-service provider) is noted at Section VI.

## I. Chronology drawn from the cited records

| Date | Event and source |
| --- | --- |
| Apr 2018 | UEN 201814593R (later Devino International Consultancy Pte. Ltd., now Yobbi Consultancy Pte. Ltd.) incorporated in Singapore; Chen Yu Yen founding director. [ACRA] |
| Oct 2019 | Talentjolt Inc. registered with the Philippine SEC (reg. CS201916792); industry class "human resources and training activities." [SEC] |
| Aug 2021 | Devino branch registered in Phnom Penh, Cambodia (reg. 00059337); parent 201814593R; director recorded as Chen Yu Yen. [Cambodian registry] |
| Nov 2021 to Jan 2023 | Devino-branded pages advertise Sihanoukville casino and VIP-hall roles and "sport trader" / football data-entry roles, including at Jin Bei Palace Hotel. [Captured postings] |
| 16 Mar 2022 | House Bill No. 10822 (Philippine House of Representatives, 18th Congress), "An Act Granting Philippine Citizenship to Youzong Zeng," stamped received. [House of Representatives] |
| Aug 2022 | UEN 202229814M (now Dali Global Consulting Pte. Ltd.) incorporated; founding shareholders recorded as Zeng Youzong and Chen Yu Yen. [ACRA] |
| May 2023 | TalentJolt Pte. Ltd. (UEN 202318255R) incorporated in Singapore; manpower contracting services; director and shareholder Chen Ziping. [ACRA] |
| 18 Sep 2023 | Chen Yu Yen recorded as company secretary of UEN 202229814M (Dali) and UEN 202318255R (TalentJolt), among others. [ACRA] |
| Nov 2023 | Per ECF No. 28-1, the assets at issue were frozen. [Docket] |
| 2024 | Chen Yu Yen's secretarial appointments (including at UENs 202229814M and 202318255R) cease; several associated companies struck off. [ACRA] |
| 28 Jan 2025 | Devino International Consultancy renamed Yobbi Consultancy Pte. Ltd. [ACRA] |
| 4 Apr 2025 | Dali Technology renamed Dali Global Consulting Pte. Ltd. [ACRA] |
| 18 Jun 2025 | Verified Complaint filed. [ECF No. 1] |
| 16 Oct 2025 | Cambodian authorities suspend four Sihanoukville casinos, including Jin Bei, for "concealment and fraud through technology." [public reporting] |
| 17 Oct 2025 | Infiniweb Verified Claim filed; verification executed by Zeng Youzong as CEO. [ECF No. 23] |
| 16 Jan 2026 | Claimant's responses to the government's special interrogatories received by the government (per ECF No. 47). [Docket] |

## V.  POTENTIAL RELEVANCE

27. The claim rests on sworn representations as to the nature of Infiniweb's business and the provenance of the claimed assets, and asserts the statutory defenses at 18 U.S.C. section 983(d) (ECF No. 23 paras. 2 to 5). The government's opposition and cross-motion (ECF Nos. 47 and 50) place the claimant's statutory standing, and the completeness of its responses to the

government's eighteen special interrogatories, before the Court at the hearing set for July 23, 2026.

28. The registry records summarized above indicate documented corporate relationships between (a) an individual bearing the same name as the officer who verified the claim, and (b) an entity whose branch was registered in Cambodia, with that same individual's associate recorded as the branch's director, and whose branding appears on recruitment for casino-facing and sports-data roles in Sihanoukville during 2021 to 2023; and further indicate that the same associate was the recorded secretary of a Singapore manpower-contracting company sharing a name and mark with a Philippine recruitment company. A Philippine legislative record bearing the same name (Youzong Zeng) is directed to a grant of Philippine citizenship. Independently of these records, the public docket indicates that the complaint alleges activity conducted by persons in the Philippines, and that Infiniweb describes its own operations as servicing Chinese-language speakers in Asia. Whether these matters were disclosed in, or bear on the completeness of, the claimant's interrogatory responses is within the government's knowledge alone; this memorandum simply places the public record at the government's disposal.

29. For context only, and without asserting any connection between the recruitment material summarized above and any unlawful activity: the named hotel-casino complex (Jin Bei) and the surrounding Sihanoukville casino sector have been the subject of public reporting and official action, including the suspension of four Sihanoukville casinos (among them Jin Bei) by the Cambodian authorities in October 2025, and United States and United Kingdom sanctions action in October 2025 concerning a group described as an operator of Sihanoukville casinos. These are matters of public record within the government's own knowledge and are noted only to explain why publicly available recruitment records referable to that sector may be of interest; the memorandum draws no inference from them.

## VI.  LIMITATIONS AND FAIRNESS NOTES

30. Identification. The connections drawn in this memorandum between the signatory of ECF No. 23, the ACRA subject Zeng Youzong, and the "Youzong Zeng" named in House Bill No. 10822 rest on the correspondence of an uncommon name and recorded Chinese nationality, together with contextual consistency. They have not been verified against identity documents, which are not publicly available. The government is in a position to confirm or exclude these identifications from materials in its possession, including by reference to the recorded place of origin (Weiyuan) and any passport particulars.

31. Attribution of postings. The Facebook pages and Telegram channels are attributed to Devino International Consultancy and to the TalentJolt entities on the basis of the pages' names, branding and marks, the linked devino.com.sg and shared electronic-mail addresses, and consistent contact details across postings. Platform pages are not registry documents and can be edited or removed; captures and archives are preserved.

32. Employment-agency and manpower classification. The registered secondary activity of UEN 201814593R is employment agency services; UEN 202318255R is a manpower-contracting company; and Talentjolt Inc. describes itself as a licensed manpower agency. Some or all of the captured postings may therefore relate to recruitment conducted for third parties rather than for the relevant company itself, although several Devino postings describe the roles as being "from Devino Company," and the Cambodian record names Chen Yu Yen as the branch's director.

33. The Philippine company. The connection between Talentjolt Inc. (Philippines) and the Singapore entities rests on the shared, distinctive name and "TJ" mark, on parallel recruitment activity, and on the complaint's allegations of activity conducted by persons in the Philippines (per ECF No. 28-1, citing Compl. para. 63). It does not rest on any shared registered ownership: the SEC records record Philippine nationals as the company's directors, officers and stockholders. This is the most tentative of the connections drawn in this memorandum and is identified as such.

34. Common administration and common names. The shared company secretary (para. 26), and the batch of common-dated secretarial appointments (para. 16), are equally consistent with the use of a single corporate-service provider as with common control, and no common control is asserted. Chen Ziping and Chen Yu Yen share a surname and a recorded residential address block (para. 22); no family, business or control relationship between them is asserted, only the recorded facts are stated.

35. No allegation. Nothing in this memorandum asserts that any person or entity named herein has engaged in unlawful conduct. Recruitment for licensed casino and gaming operations in Cambodia, employment-agency work, manpower contracting, and the seeking of citizenship are not of themselves unlawful. The memorandum records the public documents and leaves their significance, if any, to the government.

## VII.  SCHEDULE OF EXHIBITS

| No. | Description | Source / verification |
|---|---|---|
| EX-1 | Verified Claim of Infiniweb Technology Inc., ECF No. 23 (including verification page executed by Zeng Youzong) | PACER, Case 1:25-cv-01907-AHA |
| EX-2 | ACRA People Profile, ZENG YOUZONG (FIN M4285779X), 19 Mar 2026 | ACRA auth. no. G26274200D (verify: bizfile.gov.sg) |
| EX-3 | ACRA People Profile, CHEN YU YEN (NRIC S8683249F), 19 Mar 2026 | ACRA auth. no. C26048985F (verify: bizfile.gov.sg) |
| EX-4 | ACRA Business Profile, UEN 202229814M (Dali Global Consulting Pte. Ltd., formerly Dali Technology Pte. Ltd.) | ACRA-issued (receipt ACRA260708006132) |

| No. | Description | Source / verification |
|---|---|---|
| EX-5 | ACRA Business Profile, UEN 201814593R (Yobbi Consultancy Pte. Ltd., formerly Devino International Consultancy) | ACRA-issued (receipt ACRA260708006132) |
| EX-6 | Kingdom of Cambodia Business Registration extract, Branch of Devino International Consultancy Pte. Ltd. (reg. 00059337): general details, parent company, director, addresses | Cambodian Ministry of Commerce online registry (to be re-captured direct from the registry) |
| EX-7 | Full-page captures, Facebook page "Devino 企業徵才" (facebook.com/devino.inc) and public Telegram channel "Devino Consultancy," postings Nov. 2021 to Jan. 2023, with URLs and capture timestamps; corresponding web-archive links | Captures dated Apr. 2026; archive links scheduled |
| EX-8 | Devino recruitment posters (Jin Bei Palace Hotel; "sport trader" / football data-entry roles) | Preserved image files; archive links scheduled |
| EX-9 | ACRA Business Profile, UEN 202318255R (TalentJolt Pte. Ltd.); director and shareholder Chen Ziping; secretary record for Chen Yu Yen 2023 to 2024 | ACRA-issued copy [to be exhibited] |
| EX-10 | Philippine SEC records, Talentjolt Inc. (reg. CS201916792): Articles of Incorporation and General Information Sheets (2019 to 2025) | SEC eSEARCH (esearch.sec.gov.ph); certified copies available on request |
| EX-11 | Full-page captures, public recruitment pages carrying the TalentJolt name and mark: Facebook "Talentjolt Inc. Careers Ph" and Telegram "TALENTJOLT HIRING" (@talentjolthiring2024) | Captures dated Jul. 2026; archive links scheduled |
| EX-12 | House Bill No. 10822, Philippine House of Representatives, 18th Congress ("An Act Granting Philippine Citizenship to Youzong Zeng"), received 16 Mar 2022 | Official House of Representatives document repository (docs.congress.hrep.online) |

*End of memorandum.*