# EXHIBIT K



**REPUBLIC OF THE PHILIPPINES**
**SECURITIES AND EXCHANGE COMMISSION**
The SEC Headquarters,
7907 Makati Avenue, Salcedo Village
Bel-air, Makati City, 1209 Metro Manila



*BAGONG PILIPINAS*

**COMPANY REGISTRATION AND MONITORING DEPARTMENT**

## CERTIFICATION OF NON-REGISTRATION OF COMPANY

**TO WHOM IT MAY CONCERN:**

**THIS IS TO CERTIFY** that the records of the Commission do not show the registration of ·**Infiniweb Technology, Inc** as a corporation, partnership or One Person Corporation (OPC). However, there are corporations bearing the names **INFINITEWEB WORLDWIDE, INC.** under **SEC Reg. No. CS200609536** and **INFINITE WEB ASIA INC.** under **SEC Reg. No. CS200308041** that are registered with the Commission.

This certification is issued on the request of ▮▮▮▮▮▮▮ upon payment of Five Hundred Thirty Pesos (P530.00) under electronic Official Receipt No. 20260412-PM-0056348-21 paid on April 12, 2026 for whatever purpose it may serve.

**IN WITNESS WHEREOF**, I have hereunto set my hand and caused the seal of this Commission to be affixed to this certification at The SEC Headquarters, 7907 Makati Avenue, Salcedo Village, Bel-air, Makati City, 1209 Metro Manila, Philippines this 17th day of April 2026.

**DANIEL P. GABUYO**
Assistant Director

By:

**HERNANDO S. SAC**
SO Order no. 68, series of 2019
This is a computer generated certificate,
signature is not required.

Not valid without SEC seal

¹Verification on the non-registration of the subject entity is based from the information gathered from the SEC online databases (ENDOW*, i-View back-up, approved Primary Registration, OneSec, CORES, filed and approved Amendment applications, ESPARC Tracker, Change Name Verification and Name Verification for Amendment application).



*Scan the QR to verify the document*