# EXHIBIT N

**B B**

From Blake at OKEX…

Hi All,

Hope everyone is doing well. I think it is safe to say this partnership has been very effective for both of our organizations. In just 6 weeks, we have identified and frozen close to $2 million (including SCDA related cases) in stolen funds that will hopefully be returned to the victims soon. We have also added the addresses you provided us to our internal blacklist, to prevent our customers from falling victim to the same scams.

Also working on the recommendation letter for next week.

Sep 10, 2022 07:50:38

👍 3

---

FYI…

FUCK OKX!!!!!!!!

Blake just called me.   They threatened to demote him for freezing accounts.   They were pissed he was freezing "Chinese nationals" wallets!   Every account was Chinese National.   They are making him stop all freezing and maybe releasing the accounts back to the scammers as they are calling questioning why there accounts are frozen.   Blake said he sees many other things go on there that they let happen….isis, rigging elections, turning a blind eye to the human trafficking of these scams.   He said for them it is all about $$$$$ and PR.   He said they said they are getting bad PR for freezing these accounts. He told them imagine the bad PR for not doing this.   He told me they are completely uncooperative.   They bring his Chinese legal team.

Blake said he is thinking on going to the "whistleblower" office on this. ▮▮▮ and I have a call with Blake tonight at 7:00 PDT to discuss this.  We know Mary Inman at the whistleblower very well.   Erin West will also join.

Sep 21, 2022 07:56:43

👍

---

**B B**

Victims can find her on their own.  From my understanding, Erin prefers a small group to funnel things to her.  One time her phone number got out and she was pissed at me

Dec 19, 2022 12:27:13

---

**B B**


Brian talks to her almost every week

▮▮▮ I speak to Erin multiple times a week. She knows everything.   My personal opinion she will forward your information to a local law enforcement agency near you.   There isn't follow up.   She is the conduit to connect, if there is a connection.   She isn't the one tracing your funds and recovering your funds. She is trying to connect and forward to the right people.   Then good luck them working it. Some do, some don't

Nov 08, 2022 05:16:53

👍

---

**B B**

A just stayed in the back doing the tough work while others out front took recognition for a lot of things

I've actually taken people off my LinkedIn even if it is anti scam related activist.

Jan 16, 2026 23:24:03

I put it in the past

Jan 16, 2026 23:24:10

Pretty much once Jonathan came into gaso and once Erin west took off with everything and cezary needing me a lot for his book….      I stepped out of it all to focus on ▮▮▮ only

Jan 16, 2026 23:25:25

4:44        ·ll 5G 🔋

‹ All Inboxes  **[EXTERNAL EMAIL] -...**   ⌃   ⌄



**From:** Tyler Carman <TECARMAN@fbi.gov>
**Sent:** Friday, September 30, 2022 12:45 PM
**To:** Brian Bruce <brian.b@globalantiscam.org>; West, Erin <ewest@dao.sccgov.org>; Berry, David <dberry@rtf.sccgov.org>
**Cc:** Robert White <rbwhite@fbi.gov>
**Subject:** [EXTERNAL] Re: [EXTERNAL EMAIL] - My funds - need help with "the Fed" (Jason Ghetian)

Brian,

I have gotten no response from Blake or anyone else at OKX.  It sounds like he may have been shut down and unable to provide anything accounts related to Chinese citizens.  Have you heard anything different or do you have any other contacts you've made at OKX?  Have you heard further from Blake?

Respectfully,

_____
Tyler Carman | Special Agent
Federal Bureau of Investigation
Dallas | CY-1 | Cyber
972-559-5740 | tecarman@fbi.gov
_____

**From:** Brian Bruce <brian.b@globalantiscam.org>
**Sent:** Friday, September 30, 2022 1:11 PM
**To:** Carman, Tyler Ellis (DL) (FBI) <TECARMAN@fbi.gov>; Prosecutor- Santa Clara County California Erin West <ewest@dao.sccgov.org>; David Berry <dberry@rtf.sccgov.org>
**Cc:** White, Robert Brant (DL) (FBI) <rbwhite@fbi.gov>
**Subject:** Re: [EXTERNAL EMAIL] - My funds - need

           

---

4:45        ·ll 5G 🔋

‹ All Inboxes  **[EXTERNAL EMAIL] -...**   ⌃   ⌄

 **Prosecutor- Santa Clara County...**  3:54 PM
To: Tyler, Brian, David   Cc: Robert ›  

Hi all,

I don't think we should expect any cooperation from OKX.

Erin

Erin West
Deputy District Attorney
High Tech Crimes
Santa Clara District Attorney's Office
70 West Hedding, West Wing
San Jose, CA 95110
408-792-2976



**From:** Tyler Carman <TECARMAN@fbi.gov>
**Sent:** Friday, September 30, 2022 12:45 PM
**To:** Brian Bruce <brian.b@globalantiscam.org>; West, Erin <ewest@dao.sccgov.org>; Berry, David <dberry@rtf.sccgov.org>
**Cc:** Robert White <rbwhite@fbi.gov>
**Subject:** [EXTERNAL] Re: [EXTERNAL EMAIL] - My funds - need help with "the Fed" (Jason Ghetian)

Brian,

