# EXHIBIT O

Page 1

Blake Cohen on X: "Our investigation team at @okx froze $225 Million in USDT that was stolen by a major scam and human trafficking syndicate in Southeast Asia. Would like to thank @tether, @chainalysis, and @zachxbt for making this record breaking achievement possible!" / X
https://x.com/BlakeCohen_/status/1726735834697859214

