# EXHIBIT P

Page 1
#pigbutchering #whatifwecould | Erin West
https://www.linkedin.com/feed/update/urn:li:activity:7341825454254768129/



Top Content   People   Learning   Jobs   Games

Join now    Sign in





28,397 followers
**1,164 Posts**

View Profile    + Connect

**Explore content categories**

Career    Productivity    Finance

Soft Skills & Emotional Intelligence

Project Management    Education

Show more ⌄

**Erin West**
1y · Edited

I've got green glasses and nothing but praise for our federal partners who have taken back over $2 million dollars for the victims of #pigbutchering. Kudos to Andrew Frey, Shawn Bradstreet at United States Secret Service
and the rest of the team! On behalf of victims, I'm grateful!

#whatifwecould

Operation Shamrock
educate.SEIZE.disrupt
and get money back to victims

115 · 7 Comments

👍 Like        💬 Comment        ↪ Share        ⌄ Transcript

**Marianna Kuhn**    1y   ...
You may have seen this announcement!  Bravo to our government advocates 🎉 🤩

https://www.justice.gov/opa/speech/ddc-cryptocurrency-investment-fraud-forfeiture-announcement?
fbclid=IwQ0xDSwLHi1JIeHRuA2FlbQlxMQABHmIcP_hHufpOTWSUl1m787Wj42Vz-bZWw49LSbETrie6Nn-2omH3utI9sbHL_aem_GCZwr4pRt6VuAeS4jm_A_g

👍 Like · 💬 Reply

**Craig E.**    1y   ...
👏 Applauding your success, fantastic news ... I'm
Sure there will be more success stories to come..

👍 Like · 💬 Reply

**F. Chet Taylor**    1y   ...
To paraphrase George Bernard Shaw, most people see things as they are and ask why? You dream things that never existed and ask, why not?

👍 Like · 💬 Reply

**Sande Bayer**    1y   ...
Fantastic news to share!!  And I'd love to learn more
LETS GO!!

👍 Like · 💬 Reply

**Leslie Van Buskirk**    1y   ...
Burn and reissue--sounds brilliant! Would love to learn more.

👍 Like · 💬 Reply · 1 Reaction

**AJ Iafrate**    1y   ...
So great.

👍 Like · 💬 Reply

**Mudassar Malik**    1y   ...
Refreshing!!!

👍 Like · 💬 Reply

See more comments

To view or add a comment, **sign in**

Captured by FireShot Pro: 13 July 2026, 05:57:34 PM
https://getfireshot.com