# EXHIBIT Q

Page 1
Largest Ever Seizure of Funds Related to Crypto Confidence Scams | Shawn Bradstreet | 16 comments
https://www.linkedin.com/posts/shawn-bradstreet_the-seizure-of-225-million-was-an-amazing-share-7342986183179718656-eevH/



Top Content　People　Learning　Jobs　Games　　Join now　Sign in

## Shawn Bradstreet's Post

**Shawn Bradstreet**
1y

The seizure of $225 Million was an amazing feat by the San Francisco Digital Asset Technology Alliance.  Financial Analyst Andrew Frey and Investigative Analyst M1 worked tirelessly for months on this seizure, with the sole purpose of returning these stolen funds to the rightful victims.

I also want to acknowledge the contributions of Special Agent Meredith W. and the support from the FBI San Francisco Office.

AUSAs Kevin Rosenberg, Rick Blaylock Jr., Ethan Cantor, and Stefanie Schwartz from DOJ provided valuable assistance during the seizure process. Lastly, I would like to thank Tether.io and the various virtual currency exchanges that assisted in this investigation. This was truly a team effort of brilliant and passionate investigators and prosecutors.

This may mark the largest crypto seizure in Secret Service history, but this case is not closed yet.  Stay tuned for more...



**Published on LinkedIn**

**Largest Ever Seizure of Funds Related to Crypto Confidence Scams**
secretservice.gov

156 · 16 Comments

👍 Like　💬 Comment　➤ Share

**Amanuel Giorgis** · 1y
Mr. Bradstreet. Congratulations for this great achievement. May I share with you my personal experience with Pig Butchering. How can I get hold of you through your official employment email. I really need to talk to you.
If possible, my you contact me through my email: Lalmba77@gmail.com

Like · Reply

**Victor Popa** · 1y
Way to go, Shawn Bradstreet and the U.S. Secret Service.

Like · Reply

**Harris D. Schwartz** · 1y
Great work from all collaboratively!!

Like · Reply

**Marc Debrody, CISM** · 1y
Incredible work by all involved Shawn—this is what tireless dedication and cross-agency collaboration look like. Hats off to this team!

Like · Reply

**Tay Le** · 1y
🙏🙏🙏

Like · Reply

**Robert Dombrowski** · 1y
Outstanding work and leadership!

Like · Reply

**Charles Marino** · 1y
Great job by SFO!

Like · Reply

**Eric Flett** · 1y
Amazing work by the SF team! Great to hear about this Shawn!

Like · Reply

**Anuradha Srivastava** · 1y
Thanks for sharing, Shawn

Like · Reply

**Rita Martess** · 11mo
Nice work, AF1! 🫡

Like · Reply

See more comments

To view or add a comment, **sign in**

LinkedIn © 2026   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language ⌄

### Right sidebar
2,422 followers

4 Posts

View Profile　+ Connect

**Explore content categories**

Career　Productivity　Finance

Soft Skills & Emotional Intelligence

Project Management　Education

Show more ⌄