**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                                      Civil Action No. 25-cv-1907-AHA

APPROXIMATELY 225,364,961 USDT

        Defendant, *in rem*.

**MOTION FOR ACTIVATING PUBLIC ACCESS LINE FOR FUTURE HEARINGS**

**TO THE HONORABLE COURT:**

Pursuant to the Court's direction at the July 23, 2026 proceedings, Claimant Nivedita Kaul respectfully requests that the Court activate a public access line for all future hearings in this proceeding.

**I. THE COURT INVITED THIS MOTION**

At the July 23, 2026 status conference and hearing, Claimant requested activation of the public access phone line. The Court responded that if Claimant should submit that request, the Court will consider it, and in all likelihood, be able to open a public line. No party objected on the record. Claimant submits this motion in advance of her status report, due August 6, 2026, to allow the Court sufficient time to act before the next scheduled hearing.

**II. THE VICTIM CLASS IS ELDERLY, SCATTERED, AND VULNERABLE**

At the July 23 hearing, counsel for the 118 claimants represented to the Court that many of their clients are very elderly and don't have a lot of time left after losing their life savings. The

government represented that the remission process would be open to people not even a party to this case and be open to everybody.

If the victims are elderly, if the process is open to all, and if the victims are scattered across the country and beyond, then public access to the proceedings is not a convenience. It is a due process necessity. Elderly victims who have lost their life savings should not be required to retain counsel or travel to the District of Columbia to observe the proceedings that will determine whether they recover anything. The public access line is the minimum mechanism by which this Court can ensure that the victims whose assets are at stake can witness the process.

## III. SUNLIGHT IS REQUIRED GIVEN THE STAKES

This proceeding involves the disposition of $225,364,961 in stolen victim assets. The government's verified complaint links Claimant Infiniweb Technology, Inc., to forced scamming, kidnapping, and human trafficking. Any resolution that includes Infiniweb would return victim assets to the criminal infrastructure. The settlement negotiations involve multiple parties whose conflicts of interest have not been disclosed to the Court or to the victims they purport to represent. The public access line is the most basic safeguard against a process that, absent transparency, risks becoming a second theft of the very assets the government seized to protect.

## IV. PRAYER

Claimant respectfully requests that the Court:

1. Activate a public access line for all future hearings in this proceeding;

2. Direct the Clerk of Court to publish the access information on the docket; and

3. Provide reasonable advance notice to all parties and the public of any future hearing dates and access details.

Claimant submits the proposed order below for the Court's convenience.

Dated: Aug 3, 2026

Respectfully submitted,

/s/ Nivedita Kaul

Nivedita Kaul

Claimant, Pro Se

5001 Ramon Road, Building 3 #1005

Palm Springs, CA 92264

Tel: +1 724 413 8167

nivie@digitaldefendersgroup.org

### CERTIFICATE OF CONFERRAL

This motion was invited by the Court at the July 23, 2026 hearing. No party objected on the record.

The Court directed Claimant to submit this request on the docket.

/s/ Nivedita Kaul

Nivedita Kaul, Claimant, Pro Se

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of

Court on this 3rd day of August 2026 by using the CM/ECF system, which will send a notice of

electronic filing to the following CM/ECF participant(s): All Counsel and Parties of Record.

/s/ Nivedita Kaul

Nivedita Kaul,

Claimant, Pro Se

5001 Ramon Road, Building 3 #1005

Palm Springs, CA 92264

Tel: +1 724 413 8167

nivie@digitaldefendersgroup.org

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. 25-cv-1907-AHA |
| APPROXIMATELY 225,364,961 USDT | |
| Defendant, *in rem*. | |

**PROPOSED ORDER**

Upon consideration of Claimant Nivedita Kaul's Motion for Activating Public Access Line and the Court's direction at the July 23, 2026 proceedings, it is hereby ORDERED that:

1. The Clerk of Court shall activate a public access telephone line for all future hearings in this proceeding;

2. The Clerk shall publish the public access dial-in information on the docket no later than 24 hours before any scheduled hearing;

3. All parties shall include public access information in any notice of hearing filed with the Court; and

4. This Order shall remain in effect for the duration of this proceeding.

    SO ORDERED this ___ day of _____, 2026.


_____

HONORABLE AMIR H. ALI

United States District Judge