CLEAR FORM

### UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff <br><br> v. <br><br> APPROXIMATELY 225,364,961 USDT <br> Defendant | **CASE NO:** 1:25-cv-01907-AHA <br><br><br> **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:  ☐ ~~Plaintiff~~   ☐ ~~Defendant~~   **Party**

**2.  Old Address:**
Name(s):  Nivedita Kaul
Mailing Address:  469 Camino Sur
City, State, Zip Code:  Palm Springs, CA 92262

**3.  New Address:**
Name(s):  Nivedita Kaul
Mailing Address:  5001 Ramon Road, Building 3 #1005
City, State, Zip Code:  Palm Springs, CA 92264
Telephone Number(s):  724-413-8167

Date: July 20, 2026

Nivedita Kaul
Requestor's printed name(s)

*Nivedita Kaul*
Requestor's signature(s)

**RECEIVED**

AUG 1 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

New: 06/21/2022