**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Civil No. 25-cv-1907-AHA** |
| **APPROXIMATELY 225,364,961 USDT** | |
| **Defendant.** | |

**RESPONSE OF NONOPPOSITION**

This United States of America does not oppose Claimant Infiniweb Technology Inc.'s motion for a protective order.

Respectfully Submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Rick Blaylock, Jr.*
RICK BLAYLOCK, JR.
TX Bar No. 24103294
Assistant United States Attorney
Asset Forfeiture Coordinator
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765