# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Civil Action No. 25-cv-1907**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

APPROXIMATELY 225,364,961 USDT

     Defendant *in rem*.

_____/

## <u>VICTIM DR. LISA KANG'S STATUS REPORT</u>

Dr. Lisa Kang ("Dr. Kang"), by and through her undersigned counsel and pursuant to the Court's July 24, 2026 Minute Order, hereby respectfully submits this status update.

Undersigned counsel understands from a Joint Status Report filed earlier today [ECF No. 85] that the parties (excluding Dr. Kang) reached a settlement in principle in this matter.  Dr. Kang was not consulted regarding the settlement and has not been informed of its terms.

Dr. Kang's prior Motion for Extension of Time to File a Verified Claim [ECF Nos. 74, 75] remains pending and unopposed.

Respectfully submitted,

| | |
|---|---|
| **MDF LAW PLLC** | **SILVER MILLER** |
|   */s/ Marc Fitapelli*       . |   */s/ David C. Silver*       . |
| Marc Fitapelli, Esq.* | David C. Silver, Esq. |
| 28 Liberty Street, 30th | 5411 North University Drive - Suite 203 |
| New York, NY 10005 | Coral Springs, FL 33067 |
| Phone: (212) 203-9300 | Phone: (954) 516-6000 |
| Email: Marc@mdf-law.com | Email: DSilver@SilverMillerLaw.com |
|   *pro hac vice* granted | |

*Counsel for Victim Dr. Lisa Kang*

Civil Action No. 25-cv-1907

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this ___6th___ day of August 2026 by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant(s): **All Counsel and Parties of Record**.

*/s/ David C. Silver*
DAVID C. SILVER

- 2 -