# EXHIBIT A - APPENDIX

# EXHIBIT A - APPENDIX

## On-Chain Transaction Record of the Defendant Property

*United States v. Approximately 225,364,961 USDT, No. 1:25-cv-01907-AHA (D.D.C.)*

> Every transfer below is a public, permanent record on the Ethereum blockchain. Each may be independently verified by entering its transaction hash at etherscan.io (or any Ethereum block explorer); an address's complete history may be verified by entering the address itself. All amounts are USDT (Tether USD, token contract 0xdAC17F958D2ee523a2206206994597C13D831ec7), stated in full and without abbreviation. All times are UTC. This appendix reproduces the blockchain record without alteration.

## 1. The Seven Subject Wallets and the Burns of June 18, 2025

The seven subject wallets (Verified Complaint ¶ 15, Token Groups A–G) held the following USDT balances. On June 18, 2025, Tether rendered the tokens in each wallet permanently unusable (a "burn") via the USDT smart contract and reissued equivalent value from its treasury (Section 2). The burn may be verified for each address below by viewing that address on etherscan.io: each balance is reduced to zero on June 18, 2025, by action of the USDT token contract.

| Group | Wallet address | Amount burnt (USDT) |
|---|---|---|
| A | 0xc7c8f8284c5360d0086a2f0a05bdd07afde23246 | 29,413,680.82 |
| B | 0x564e11ace70bfe6c943a973f1289faa6e8a0fe16 | 30,000,000.35 |
| C | 0xcab9a8391f765f6beda0b5bad434b10985bdaad0 | 8,737,741.569083 |
| D | 0x0b5453635e5325f5385ca1643c9e9eb173f9d5a8 | 2,903,914.212488 |
| E | 0xc76afbf0f69ae9be5d855239c50673252cf3f26b | 2,137,276.136 |
| F | 0x99ebaf3661065dc1e44feff4b80365678bdff6ce | 64,707,708.53 |
| G | 0x82e1d4ddd636857ebcf6a0e74b9b0929c158d7fb | 87,464,642.259005 |
| **Total** | | **225,364,963.876576** |

*The seven burnt amounts sum to 225,364,963.876576 USDT - precisely the amount reissued by Tether Treasury in Transfer 1 below.*

## 2. Reissue by Tether and Movement to Bitfinex - June 18, 2025

Within hours of the burns, Tether Treasury issued the identical total to a Bitfinex deposit address, which forwarded it to Bitfinex:

**Transfer 1**  June 18, 2025, 08:56:59 UTC · block 22730315
  **From:** Tether Treasury 0x5754284f345afc66a98fbb0a0afe71e0f007b949
  **To:** Bitfinex Deposit Address 0x62f5d074831ffc0929f2153901bccb1b16150d2f
  **Amount: 225,364,963.876576 USDT**
  **Tx hash:** 0xeae9798c60c6b8a0dd0106ac40cc08db850f253f2f80618951194bbe807a7b88

**Transfer 2**  June 18, 2025, 08:57:11 UTC · block 22730316
  **From:** Bitfinex Deposit Address 0x62f5d074831ffc0929f2153901bccb1b16150d2f
  **To:** Bitfinex 0x77134cbc06cb00b66f4c7e623d5fdbf6777635ec
  **Amount: 225,364,963.876576 USDT**
  **Tx hash:** 0xdcd8a33c6685889d573ad82047042bdd246994f75efeaaf8ea074d962b92afc1

### 3. Bitfinex to the U.S. Government-Controlled Address - June 18, 2025

The full amount then moved from Bitfinex to address 0xe280…db59, a United States government-controlled address whose controlling agency has not been publicly identified:

---

**Transfer 3**  June 18, 2025, 14:03:23 UTC · block 22731840
  **From:** Bitfinex  0x77134cbc06cb00b66f4c7e623d5fdbf6777635ec
  **To:** U.S. Government-Controlled Address (agency not publicly identified)
  0xe280fb5d9a7f7208171c50368f02f127ec34db59
  **Amount: 100,000 USDT**
  **Tx hash:** 0x9a38083e2e1ed33c9932a7f3fc7c76fd79f0209a7f507f3d98903638e78bf055
  *Note: Test transfer preceding the main transfer*

---

**Transfer 4**  June 18, 2025, 14:20:47 UTC · block 22731926
  **From:** Bitfinex  0x77134cbc06cb00b66f4c7e623d5fdbf6777635ec
  **To:** U.S. Government-Controlled Address (agency not publicly identified)
  0xe280fb5d9a7f7208171c50368f02f127ec34db59
  **Amount: 225,264,963.876576 USDT**
  **Tx hash:** 0x22cfa794585dbe0ab08db79adf46daafa295ecdfffa9b57d723c4a0b6d990830

---

### 4. Movement into Coinbase Custody - January 6, 2026

After remaining at the government-controlled address for approximately six and a half months, the full amount moved into Coinbase custody on January 6, 2026, and was divided among seven Coinbase Prime custody addresses. Each custody address received exactly the amount burnt from its corresponding Token Group, preserving the segregation of the seven wallets - including Token Group G, the wallet subject to Claimant's secured claim:

---

**Transfer 5**  January 6, 2026, 14:09:35 UTC · block 24176137
  **From:** U.S. Government-Controlled Address (agency not publicly identified)
  0xe280fb5d9a7f7208171c50368f02f127ec34db59
  **To:** Coinbase Deposit Address  0xc003abc6094650ec6e6b9eaea32c5dfd5edda8d6
  **Amount: 15 USDT**
  **Tx hash:** 0xfa0d23102fb0fd1d048eee4ef9d8ce2136267cfe6054f33e23d14b803d177c91
  *Note: Test transfer preceding the main transfer*

---

**Transfer 6**  January 6, 2026, 14:14:47 UTC · block 24176163
  **From:** U.S. Government-Controlled Address (agency not publicly identified)
  0xe280fb5d9a7f7208171c50368f02f127ec34db59
  **To:** Coinbase Deposit Address  0xc003abc6094650ec6e6b9eaea32c5dfd5edda8d6
  **Amount: 225,364,948.876576 USDT**
  **Tx hash:** 0xa066d5bf8c2847601c2cff3809b2ef336500dd684c462f1c22ebc2bb8c45bdc9

---

**Transfer 7**  January 6, 2026, 14:17:47 UTC · block 24176178
  **From:** Coinbase Deposit Address  0xc003abc6094650ec6e6b9eaea32c5dfd5edda8d6
  **To:** Coinbase Prime Hot Wallet  0xcd531ae9efcce479654c4926dec5f6209531ca7b
  **Amount: 225,364,963.876576 USDT**
  **Tx hash:** 0x2e58a64f6968c4e87e90e6d3f19e135c72156287dfe6a626bc83d0dfd3abbf48

---

**Transfer 8**  January 6, 2026, 14:34:59 UTC · block 24176264

**From:** Coinbase Prime Hot Wallet 0xcd531ae9efcce479654c4926dec5f6209531ca7b
**To:** Coinbase Prime Custody Address (Token Group A funds)
0x7a7fb592cf9e389899c273219e8a4ee9c7ceb876
**Amount: 29,413,680.82 USDT**
**Tx hash:** 0x63a70f03ac6921205c550f3eddd9ad412764e05aeb6fc19ccd62374cd7230dd8
*Note: Amount equals the Token Group A burnt amount exactly (29,413,680.82 USDT)*

**Transfer 9**   January 6, 2026, 14:35:47 UTC · block 24176268
**From:** Coinbase Prime Hot Wallet 0xcd531ae9efcce479654c4926dec5f6209531ca7b
**To:** Coinbase Prime Custody Address (Token Group B funds)
0x04cee9cd0a4b8377a1d8addfb0d43bc1550b29a8
**Amount: 30,000,000.35 USDT**
**Tx hash:** 0xeabc89a5ecdb4d87563098297a9bc7f08a2638f2063e0a22d03f757e4bb4c4e1
*Note: Amount equals the Token Group B burnt amount exactly (30,000,000.35 USDT)*

**Transfer 10**   January 6, 2026, 14:36:59 UTC · block 24176274
**From:** Coinbase Prime Hot Wallet 0xcd531ae9efcce479654c4926dec5f6209531ca7b
**To:** Coinbase Prime Custody Address (Token Group C funds)
0x99ff6a2127e7020568851c5d7e7cf38f6eb5730d
**Amount: 8,737,741.569083 USDT**
**Tx hash:** 0x23fabc2edb166546ba4c141bf951569aaa65eb36094c90f9c5046f9aef9108f6
*Note: Amount equals the Token Group C burnt amount exactly (8,737,741.569083 USDT)*

**Transfer 11**   January 6, 2026, 14:38:11 UTC · block 24176280
**From:** Coinbase Prime Hot Wallet 0xcd531ae9efcce479654c4926dec5f6209531ca7b
**To:** Coinbase Prime Custody Address (Token Group D funds)
0x532b3489ec9448f8edd61749c00e792307a09d44
**Amount: 2,903,914.212488 USDT**
**Tx hash:** 0xf5900f0042b34f812df806bcda6550f6d68142e94d3f81a2ff4977638f882702
*Note: Amount equals the Token Group D burnt amount exactly (2,903,914.212488 USDT)*

**Transfer 12**   January 6, 2026, 14:39:23 UTC · block 24176286
**From:** Coinbase Prime Hot Wallet 0xcd531ae9efcce479654c4926dec5f6209531ca7b
**To:** Coinbase Prime Custody Address (Token Group E funds)
0x6609b9e91f3d8dddead1ea7819cce8f437631589
**Amount: 2,137,276.136 USDT**
**Tx hash:** 0xa9a0acf4c927da05c18d179760efd7aac9883bf0d7b55d8af4397d5ecd13d1ef
*Note: Amount equals the Token Group E burnt amount exactly (2,137,276.136 USDT)*

**Transfer 13**   January 6, 2026, 14:40:11 UTC · block 24176290
**From:** Coinbase Prime Hot Wallet 0xcd531ae9efcce479654c4926dec5f6209531ca7b
**To:** Coinbase Prime Custody Address (Token Group F funds) 0x0e2c753e968d1f0318082f94b6cb62574a553838
**Amount: 64,707,708.53 USDT**
**Tx hash:** 0xf3841d4f3ac67d2cc8a80938619bc9148239d7d80bcda098326a2cd3d62475a5
*Note: Amount equals the Token Group F burnt amount exactly (64,707,708.53 USDT)*

**Transfer 14**   January 6, 2026, 14:41:59 UTC · block 24176299
**From:** Coinbase Prime Hot Wallet 0xcd531ae9efcce479654c4926dec5f6209531ca7b
**To:** Coinbase Prime Custody Address (Token Group G funds)
0x0e91961ae5e02126a913aa1be695b44eff97e37d

**Amount: 87,464,642.259005 USDT**

**Tx hash:** 0x3a457daeead3105f65ad13a9de7a7b39c3d83ae8d5376e4bd07fd102bb78998c

*Note: Amount equals the Token Group G burnt amount exactly (87,464,642.259005 USDT)*

## 5.  Consolidation into the United States Marshals Service Address - February 4–5, 2026

On February 4, 2026, the seven custody parcels were consolidated into a single United States Marshals Service address, ending the per-wallet segregation that had been maintained to that point:

**Transfer 15**  February 4, 2026, 14:07:11 UTC · block 24383982
  **From:** Coinbase Prime Custody Address (Token Group G funds)
  0x0e91961ae5e02126a913aa1be695b44eff97e37d
  **To:** United States Marshals Service Address  0x2f0c4d9f5b5fc81725b5ea36bfa5d8af845a9449
  **Amount: 16 USDT**
  **Tx hash:** 0x820b6354c2911abbcdad7333092befa0ca36180be63d57e50f3e306df5c4a379
  *Note: Test transfer preceding the main transfer*

**Transfer 16**  February 4, 2026, 16:16:47 UTC · block 24384626
  **From:** Coinbase Prime Custody Address (Token Group D funds)
  0x532b3489ec9448f8edd61749c00e792307a09d44
  **To:** United States Marshals Service Address  0x2f0c4d9f5b5fc81725b5ea36bfa5d8af845a9449
  **Amount: 2,903,914.232488 USDT**
  **Tx hash:** 0xd110e29cf5e7eabfb5132d0e0bfc94a2b49796c6839ef134aed24bc04398fb59

**Transfer 17**  February 4, 2026, 16:17:59 UTC · block 24384632
  **From:** Coinbase Prime Custody Address (Token Group B funds)
  0x04cee9cd0a4b8377a1d8addfb0d43bc1550b29a8
  **To:** United States Marshals Service Address  0x2f0c4d9f5b5fc81725b5ea36bfa5d8af845a9449
  **Amount: 30,000,000.36 USDT**
  **Tx hash:** 0xfc584e596014099626792ea21e5bc1492f58b7e2ffe942cb652f4bb056b559aa

**Transfer 18**  February 4, 2026, 16:17:59 UTC · block 24384632
  **From:** Coinbase Prime Custody Address (Token Group A funds)
  0x7a7fb592cf9e389899c273219e8a4ee9c7ceb876
  **To:** United States Marshals Service Address  0x2f0c4d9f5b5fc81725b5ea36bfa5d8af845a9449
  **Amount: 29,413,680.85 USDT**
  **Tx hash:** 0x530354324f34d4678b9ecfe6d6ac3503d7fc16074025536b08d52ce5dcab8e4e

**Transfer 19**  February 4, 2026, 16:22:11 UTC · block 24384652
  **From:** Coinbase Prime Custody Address (Token Group F funds)
  0x0e2c753e968d1f0318082f94b6cb62574a553838
  **To:** United States Marshals Service Address  0x2f0c4d9f5b5fc81725b5ea36bfa5d8af845a9449
  **Amount: 64,707,708.54 USDT**
  **Tx hash:** 0xe97a152e101492e1ea3345a31c1b7ec09b2b0dee8e4d14ef282fe5b864082bfd

**Transfer 20**  February 4, 2026, 16:22:11 UTC · block 24384652
  **From:** Coinbase Prime Custody Address (Token Group G funds)
  0x0e91961ae5e02126a913aa1be695b44eff97e37d
  **To:** United States Marshals Service Address  0x2f0c4d9f5b5fc81725b5ea36bfa5d8af845a9449
  **Amount: 87,464,626.280604 USDT**

**Tx hash:** 0xd863ef840071c1c5fcb842b22542228195726ad982c9a3d8c80eec9655cea219

---

**Transfer 21**   February 4, 2026, 16:22:11 UTC · block 24384652
   **From:** Coinbase Prime Custody Address (Token Group E funds)
   0x6609b9e91f3d8dddead1ea7819cce8f437631589
   **To:** United States Marshals Service Address   0x2f0c4d9f5b5fc81725b5ea36bfa5d8af845a9449
   **Amount: 2,137,276.156 USDT**
   **Tx hash:** 0x4104f0c43e25ed43433fe96fe3e625576e8fbd204421e51291defadc9a83570e

---

**Transfer 22**   February 4, 2026, 16:22:11 UTC · block 24384652
   **From:** Coinbase Prime Custody Address (Token Group C funds)
   0x99ff6a2127e7020568851c5d7e7cf38f6eb5730d
   **To:** United States Marshals Service Address   0x2f0c4d9f5b5fc81725b5ea36bfa5d8af845a9449
   **Amount: 8,737,741.589083 USDT**
   **Tx hash:** 0x1533b5b79ca1fb5a8d8c8aa7ed9d89f3be1f97457fe80174265f0241e46511af

---

**Transfer 23**   February 5, 2026, 00:35:11 UTC · block 24387089
   **From:** Unrelated third-party address (unsolicited small transfer)
   0x0e9771b5c0aaf2b8c3d91eafa01883099397e37d
   **To:** United States Marshals Service Address   0x2f0c4d9f5b5fc81725b5ea36bfa5d8af845a9449
   **Amount: 0.016 USDT**
   **Tx hash:** 0x92c3395d9232bf46d96d7bddb269c7d3df5f6e5d035fdfc9d50015d82fb2cd4f
   *Note: Not part of the custody chain; included so the address total reconciles exactly*

**Total received by the United States Marshals Service address:  225,364,964.024175 USDT**

*Where a custody address's outbound amount differs from its inbound amount by a fraction of one USDT, the difference reflects small third-party transfers received by that address; every transfer listed above is independently verifiable by its transaction hash.*

## 6. Address Directory

| Role | Address |
| --- | --- |
| Tether Treasury | 0x5754284f345afc66a98fbb0a0afe71e0f007b949 |
| Bitfinex Deposit Address | 0x62f5d074831ffc0929f2153901bccb1b16150d2f |
| Bitfinex | 0x77134cbc06cb00b66f4c7e623d5fdbf6777635ec |
| U.S. Government-Controlled Address (agency not publicly identified) | 0xe280fb5d9a7f7208171c50368f02f127ec34db59 |
| Coinbase Deposit Address | 0xc003abc6094650ec6e6b9eaea32c5dfd5edda8d6 |
| Coinbase Prime Hot Wallet | 0xcd531ae9efcce479654c4926dec5f6209531ca7b |
| United States Marshals Service Address | 0x2f0c4d9f5b5fc81725b5ea36bfa5d8af845a9449 |
| Coinbase Prime Custody Address (Token Group G funds) | 0x0e91961ae5e02126a913aa1be695b44eff97e37d |
| Coinbase Prime Custody Address (Token Group F funds) | 0x0e2c753e968d1f0318082f94b6cb62574a553838 |
| Coinbase Prime Custody Address (Token Group B funds) | 0x04cee9cd0a4b8377a1d8addfb0d43bc1550b29a8 |
| Coinbase Prime Custody Address (Token Group A funds) | 0x7a7fb592cf9e389899c273219e8a4ee9c7ceb876 |
| Coinbase Prime Custody Address (Token Group C funds) | 0x99ff6a2127e7020568851c5d7e7cf38f6eb5730d |
| Coinbase Prime Custody Address (Token Group D funds) | 0x532b3489ec9448f8edd61749c00e792307a09d44 |

| Coinbase Prime Custody Address (Token Group E funds) | `0x6609b9e91f3d8dddead1ea7819cce8f437631589` |

*Prepared by Claimant Nivedita Kaul from Ethereum blockchain records obtained via the Etherscan API, and some labels were provided by Arkham Intel. The transaction hashes, addresses, amounts, timestamps and block numbers above reproduce the public blockchain record without alteration and may be independently verified by any person.*

Dated: August 6, 2026