**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>    v.<br><br>APPROXIMATELY 225,364,961 USDT<br><br>     Defendant, in rem. | Civil Action No. 25-cv-1907-AHA |

**NOTICE OF ATTEMPTED TIMELY FILING AND**

**RESUBMISSION OF STATUS REPORT**

Claimant Nivedita Kaul, appearing *pro se*, respectfully gives notice of the following facts concerning the filing of her status report:

1. The Court ordered each party to file a status report by August 6, 2026 (Minute Order of July 24, 2026).

2. Claimant's CM/ECF e-filing access, granted by the Court's Minute Order of May 28, 2026 (Doc. 63), was removed when the Clerk's Office processed Claimant's change of address (Doc. 83) on August 4, 2026. Claimant had filed electronically as recently as August 3, 2026 (Doc. 82). By August 6, 2026, Claimant could not file electronically.

3. On August 6, 2026, after multiple failed attempts, Claimant transmitted her complete status report, with its exhibits, to the Clerk's Office at dcd_intake@dcd.uscourts.gov (Exhibit 1).

4. On August 7, 2026, the Clerk's Office replied that the submission would not be filed because its signature was in the "/s/" format that Local Civil Rule 5.1(b)(4) authorizes only for

-1-



**RECEIVED**

AUG 7 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

CM/ECF filing - a format Claimant could not properly use only because her Court-ordered CM/ECF access remained disabled - and requested resubmission with a handwritten signature.

5. On August 7, 2026, Claimant resubmitted the same status report, unchanged except for the addition of a handwritten signature, to the Clerk's Office intake address.

6. As of the date of this notice, Claimant's CM/ECF access and electronic noticing have not been restored. Claimant has separately asked the Clerk's Office to restore them as directed by the Minute Order of May 28, 2026 (Doc. 63).

Dated: Aug 7, 2026                                    Respectfully submitted,

Nivedita Kaul
Claimant, Pro Se
5001 Ramon Road, Building 3 #1005
Palm Springs, CA 92264
Tel: +1 724 413 8167
nivie@digitaldefendersgroup.org

**Exhibits**:

Exhibit 1 - Email chain showing transmission of status report to the Clerk's intake (August 6, 2026) and Clerk's Office email declining to file the submission (August 7, 2026)

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was transmitted to the Clerk of Court for filing by email to dcd_intake@dcd.uscourts.gov on August 7, 2026, my Court-ordered CM/ECF access being unavailable. Upon docketing, the Court's CM/ECF system will send a notice of electronic filing to all counsel and parties of record, which effects service. See LCvR 5.4(d).

Nivedita Kaul,

Claimant, Pro Se

5001 Ramon Road, Building 3 #1005

Palm Springs, CA 92264

Tel: +1 724 413 8167

nivie@digitaldefendersgroup.org