Case 1:25-cv-01907-AHA   Document 90-1   Filed 08/07/26   Page 1 of 4



**Nivie Kaul <nivie@digitaldefendersgroup.org>**

## RE: Urgent - Pro Se Filing Transmitted for Docketing - Case No. 1:25-cv-01907-AHA
1 message

**DCD Intake** <DCD_Intake@dcd.uscourts.gov>	Fri, Aug 7, 2026 at 6:50 AM
To: Nivie Kaul <nivie@digitaldefendersgroup.org>

Hello,

Your filing does not comply with the requirements of this court. All pleadings must have original signatures (Fed. R. Civ. P. 11(a)); /s/ [Name] is only permitted when filing electronically using a PACER account [LCvR5.1(b)(4)]. Please resubmit your filing with an appropriate signature (and include all supporting documents again, if applicable; your original submission will not be filed). You may refer to the court's website for pro se filing instructions.

Pro Se Filing Checklist: https://www.dcd.uscourts.gov/sites/dcd/files/ProSeChecklist.pdf

Pro Se Email Requirements: https://www.dcd.uscourts.gov/sites/dcd/files/ProSeEmailingInstructions.pdf

Pro Se Help: https://www.dcd.uscourts.gov/pro-se-help

Pro Se Electronic Noticing: https://www.dcd.uscourts.gov/pro-se-help/electronic-noticing

Pro Se Non-Prisoner Handbook: https://www.dcd.uscourts.gov/sites/dcd/files/ProSeHandbookDDC%20Dec-2023.pdf

Clerk's Office Intake

**U.S. District Court for the District of Columbia**

333 Constitution Avenue NW, Room 1225, Washington, DC 20001

**Phone:** (202) 354-3120 | **Email:** DCD_Intake@dcd.uscourts.gov

**Website:** www.dcd.uscourts.gov

---

**From:** Nivie Kaul <nivie@digitaldefendersgroup.org>
**Sent:** Thursday, August 6, 2026 9:27 PM
**To:** DCD Intake <DCD_Intake@dcd.uscourts.gov>
**Cc:** dcd cmecf <dcd_cmecf@dcd.uscourts.gov>
**Subject:** Urgent - Pro Se Filing Transmitted for Docketing - Case No. 1:25-cv-01907-AHA


 CAUTION - EXTERNAL:


Dear Clerk of the Court,

I am Claimant Nivedita Kaul, pro se, in Civil Action No. 1:25-cv-1907-AHA (Judge Amir H. Ali).

My CM/ECF access to this case, which was granted by the Court's Minute Order of May 28, 2026 (Document 63), was removed from this case during a recent Clerk's Office record update. This appears to be a Clerk's Office technical or administrative error. As a result, I am unable to file electronically before the Court's August 6, 2026 deadline.

I respectfully request that the Clerk file the attachedStatus Report documents on the docket in this action, assign a document number, and provide written confirmation of filing. I further request the immediate restoration of my CM/ECF access as directed by the Court on May 28, 2026.

The attached Status Report incorporates a Certificate of Service to all counsel of record and includes 3 documents:
1. Main Document: 2026-08-06 Status Report.pdf

2. Exhibit A - Transaction Map of Defendant Property.pdf

3. Exhibit A Appendix - Defendant Property Transaction Record.pdf

Respectfully submitted,

Nivedita Kaul
Claimant, Pro Se


nivie@digitaldefendersgroup.org | Ph. 724-413-8167

Founder | Digital Defenders Group (DDG), a U.S. 501(c)(3) Nonprofit, EIN 99-1820914
*LL.M. Human Rights Law | LL.M. Business Law, IP & Compliance*

Forensic Investigations | Investigative Intelligence | Tax Forensics & Relief | Litigation Support | Fraud Victim Advocacy

LinkedIn | DDG Site | DDG LinkedIn | DDG X


🛡 **Fund the Fight for Victims of Cyber Fraud. Donate to DDG.**


The information contained in this email is intended solely for informational purposes and does not constitute legal advice. No attorney-client relationship is formed by the sending, receipt, or review of this email. Recipients should consult with their own legal counsel for advice regarding any specific legal matter. The transmission of this email does not imply or create an attorney-client relationship between the sender and the recipient.

This email contains proprietary information, which is confidential and legally privileged. It is for the intended recipient only. Investigative findings, intelligence, and case-related information shared by DDG remain proprietary work product and may not be disclosed to third parties without prior written authorization from DDG. If you are not the intended recipient, you must not peruse, use, or disseminate this email or its attachments. If you have received this in error, please notify us immediately and delete this email.


On Tue, Aug 4, 2026 at 1:28 PM dcd cmecf <dcd_cmecf@dcd.uscourts.gov> wrote:

> Hi,
>
> The Case Administrative docketed the Notice as a courtesy.  Please note that future filings should be submitted with your PACER login credentials.
>
> Thank you,
>
> **Civil Division**
>
> **U.S. District and Bankruptcy Courts for the District of Columbia**
>
> 333 Constitution Avenue, N.W., Washington, DC 20001
>
> **Phone:** (202) 354-3190 | **Email:** dcd_cmecf@dcd.uscourts.gov
>
> **Website:** http://www.dcd.uscourts.gov
>
>
> **From:** Nivie Kaul <nivie@digitaldefendersgroup.org>
> **Sent:** Saturday, August 1, 2026 12:12 AM
> **To:** DCD Intake <DCD_Intake@dcd.uscourts.gov>
> **Subject:** Incorrect Party Information - Case No. 1:25-cv-01907-AHA
>
>
> **CAUTION - EXTERNAL:**

Dear Clerk of Court,

I am the claimant, Nivedita Kaul, proceeding pro se in Case No. 1:25-cv-01907-AHA (Judge Hon. Amir H. Ali). I am writing to request an administrative correction to my contact information in the Court's party-record system.

On May 15, 2026, my former counsel, Tara J. Plochocki, filed Document 60 (Motion to Withdraw as Counsel), which stated my correct contact information as:

Nivedita Kaul

5001 Ramon Road, Building 3 #1005

Palm Springs, CA 92264

Telephone: 1 (724) 413-8167

Email: nivie@digitaldefendersgroup.org

The proposed order attached to Document 60 would have directed the Clerk to update my party record accordingly. The Court granted the motion by Minute Order on May 18, 2026, but the proposed order was not entered. As a result, my party record was never updated and currently contains an erroneous address.

I respectfully request that the Clerk's office update my party-record contact information to the address listed above and also include my email. I am also attaching the change of address form.

Please let me know if you require any additional information from me to complete this update.

Thank you for your assistance.

Respectfully submitted,

Nivedita Kaul, Pro Se

nivie@digitaldefendersgroup.org | Ph. 724-413-8167

Founder | Digital Defenders Group (DDG), a U.S. 501(c)(3) Nonprofit, EIN 99-1820914
*LL.M. Human Rights Law | LL.M. Business Law, IP & Compliance*

Forensic Investigations | Investigative Intelligence | Tax Forensics & Relief | Litigation Support | Fraud Victim Advocacy

LinkedIn | DDG Site | DDG LinkedIn | DDG X

🛡 **Fund the Fight for Victims of Cyber Fraud. Donate to DDG.**

The information contained in this email is intended solely for informational purposes and does not constitute legal advice. No attorney-client relationship is formed by the sending, receipt, or review of this email. Recipients should consult with their own legal counsel for advice regarding any specific legal matter. The transmission of this email does not imply or create an attorney-client relationship between the sender and the recipient.

This email contains proprietary information, which is confidential and legally privileged. It is for the intended recipient only. Investigative findings, intelligence, and case-related information shared by DDG remain proprietary work product and may not be disclosed to third parties without prior written authorization from DDG. If you are not the intended recipient, you must not peruse, use, or disseminate this email or its attachments. If you have received this in error, please notify us immediately and delete this email.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

8/7/26, 8:47 AM      Digital Defenders Group Mail - Automatic reply: Urgent - Pro Se Filing Transmitted for Docketing - Case No. 1:25-cv-01907-AHA

Case 1:25-cv-01907-AHA   Document 90-1   Filed 08/07/26   Page 4 of 4



**Nivie Kaul <nivie@digitaldefendersgroup.org>**

---

## Automatic reply: Urgent - Pro Se Filing Transmitted for Docketing - Case No. 1:25-cv-01907-AHA

1 message

---

**DCD Intake** <DCD_Intake@dcd.uscourts.gov>          Thu, Aug 6, 2026 at 6:27 PM
To: Nivie Kaul <nivie@digitaldefendersgroup.org>

Thank you for contacting the **U.S. District Court for the District of Columbia**. Please note the following:

***Effective September 1, 2026, the U.S. District Court for the District of Columbia will require the August 2026 revision of the JS-44 civil cover sheet as its official form. You may access the revised **JS-44 (Rev. 8/2026 DC)** form here.

***Effective March 1, 2026, we can now accept payment of filing fees electronically via pay.gov. See here for more information.

1. The Clerk's Office is open from 9:00 a.m. to 4:00 p.m. All emails will be processed in the order in which they are received and may take up to 4-6 business days.
2. **All documents must be properly captioned and include a case number AND judge's initials.**
3. If submitting a document for filing in a case, do not mail the same document in hard copy; only submit by email OR mail.
4. All documents must be submitted as attachments, in PDF format; the body of an email will not be filed, and .docx, .jpeg, .png, and imbedded links to the cloud or an external drive are not permitted.
5. All emailed documents must contain an original signature; /s/ [Name] is only permitted when filing electronically using a PACER account [LCvR5.1(b)(4)].
6. If you are notified of a deficiency in your document, please correct as needed and **resubmit all documents related to that submission**; the document(s) cannot be accessed from multiple emails.
7. If payment is required, the new case will not be assigned until we receive and process the payment.
8. This email address is for filing purposes and general Clerk's Offices inquiries only; it cannot be used for corresponding with parties or judges.
9. Clerk's Office staff cannot provide legal advice or guidance; refer to the Federal Rules of Civil Procedures as needed.
10. Clerk's Office staff cannot help with PACER accessibility issues; contact PACER directly.
11. A pro se motion to e-file cannot be submitted prior to filing a new civil case; the motion can only be filed in an existing case and is determined on a case-by-case basis by the assigned judge.
12. The Clerk's Office cannot provide updates on your case via email. You will be notified of any orders filed, and you may stay abreast of case activity via www.pacer.gov
13. ****As of 10/6/2025, the Clerk's Office can no longer accept sealed documents via email. All pro se sealed documents must be submitted in paper with original signatures. All attorney documents in completely sealed cases must be submitted in paper with original signatures; if case is partially sealed, continue to file directly in CM/ECF. You must also ensure that your pleading clearly notes, in bold and fully capitalized letters under the case number, "**FILED UNDER SEAL**." See here for more information.

For additional information, see our website (dcd.uscourts.gov) as well as the following links:
- Pro Se Email Requirements
- Pro Se Filing Checklist
- Pro Se Non-Prisoner Handbook
- Pro Se Electronic Noticing

***Note LCvR 5.1(g): NONCONFORMING DOCUMENTS.** If a document does not conform to the requirements of this Rule and Fed. R. Civ. P. 10(a), the Clerk will notify the filing party of the identified deficiency and request that the deficiency be corrected by the end of the next business day. If a deficiency is not corrected by the end of the next business day, the Clerk will forward the pleading to the assigned judge with notice of the identified deficiency and a recommendation, if appropriate, that the pleading be stricken for failure to comply with applicable rules.

Clerk's Office Intake
**U.S. District Court for the District of Columbia**
333 Constitution Avenue NW, Room 1225, Washington, DC 20001
**Phone:** (202) 354-3120 | **Email:** DCD_Intake@dcd.uscourts.gov
**Website:** www.dcd.uscourts.gov