# Exhibit 1

*Voluntary Freeze Request by USSS*



USDT Freeze Request - Message (HTML)

[redacted]

[redacted] ANDREW FREY [redacted]

To [redacted]

Cc

This message was sent with High importance.

[redacted] 153 KB

Mon 1/9/2023 3:29 PM

Good afternoon Tether team,

Our office is investigating a criminal organization tied to romance/investment scam activity. We've identified two wallet addresses with USDT linked to OKX accounts in receipt of scam proceeds.

Please see the attached request, which is in reference to the following addresses:

[redacted]
0xc7C8f8284c5360D0086a2f0A05BdD07AFdE23246

Any questions or concerns can be directed to myself, or [redacted]

Thank you,

Andrew Frey
Financial Analyst (Forensics)
U.S. Secret Service | San Francisco Field Office
Digital Asset Technology Alliance
[redacted]