# Exhibit 2

*Kaul's Email Expressing Mother's Loss*

**From:** N Kaul <nivkaul@gmail.com>
**Sent:** Wednesday, January 18, 2023 8:33:14 PM
**To:** [redacted]@dao.sccgov.org>
**Subject:** [EXTERNAL] $2.5 million Crypto Scam

Hi [redacted]

Thank you for responding back.
Attached are pdf with data for all the relevant transactions. Most recent on 12/24/2022.

Total amount lost is about $2.5 million (actual principal). My mother's retirement funds are included in this amount.
The scammer used a fake trading website to show that I had made millions by trading. I cannot make a withdrawal, and they keep asking for more funds such as "taxes" and "handling fees." The website also took my driver's license for KYC and might use it for identity theft.
The transactions happened between 5/5/2022 and 12/24/2022. I am still in contact with the scammer, and the website is still active. I need help recovering my funds. I want this person to be caught and brought to justice. There are groups online that are reporting similar fraud from the same website.
I met this person on Airbnb (I am a host) and I have seen similar pitches on FB groups for STR.

I am grateful for any assistance.

Nivie

List of All the known websites
https://dbexbit.me/#/
https://dbietx.com
https://dbietx.me/#/
https://www.dbex-ex.net/dist/#/
https://www.dbex-coin.net/dist/#/
https://www.dbex-global.com
https://www.dbex-platform.com
https://dbexhelp.zendesk.com/hc/en-001
https://www.dooobex.vip
https://twitter.com/DBEX_global/
https://www.gmex.io
https://www.gmexs.io
https://www.gmexsg.com