# Exhibit 3

*Acknowledgment of USSS's Same Day Response*

On Jan 19, 2023, at 4:47 PM, [redacted]@dao.sccgov.org> wrote:

Excellent. I'm so glad to hear that. Frey is the best in the nation.

Get Outlook for iOS

---

**From:** N Kaul <nivkaul@gmail.com>
**Sent:** Thursday, January 19, 2023 2:10:58 PM
**To:** [redacted]@dao.sccgov.org>
**Subject:** Re: [EXTERNAL] $2.5 million Crypto Scam

Hi [redacted]

Andrew Frey from the Secret Service contacted me.
Thank you for the referral.

Nivie

On Jan 18, 2023, at 8:38 PM, N Kaul <nivkaul@gmail.com> wrote:

Thank you so much!

On Jan 18, 2023, at 8:37 PM, [redacted]@dao.sccgov.org> wrote:

I will work tomorrow to connect you with someone who can investigate this for you. I'm sorry this happened to you.

[redacted]

Get Outlook for iOS

---