# Exhibit 4

## *Additional Reporting and Further Investigation*

**From:** ANDREW FREY [redacted]
**Sent:** Monday, January 30, 2023 6:50 AM
**To:** [redacted]@dao.sccgov.org>; N Kaul <nivkaul@gmail.com>
**Subject:** RE: Dbex wallet Re: [EXTERNAL] $2.5 million Crypto Scam

Hi Nivie,

We're working on getting your transactions traced and if there is any opportunity for a recovery we'll do everything we can. This work can take some time, particularly considering the volume of transactions here. I will circle back with you when I have an update.

Thank you,

Andrew Frey
U.S. Secret Service | San Francisco Field Office

**From:** [redacted]@dao.sccgov.org>
**Sent:** Monday, January 30, 2023 3:50 AM
**To:** N Kaul <nivkaul@gmail.com>; ANDREW FREY (SFO) <ANDREW.FREY@usss.dhs.gov>
**Subject:** RE: Dbex wallet Re: [EXTERNAL] $2.5 million Crypto Scam

Hi Nivie,
Thank you for this additional information. I'm including Andrew Frey in this conversation so that he has visibility to this information.

[redacted]