# Exhibit 5

*USSS Response to Kaul on January 30, 2023*

**From:** ANDREW FREY [redacted]
**Sent:** Wednesday, February 22, 2023 7:19 PM
**To:** N Kaul <nivkaul@gmail.com>
**Cc:** [redacted]@dao.sccgov.org>
**Subject:** RE: Dbex wallet Re: [EXTERNAL] $2.5 million Crypto Scam

Good evening Nivie,

I wanted to reach out to you to let you know that we've exhausted preliminary recovery efforts. Although recovery via more straightforward tracing and processes is not possible here, we will maintain the details about your scam for future investigative avenues. In several previous instances we have been able to recover funds down the road via less traditional methods, and that is my hope here.

I'm sorry I don't have better news for you. The nature of these scams makes recovery very difficult, but we nonetheless do our best, and will continue to do so. If anything about your case changes we will reach out to you.

Feel free to reach out to me if you have any questions.

Kind regards,

Andrew Frey
U.S. Secret Service | San Francisco Field Office