# Exhibit 6

## *International Lawyer Staking Claim*

**From:** Nivie Kaul <nivie.kaul@thedarknight.online>
**Sent:** Tuesday, June 6, 2023 12:03 AM
**To:** ANDREW FREY [redacted]
**Cc:** [redacted]@dao.sccgov.org>; Glyn MacLean <Glyn.MacLean@thedarknight.online>; Paul Aherne <PA@clain.io>; Nivie Kaul <nivkaul@gmail.com>
**Subject:** Good news - DBEX seizure

You don't often get email from nivie.kaul@thedarknight.online. Learn why this is important

CC: Glyn MacLean | TDNO, Paul Aherne | [redacted] | REACT

Hi Andrew,

I hope you are well.

I have some good news. The target account into which my funds have gone was frozen and blacklisted. I am seeking your assistance to ensure that my claim is staked for restitution from those funds.

A context I did not give you before is that I am an international lawyer, experienced cryptocurrency forensic investigator who trains law enforcement, and who also happens to be a victim who was defrauded of USD 2.5 Million.

Here is where we are at.

We have established a forensic track and trace with Clain Probe (as used by Europol) to identify that the victim (my) funds are in USDT Tether, indeed on-chain, can be traced to a criminal wallet, have been frozen and are available to be seized and returned.

We have established a forensic track and trace with Clain Probe (as used by Europol) to identify that the victim (my) funds are in USDT Tether, indeed on-chain, can be traced to a criminal wallet, have been frozen and are available to be seized and returned.

Clain Probe - Crypto Investigation Platform https://clain.io/products/probe
The Dark Night Online (TDNO) has a formal international agreement with Clain software.

In the video link below, I show clear chain of evidence of funds flowing to the target account which has USDT 1.43 million. We have intelligence insight that these funds are now frozen, and the address is blacklisted (we don't know by who).

I am seeking that you stake my claim for restitution for either the whole amount or part thereof depending on the list of claimants. USSS and the FBI would have the authority to identify who initiated the freeze and to ensure that a claim for restitution is placed within that action.

TARGET WALLET ADDRESS: 0x450195A34602FA0f8F1eaa82646ABeAd93641953

WALKTHROUGH LINK: https://www.youtube.com/watch?v=RpXyqCZq9mQ

Could you please advise me of the actions that you will now be taking to ensure that my funds are returned to me as per the cryptocurrency REACT task force mandate of **educate, SEIZE, disrupt**.

Best regards

Nivie Kaul | DIRECTOR OF STRATEGY
TDNO | The Dark Night Online
Crypto, Cyber & Financial Crime Investigation
Email: Nivie.Kaul@thedarknight.online
Mobile: +1 724 413 8167
Website: www.thedarknight.online

"Pioneering pathways and developing partnerships to achieve justice for victims of crypto, cyber and financial crime investigation at The Dark Night Online."