# Exhibit 7

## *Funds Dissipated*

**From:** ANDREW FREY [redacted]
**Sent:** Tuesday, June 6, 2023 8:13 AM
**To:** Nivie Kaul <nivie.kaul@thedarknight.online>
**Cc:** [redacted]@dao.sccgov.org>; Glyn MacLean <Glyn.MacLean@thedarknight.online>; Paul Aherne <PA@clain.io>; Nivie Kaul <nivkaul@gmail.com>
**Subject:** RE: Good news - DBEX seizure

Hi Nivie,

I took a look at what you provided and determined that your funds are not part of the current balance in this wallet address, according to the accepted accounting methods we utilize when tracing ETH and tokens. Any time we are tracing ETH and tokens we need to be able to articulate how specific assets we are trying to seize are the same assets involved in the crime. With ETH and tokens that operate in an account-like manner we utilize accounting principles, such as "Last In- First Out," which establishes that the last funds deposited are the first to be expended. This sort of methodology helps us effectively argue that the initial fraudulently obtained assets are the same as the funds we are looking to seize despite numerous hops with additional deposit and withdrawal activity.

This address received a 200,000 USDT transfer on 12/21/2022, which included 55,988.74 USDT in proceeds traceable to your fraud. These funds were then expended in a series of smaller outgoing transfers between 12/21/2022 and 1/17/2023.

Separately, I have been contacted by a couple of FBI agents that I believe are working with you on your matter. I would suggest you continue working directly with these folks as they pursue their investigation. I recognize why a victim would want an "all hands on deck" approach to these sorts of matters, but involving multiple different agencies oftentimes can have a detrimental effect on the ongoing investigation. In case you need it, the FBI agent that I believe you've been working with can be contacted at [redacted]

Kind regards,

Andrew Frey
U.S. Secret Service | San Francisco Field Office