Exhibit 8

*Kaul's Acknowledgment Of The District Of Colorado Matter*

