# Exhibit 9

*Statement by Jan Santiago, DDG*

**Jan Santiago**
5d · Edited

...

The US DOJ has agreed to give a majority of $225M in verifiable scam victim's funds to Infiniweb, an illegal Philippine Offshore Gaming Operator (POGO) under Prince Group. It's official.
https://lnkd.in/g7UG4ZnT

Also agreed to that POGO's move for protective order, to shield The Syndicate
https://lnkd.in/gh7CHEDz

What's the use of all our scam fighting??

Why? https://lnkd.in/gRP6mhZj

#PrinceGroup #DigitalDefendersGroup #StolenTwice #InvestigativeOriginator #VictimFirst #VictimToVictor #DDG #OriginalInnocentOwner #SecondTheft

APPROXIMATELY 225,364,961 USDT

Defendant.

**RESPONSE OF NONOPPOSITION**

The United States of America does not oppose Claimant Infiniweb Technology Inc.'s motion for a protective order.

Respectfully Submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Rick Blaylock, Jr.
RICK BLAYLOCK, JR.
TX Bar No. [illegible]
Assistant United States Attorney
Asset Forfeiture Coordinator
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765

**Response to motion – #86 in United States v. APPROXIMATELY 225,364,961 USDT (D.D.C.,**