# Exhibit 10

*Statement by Tao Liao, DDG*

## DOJ Shields Infiniweb from Scrutiny Despite Human Trafficking Links

✦ This title was summarized by AI from the post below.

[redacted] Tao Liao
4d · Edited

😡😡😡 The DOJ filed a one-page document. It says everything.

Document 86. August 6, 2026. The DOJ's entire response: "We do not oppose Claimant Infiniweb Technology Inc.'s motion for a protective order." Signed: Rick Blaylock, AUSA.

Infiniweb is a cancelled Philippine gaming operator. The DOJ's own complaint links it to human trafficking and crypto-fraud shells. Document 79 calls it a criminal proxy for the Prince Group syndicate that stole $225M and billions more from victims worldwide.

The DOJ's position: we have no problem shielding criminals from scrutiny.

This is the same DOJ that called it the "largest crypto recovery in history" - then told victims recovery was "not possible."

Document 85, filed one minute earlier: the DOJ announces a "settlement in principle" with Infiniweb. It explicitly excludes Nivie Kaul, the investigative originator and claimant who seized the money first in Turkey and has filed Document 79 to stop exactly this and expose the corruption.

The DOJ made backroom deals with criminals while threatening to strike the legitimate owner. No evidentiary hearing. No justice. Just a one-page shield for the criminal proxy.

Where is the justice? Where is the integrity of the U.S. justice system?

[redacted]

152 followers
22 Posts
View Profile + Connect

Explore content categories

Career Productivity Finance
Soft Skills & Emotional Intelligence
Project Management Education

Show more