# Exhibit 11

*Reposting by Nivie Kaul*

