UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 225,364,961 USDT,

Defendant *In Rem*.

Civ. No. 25-1907 (AHA)

**ORDER**

UPON CONSIDERATION of the United States' motion, exhibits, and the entire record, it is hereby ORDERED that the United States' Motion to Strike Nivedita Kaul is hereby granted.

WHEREFORE, the documents filed by Nivedita Kaul are hereby struck from the record.

SO ORDERED:

____________________
Dated

________________________________________
HONORABLE AMIR H. ALI
UNITED STATES DISTRICT JUDGE