# EXHIBIT B

**From:** **ANDREW FREY (SFO)** ANDREW.FREY@usss.dhs.gov
**Subject:** RE: USSS SFO
**Date:** January 19, 2023 at 1:24 PM
**To:** N Kaul [redacted]

AF

Thank you Nivie.

Secrecy is in our name- we'll treat your information with the utmost care.

I will circle back with you.

Thank you,

Andrew Frey
U.S. Secret Service I San Francisco Field Office

---

**From:** N Kaul [redacted]
**Sent:** Thursday, January 19, 2023 1:10 PM
**To:** ANDREW FREY (SFO) <ANDREW.FREY@usss.dhs.gov>
**Subject:** Re: USSS SFO

Hello Andrew,

The chat [redacted] is too large to email. Please use the Google drive link to download the pdf files.

https://drive.google.com/[redacted]

[redacted]

There are a lot of personal details in the chat. I hope the information is treated with sensitivity.

thanks

Nivie

On Jan 19, 2023, at 11:13 AM, ANDREW FREY (SFO) <ANDREW.FREY@usss.dhs.gov> wrote:

Hello Ms. Kaul,

Please provide [redacted] transcripts/screenshots.

Thank you,

Andrew Frey
Financial Analyst (Forensics)
U.S. Secret Service I San Francisco Field Office
Digital Asset Technology Alliance
Office: 415.576.1210
Mobile: 415.603.1247