# EXHIBIT C

**Digital Defenders Group, Inc.**
LinkedIn Chat Evidence Export

Extracted 28 August 2026 at 15:24
Source: linkedin.com/messaging

## Conversation with Erin West

4 messages

**PARTICIPANTS**

| | |
|---|---|
| **Nivie Kaul** | https://www.linkedin.com/in/ACoAACCelUIBsyqS9X47s9nTvvoQd_CBlWhlkEI |
| **Erin West** | https://www.linkedin.com/in/ACoAAAC1UVUByfNOKfGRvHAP0s0hLTFz3Rp5PgE |

Jan 18, 2023


**Nivie Kaul** 12:54 PM

Hi Erin, I was reading your post on the pig butchering scam. I have information on a scam for millions. I was wondering if you can help. Thanks, Nivie [redacted]


**Nivie Kaul** 2:59 PM

Hi Erin, Thank you for accepting my request. I live in [redacted] and a recent LLM graduate of USC Gould.Unfortunately, I am a victim of a similar pig butchering crypto investment scam of [redacted]. The scammer used a fake trading website. I needed some guidance on how to go about handling the matter in contacting the right authorities. I am still in contact with the scammer and the website is still active.Any guidance would be much appreciated.thanks,[redacted]


**Erin West** 7:44 PM

Hi there, I'm really sorry to hear this happened to you. Can you reach out to my email address at ewest@dao.sccgov.org? I'd love to connect you with a detective. Please let me know how much you lost in total, the most recent deposit you made, and send me the transaction hashes and deposit addresses associated with your case.


**Nivie Kaul** 8:36 PM

Email sent! Thank you so much.

Exported by **DDG LinkedIn Chat Exporter v2.8.1**
**Digital Defenders Group, Inc.**
This document was generated locally for evidence preservation.
No data was transmitted to any external server during export.