# EXHIBIT D

**Stephanie Ashford** · 2nd
Head of Deployment Strategy, NA PubSec @ TRM Labs | Bl...
2yr ·

+ Follow ···

Brilliant work from U.S. Secret Service and Andrew F. !

**TRM Labs**
100,918 followers
2yr · Edited ·

In December 2022, the San Francisco field office of the U.S. Secret Service received a report from the victim of a pig butchering scam.

Like so many of these cases, what began as a seemingly innocuous message from a stranger resulted in the victim and her family members sending huge amounts of cryptocurrency to the scammers over time.

In this case, USSS agents were able to follow the path of the stolen funds to multiple unhosted wallets where the funds sat dormant for months. When the funds finally started to move again — this time to a centralized exchange — the USSS received an alert and was able to act in real time to prepare a successful seizure warrant. Ultimately they recovered more than $5 million in victim funds.

Read more on this investigation, and the fantastic work of the agents who led it, right here: https://hubs.la/Q026MrbX0




**Case Study: USSS Pig Butchering Investigation Leads to $5M+ Seizure of Victim Funds**
trmlabs.com

11 1 comment