MICHAEL BURSHTEYN (*pro hac vice*)
BURSHTEYN POLIN LLP
1212 Broadway Plaza, Suite 2100
Walnut Creek, CA 94596
Telephone: 925.238.3119
mike@burshteynpolin.com

*Attorney for Claimants 1-118*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>Defendant *in rem*. | CASE NO. 1:25-cv-01907-AHA<br><br>**NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY MICHAEL BURSHTEYN**<br><br>District Judge: Hon. Amir H. Ali |

PLEASE TAKE NOTICE that Michael Burshteyn, counsel of record for Claimants 1-118 is no longer with the law firm Greenberg Traurig, LLP. Mr. Burshteyn has founded the law firm Burshteyn Polin LLP, and will continue as counsel of record for Claimants 1-118. All future correspondence and service relating to Mr. Burshteyn should be directed to:

Burshteyn Polin LLP
1212 Broadway Plaza, Suite 2100
Walnut Creek, CA 94596
Telephone: (925) 238-3119
Email: mike@burshteynpolin.com

DATED: September 3, 2026

Respectfully submitted,

By: __*/s/ Michael Burshteyn*

Michael Burshteyn (*pro hac vice*)
BURSHTEYN POLIN LLP

*Attorney for Claimants 1-118*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, the foregoing was filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record appearing in this matter.

*/s/ Michael Burshteyn*
Michael Burshteyn