# EXHIBIT B

**Erin West** · 1st
Scam Fighter | Founder, Operation Shamrock | International Keynote ...
1d

If you've heard me talk about scam compounds, you've heard about walled complexes in Myanmar, Laos and Cambodia.
That picture is now dangerously incomplete.

In the last 90 days alone, law enforcement has raided scam operations in Pakistan, Timor-Leste, Laos, Turkey, and Madagascar. A money laundering network leader was arrested in Pattaya running 6,000 Alipay accounts. An insider exposed a fraud operation in Batumi, Georgia, that had relocated from Uganda through Qatar. Turkish authorities hit 286 locations and 42 call centers in a single morning — with Israeli-linked ownership targeting victims across Europe, East Asia, and Africa.

This is not a Southeast Asian problem.
It is not a Chinese problem.
It is a global criminal industry that has been adopted, adapted, and franchised by entirely separate organized crime networks on every inhabited continent.

The operations are getting smaller, faster, and harder to find.
Tent camps in the mountains.
Three-person cells in rented apartments.
Hotel bars with hidden entrances.
Casinos claiming to be "under renovation."
They are outrunning our frameworks.

Time to up our game.
Time to get out of our silos.
Time to get loud about a global security threat.







197 15 22

**Roger Welte** · 1st 55m
Principal Research Engineer at SRI International

Erin, why are you deleting the comments of actual victims? And never answering their questions? What are you hiding?

2 2

*[reply by another user omitted]*

**Operation Shamrock** 5m
7,751 followers

Roger Welte There were no questions in the deleted message, just unfounded accusations. It's unfortunate that misinformation seems to be circulating about what Operation Shamrock does. We work to help connect victims with trained law enforcement and support organizations. We are not involved in what happens to — nor do we benefit from — any funds recovered, seized, or frozen.