**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
APPROXIMATELY 225,364,961 USDT
Defendant, *in rem*.

Civil Action No. 25-cv-01907-AHA

**[PROPOSED] ORDER GRANTING CLAIMANT NIVEDITA KAUL'S MOTION FOR LEAVE TO FILE AMENDED VERIFIED CLAIM**

Upon consideration of Claimant Nivedita Kaul's Motion for Leave to File Amended Verified Claim (ECF [__]), filed in accordance with the Court's Minute Order of September 30, 2026, any opposition and reply, and the entire record, it is hereby

ORDERED that the motion is GRANTED, and Claimant Nivedita Kaul is granted leave under Federal Rules of Civil Procedure 15(a)(2) and 15(d) to file the Amended Verified Claim attached as Exhibit 1 to the motion; it is further

ORDERED that Exhibit 1, with its Schedule A and Exhibits A and B, is deemed filed and served as Claimant's Amended Verified Claim on the date of this Order, see LCvR 7(i), and the Clerk of Court shall docket it; Claimant may submit her complete assignment register under seal, with a motion under Local Civil Rule 5.1(h)(1), within 30 days after the date of this Order or at such other time as the Court directs; it is further

ORDERED that Claimant's Answer (ECF 54) remains her answer to the Verified Complaint, and any motion by Claimant for leave to amend it, attaching the proposed amended answer and a redline against ECF 54, shall be filed within 21 days after the date of this Order; and it is further

ORDERED that Plaintiff's motion to strike (ECF 91) is DENIED AS MOOT insofar as it is directed to Claimant's Verified Claim (ECF 53) and Answer (ECF 54), without prejudice to any properly filed motion directed to the Amended Verified Claim.

SO ORDERED.

Date: ____________________

______________________________
AMIR H. ALI
United States District Judge