**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>APPROXIMATELY 225,364,961 USDT,<br>Defendant *in rem*. | Civil Action No. 25-cv-01907-AHA |

**NOTICE OF CHANGE OF ADDRESS**
**FOR ATTORNEY AGUSTIN M. BARBARA**

PLEASE TAKE NOTICE that Agustin M. Barbara, counsel of record for Claimants 1-118, has changed his principal law firm affiliation to A.M. Barbara, P.A. Mr. Barbara will continue as counsel of record for Claimants 1-118. All future correspondence and service relating to Mr. Barbara should be directed to:

A.M. BARBARA, P.A.
2665 South Bayshore Drive, Suite 220-82
Miami, Florida 33133
Telephone: (305) 454-8843
Email: agustin@ambarbara.com

Dated: October 22, 2026

Respectfully submitted

/s/ Agustin M. Barbara
Agustin M. Barbara (*pro hac vice*)
A.M. BARBARA, P.A.

*Counsel for Claimants 1-118*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, the foregoing was filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record appearing in this matter.

/s/ Agustin M. Barbara
Agustin M. Barbara