**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 225,364,961 USDT,<br><br>Defendant In Rem. | Civil Action No. 1:25-cv-1907 (AHA) |

**PROPOSED ORDER**

Upon consideration of the Motion for Extension of Time with Leave to File a Response by the United States, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the United States must file a response on or before November 5, 2026.

SO ORDERED.

Date: ____________________

________________________________

HONORABLE AMIR H. ALI
UNITED STATES DISTRICT JUDGE