**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>APPROXIMATELY 225,364,961 USDT,<br>Defendant *in rem*. | Civil Action No. 25-cv-01907-AHA |

**[PROPOSED] ORDER**

It is hereby

ORDERED that Claimant Nivedita Kaul's Motion for Leave to File Amended Verified Claim (ECF No. 104) is DENIED.

SO ORDERED.

__________________
Hon. AMIR H. ALI
United States District Judge

Date: ___________, 2026

**LOCAL CIVIL RULE 7(K) LIST OF COUNSEL**

**United States Attorney's Office**
Rick Blaylock, Jr.
TX Bar No. 24103294
Assistant United States Attorney
Asset Forfeiture Coordinator
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765
rick.blaylock.jr@usdoj.gov

*Attorney for Plaintiff United States of America*

**The Crypto Lawyers PLLC**
Rafael Yakobi (CA Bar No. 312421)
(Admitted *pro hac vice)*
11035 Lavender Hill Dr, Ste. 160-220
Las Vegas, NV 89135
Telephone: 619.317.0722
rafael@thecryptolawyers.com

**The Crypto Lawyers PLLC**
Agustin M. Barbara (FL Bar No. 1002677)
(Admitted *pro hac vice)*
A.M. Barbara, P.A.
2665 South Bayshore Drive, Suite 220-82
Miami, Florida 33133
Telephone: (305) 454-8843
agustin@ambarbara.com

**Michael Burshteyn**
BURSHTEYN POLIN LLP
1212 Broadway Plaza, Suite 2100
Walnut Creek, CA 94596
Telephone: 925-238-3119
mike@burshteynpolin.com

**Boies Schiller Flexner LLP**
Daniel G. Boyle (CA Bar No. 332518)
(Admitted *pro hac vice)*
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: 213.629.9040
dboyle@bsfllp.com

*Attorneys for Claimants Identified in ECF No. 14, Schedule A*

**Aylstock, Witkin, Kreis & Overholtz, PLLC**
Christopher Klotz
17 E. Main Street, Suite 200
Pensacola, FL 32502
850-202-1010
Fax: 850-916-7449
cklotz@awkolaw.com

**Aylstock, Witkin, Kreis & Overholtz, PLLC**
Daniel Thornburgh
(Admitted *pro hac vice)*
17 E. Main Street, Suite 200
Pensacola, FL 32502
850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

**Nigh Goldenberg Raso & Vaughn, PLLC**
Marlene Jaye Goldenberg
14 Ridge Square NW
Third Floor
Washington, DC 20016
202-978-2228
Fax: 202-792-7927
mgoldenberg@nighgoldenberg.com

*Attorneys for Claimants Identified in ECF No. 34-1, Schedule A*

**Nivedita Kaul**
469 Camino Sur
Palm Springs, CA 92262
Email: nivie@digitaldefendersgroup.org

*Pro Se*

**David C. Silver**
SILVER MILLER
5411 North University Drive - Suite 203
Coral Springs, FL 33067-4637
954-516-6000
DSilver@SilverMillerLaw.com

*Attorney for Movant Lisa Kang*

**Steptoe LLP**
Andrew C. Adams (NY Bar No. 4727293)
(Admitted *pro hac vice*)
Drew C. Harris (NY Bar No. 5501507)
(Admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
(212) 957-3081
acadams@steptoe.com
dcharris@steptoe.com

**Steptoe LLP**
Steven H. Levin (DC Bar No. 985290)
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8169
slevin@steptoe.com

*Attorneys for Claimant Infiniweb Technology Inc.*