**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 225,364,961 USDT<br>Defendant, *in rem*. | Civil Action No. 25-cv-01907-AHA |

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion for Extension of Time (ECF 106), Claimant Nivedita Kaul's opposition, and the entire record, it is hereby

ORDERED that the motion (ECF 106) is DENIED as moot, the United States having filed its response to Claimant Kaul's motion for leave to file an amended claim (ECF 104) on October 22, 2026 (ECF 107).

SO ORDERED.

Date: ____________________

______________________________
AMIR H. ALI
United States District Judge