**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 225,364,961 USDT<br>Defendant, *in rem*. | Civil Action No. 25-cv-01907-AHA |

**[ALTERNATIVE PROPOSED] ORDER**

Upon consideration of the United States' Motion for Extension of Time (ECF 106), Claimant Nivedita Kaul's opposition, and the entire record, it is hereby

ORDERED that the motion (ECF 106) is GRANTED IN PART; it is further

ORDERED that, within one business day of this Order, the United States shall serve on Claimant Kaul complete copies of the communication described in ECF 106 at 1-2, including the transmitting email with its full headers, the signed letter, the Turkish source documents, the English translation, all attachments and any subsequent communications with the sender, and shall identify the sender and the client he claims to represent; it is further

ORDERED that the United States may file, by November 5, 2026, a supplemental response to Claimant Kaul's motion for leave to file an amended claim (ECF 104), limited to that communication, which shall identify each alleged inconsistency and its relevance to whether leave to amend should be granted; it is further

ORDERED that Claimant Kaul's replies in support of ECF 104, including her replies to ECF 107 and ECF 108, shall be due fourteen days after the later of service of the materials described above or the filing of any supplemental response; and it is further

ORDERED that the Court will not rely on any part of that communication that has not been served on Claimant Kaul.

SO ORDERED.

Date: ____________________

______________________________
AMIR H. ALI
United States District Judge