Exhibit C

Infiniweb BVI Registry Extract
Dated Mar 16, 2026

BVI Financial Services Commis
Register o

General Information

**Entity Number:**

2015145

**Entity Name:**

Infiniweb Technology Inc.

**Incorporation Type:**

BC New Incorporation

**Date of Incorporation/Registration:**

12/06/2019

Current Information

**Entity Status:**

- In Penalty - Non filing of Beneficial Ownership

**Status Date:**

02/01/2026

**Last Annual Fee:**

19/06/2025

**Year:**

2025

**Director Register Type:**

Public

**Registered Office:**

Vistra Corporate Services Centre
Wickhams Cay II
Road Town
Tortola
VG1110
VIRGIN ISLANDS, BRITISH

**Registered Office Phone Number:**

**Registered Office Fax Number:**

**Registered Agent:**

Vistra (BVI) Limited

**Registered Agent Address:**

Vistra Corporate Services Centre
Wickhams Cay II
Road Town
Tortola
VG1110
VIRGIN ISLANDS, BRITISH

**Registered Agent Phone Number:**

284-494-8184

**Registered Agent Fax Number:**

284-494-5132

Shares Information

**Maximum Number of Shares the Company is authorized to issue:**

30000

Name History

No change of name filed

Annual Fee History

| Transaction No. | Transaction Date | Year/s Paid |
|---|---|---|
| T200342035 | 27/05/2020 | 2020 |
| T210749359 | 27/10/2021 | 2021 |
| T220328437 | 18/05/2022 | 2022 |
| T230635715 | 17/10/2023 | 2023 |
| T240482496 | 16/07/2024 | 2024 |

| Transaction No. | Transaction Date | Year/s Paid |
|---|---|---|
| T250525262 | 19/06/2025 | 2025 |

###### Transaction History

| Serial No. | Transaction Date | Transaction No. | Description | Transaction Status | E-Forms/Attachments |
|---|---|---|---|---|---|
| **1.** | 12/06/2019 | T190443122 | Name Reservation (10 days) | Approved | • Name Reservation (10 days) |
| **2.** | 12/06/2019 | T190444257 | Application for Incorporation (BC) | Approved | • Application for Incorporation (BC)<br>• Memorandum and Articles of the Company |
| **3.** | 14/06/2019 | T190450681 | Register of Directors - Registration | Approved | • Register of Directors |
| **4.** | 01/10/2019 | T190647362 | Register of Directors - Registration of Changes | Approved | • Register of Directors |
| **5.** | 27/05/2020 | T200342035 | Annual Fee Submission (BC) | Approved | • Annual Submission |
| **6.** | 27/10/2021 | T210749359 | Annual Fee Submission (BC) | Approved | • Annual Submission |
| **7.** | 21/04/2022 | T220212767 | Register of Directors - Registration of Changes | Approved | • Register of Directors |
| **8.** | 18/05/2022 | T220328437 | Annual Fee Submission (BC) | Approved | • Annual Submission |
| **9.** | 17/10/2023 | T230635715 | Annual Fee Submission (BC) | Approved | • Annual Submission |
| **10.** | 16/07/2024 | T240482496 | Annual Fee Submission (BC) | Approved | • Annual Submission |
| **11.** | 19/06/2025 | T250525262 | Annual Fee Submission (BC) | Approved | • Annual Submission |

###### Certificate History

| Transaction No. | Type of Certificate | Date of Filing |
|---|---|---|
| T190444257 | Certificate of Incorporation (Original) | 12/06/2019 |
| T250756652 | Certificate of Incorporation (Certified) | 05/09/2025 |

###### Disclaimer

Although care has been taken to ensure the accuracy, completeness and reliability of the information provided through the use of this service ("the Information"), neither the Registrar of Corporate Affairs ("the Registrar") nor the Financial Services Commission ("the Commission") assumes any responsibility for the accuracy, completeness and reliability of the Information. This report does not reflect any transactions that may be submitted and not yet registered, or other changes for which the Registrar has not received notice. The user of the Information agrees that the Information is subject to change without notice, and neither the Registrar nor the Commission is responsible for any discrepancies that may result if a transaction is approved for filing after the issuance of this report. Neither the Registrar nor the Commission assumes any responsibility for the consequences of use of the Information, nor for any infringement of third party intellectual property rights which may result from its use. In no event shall the Commission or the Registrar be liable for any direct, indirect, special or incidental damage resulting from, arising out of or in connection with the use of the Information.

**BVI FINANCIAL SERVICES COMMISSION** **LIST OF DIRECTORS**

Company No. : 2015145 Filing Date : 21/04/2022

Company Name : Infiniweb Technology Inc.

INDIVIDUAL DIRECTORS

| S/No. | Name | Director Type |
|---|---|---|
| 1 | CHENG-FENG HUANG | Director |
| 2 | THANH GIA BAO NGUYEN | Director |

REGISTRAR OF CORPORATE AFFAIRS
REGISTERED
FSC
BVI FINANCIAL SERVICES COMMISSION