**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 225,364,961 USDT<br>Defendant, *in rem*. | Civil Action No. 25-cv-01907-AHA |

**[PROPOSED] ORDER**

Before the Court is Claimant Nivedita Kaul's Motion for Leave to File a Supplemental Response to Infiniweb Technology Inc.'s Motion to Dismiss, Suppress, and Strike (ECF 28), and for Limited Modification of the Stay. Upon consideration of that motion, the proposed supplemental response submitted with it, and the entire record herein, it is hereby ORDERED:

1. that the motion is GRANTED and the proposed supplemental response, together with the Declaration of John (Jay) Cartwright and its Exhibits A-C, shall be docketed immediately upon entry of this Order; it is further
2. that the Order of August 7, 2026 staying this case is MODIFIED solely to permit the filing described above and to receive the responses described below, and the stay otherwise remains in effect; it is further
3. that Infiniweb Technology Inc. may respond to the supplemental response, and the United States may respond to the supplemental response, each within seven days after entry of this Order, and that no reply may be filed without leave of Court.

It is SO ORDERED.

Date: ______________________

________________________________

AMIR H. ALI
United States District Judge